UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **TRUMP YOUR COMPETITION, INC.,**<br><br>Plaintiff-Applicant,<br><br>v.<br><br>**DONALD J. TRUMP,**<br><br>Defendant-Opposer. | In re Proceeding No. 91217618,<br>(Currently pending before the<br>Trademark Trial and Appeal Board)<br><br>Misc. Proc. No. __15 Misc. 0400__<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Netra Sreeprakash dated December 10, 2015, and the exhibits attached thereto, and the Memorandum of Law in Support of Motion by Applicant Trump Your Competition, Inc. for Order Compelling Compliance with Subpoena to Testify at Deposition, dated December 10, 2015, applicant Trump Your Competition, Inc. will move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, on Tuesday, December 29, at 11 a.m., for an order granting the applicant's motion for an order compelling compliance with the applicant's deposition subpoena.

Papers in opposition to the motion, if any, must be served on the undersigned on or before December 24, 2015.

Dated:   New York, New York
         December 10, 2015

                               **KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

                               By: _____
                                    Norris D. Wolff
                                    Netra Sreeprakash

                               551 Fifth Avenue, 18th Floor
                               New York, New York  10176
                               Telephone:   (212) 986-6000
                             Facsimile:    (212)986-8866

                           *Attorneys for Applicant*
                              TRUMP YOUR COMPETITION, INC.