# Exhibit A

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 3,095,214
Registered May 23, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# Trump Your Competition

SERUGA, ANTHONY JOSEPH (UNITED STATES INDIVIDUAL)
555 N. EL CAMINO REAL, #A-460
SAN CLEMENTE, CA 92672

FOR: PROVIDING NON-DOWNLOADABLE NEWSLETTERS IN THE FIELD OF MARKETING AND COMMERCIAL DATA RELEVANT TO TARGETED INDUSTRIES VIA THE INTERNET AND E-MAIL, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-5-2004; IN COMMERCE 1-10-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-561,365, FILED 2-5-2005.

CARRIE ACHEN, EXAMINING ATTORNEY