# Exhibit B

| | |
|---|---|
| **To:** | Anthony Joseph Seruga (MP3Rod@aol.com) |
| **Subject:** | TRADEMARK APPLICATION NO. 78561365 - TRUMP YOUR COMPETITION - N/A |
| **Sent:** | 9/8/05 2:42:17 PM |
| **Sent As:** | ECOM115@USPTO.GOV |
| **Attachments:** | |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**: 78/561365

**APPLICANT**: Anthony Joseph Seruga

**\*78561365\***

**CORRESPONDENT ADDRESS**:
    ROD UNDERHILL
    ROD UNDERHILL, ESQ.
    PO BOX 1238
    2245 HIGHWAY 78
    JULIAN, CA 92036-1238

**RETURN ADDRESS**:
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

If no fees are enclosed, the address should include the words "Box Responses - No Fee."

**MARK**: TRUMP YOUR COMPETITION

**CORRESPONDENT'S REFERENCE/DOCKET NO** : N/A

**CORRESPONDENT EMAIL ADDRESS**:
    MP3Rod@aol.com

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and email address.

Serial Number   78/561365

## EXAMINER'S AMENDMENT

**OFFICE RECORDS SEARCH**:  The Office records have been searched and no similar registered or pending mark has been found that would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d).  TMEP §704.02.

**ADVISORY – AMENDMENTS TO GOODS/SERVICES** :  If the identification of goods and/or services has been amended below, any future amendments must be in accordance with 37 C.F.R. §2.71(a)

and TMEP §1402.07(e).

**AMENDMENT(S) AUTHORIZED**:  As authorized by Rod Underhill on September 8, 2005, the application is amended as noted below.  *If applicant disagrees with or objects to any of the amendments below, please notify the undersigned trademark examining attorney immediately*.  Otherwise, no response is necessary.  TMEP §707.

**Identification of Services Amended**

The identification of services is amended to read as follows:

> "Providing non-downloadable newsletters in the field of marketing and commercial data relevant to targeted industries via the Internet and e-mail," in International Class 41.

TMEP §1402.01(e).

/Carrie Achen/
Examining Attorney
Law Office 115
Phone:  (571) 272-8378
Fax:  (571) 273-9115