# Exhibit C

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 86116800
Filing Date: 11/12/2013

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | Trump Your Competition |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | Trump Your Competition |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Trump Your Competition, Inc |
| *STREET | PO Box 4470 |
| *CITY | Lake Tahoe |
| *STATE (Required for U.S. applicants) | Nevada |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 89449 |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |

| | |
|---|---|
| * STATE/COUNTRY OF INCORPORATION | Nevada |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 035 |
| *IDENTIFICATION | Advertising and marketing consultancy |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 01/01/2013 |
| FIRST USE IN COMMERCE DATE | At least as early as 01/01/2013 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\861\168\86116800\xml1\ FTK0003.JPG |
| SPECIMEN DESCRIPTION | Screen capture of website bearing applicant's mark. |
| **ADDITIONAL STATEMENTS INFORMATION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | Rod Underhill |
| FIRM NAME | Rod Underhill, Esq. |
| STREET | PO Box 1238 |
| CITY | Julian |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 92036 |
| PHONE | 619-540-0631 |
| EMAIL ADDRESS | MP3Rod@aol.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **CORRESPONDENCE INFORMATION** | |

| | |
|---|---|
| *NAME | Rod Underhill |
| FIRM NAME | Rod Underhill, Esq. |
| *STREET | PO Box 1238 |
| *CITY | Julian |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 92036 |
| PHONE | 619-540-0631 |
| *EMAIL ADDRESS | MP3Rod@aol.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE PAID | 275 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /RodUnderhill/ |
| * SIGNATORY'S NAME | Rod Underhill |
| * SIGNATORY'S POSITION | Attorney of record, member State Bar of California |
| SIGNATORY'S PHONE NUMBER | 619-540-0631 |
| * DATE SIGNED | 11/12/2013 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86116800**
**Filing Date: 11/12/2013**

## To the Commissioner for Trademarks:

**MARK:** Trump Your Competition (Standard Characters, see mark)
The literal element of the mark consists of Trump Your Competition.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Trump Your Competition, Inc, a corporation of Nevada, having an address of
   PO Box 4470
   Lake Tahoe, Nevada 89449
   United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
   International Class 035:  Advertising and marketing consultancy

In International Class 035, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 01/01/2013, and first used in commerce at least as early as 01/01/2013, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Screen capture of website bearing applicant's mark..
Specimen File1

The applicant's current Attorney Information:
   Rod Underhill of Rod Underhill, Esq.
   PO Box 1238
   Julian, California 92036
   United States

The applicant's current Correspondence Information:
   Rod Underhill

Rod Underhill, Esq.
PO Box 1238
Julian, California 92036
619-540-0631(phone)
MP3Rod@aol.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /RodUnderhill/   Date Signed: 11/12/2013
Signatory's Name: Rod Underhill
Signatory's Position: Attorney of record, member State Bar of California


RAM Sale Number: 86116800
RAM Accounting Date: 11/13/2013

Serial Number: 86116800
Internet Transmission Date: Tue Nov 12 16:54:00 EST 2013
TEAS Stamp: USPTO/FTK-76.216.198.101-201311121654001
88030-86116800-5009ab67b5b6bf73118793141
aea1d4c5a6e8923335fcffaffc3967010b6ce6e-
CC-4643-20131112164536825817

# Trump Your Competition



HOME | SERVICES | APPROACH | THE PROCESS | BLOG | CONTACT US

**NEED MORE CUSTOMERS?**

CONTACT US TO

Grow Your Customer Base → Explode Your Exposure → Create Fast Profits