# Exhibit E

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

| ESTTA Tracking number: | ESTTA617895 |
|---|---|
| Filing date: | 07/28/2014 |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

# Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

## Opposer Information

| Name | Donald J. Trump |
|---|---|
| Granted to Date of previous extension | 08/06/2014 |
| Address | 725 Fifth Avenue<br>New York, NY 10022<br>UNITED STATES |
| Party who filed Extension of time to oppose | DonaldJ.Trump |
| Relationship to party who filed Extension of time to oppose | ESTTA form was missing a space between first name and middle initial. |

| Attorney information | James D. Weinberger<br>Fross Zelnick Lehrman & Zissu, P.C.<br>866 United Nations Plaza 6th Floor<br>New York, NY 10017<br>UNITED STATES<br>jweinberger@frosszelnick.com, lkittay@frosszelnick.com Phone:(212) 813-5900 |
|---|---|

## Applicant Information

| Application No | 86116800 | Publication date | 04/08/2014 |
|---|---|---|---|
| Opposition Filing Date | 07/28/2014 | Opposition Period Ends | 08/06/2014 |
| Applicant | Trump Your Competition, Inc<br>PO Box 4470<br>Lake Tahoe, NV 89449<br>UNITED STATES | | |

## Goods/Services Affected by Opposition

Class 035. First Use: 2013/01/01 First Use In Commerce: 2013/01/01
All goods and services in the class are opposed, namely: Advertising and marketing consultancy

## Grounds for Opposition

| Priority and likelihood of confusion | Trademark Act section 2(d) |
|---|---|
| Dilution | Trademark Act section 43(c) |

## Marks Cited by Opposer as Basis for Opposition

| U.S. Registration No. | 3391095 | Application Date | 04/16/2007 |
|---|---|---|---|
| Registration Date | 03/04/2008 | Foreign Priority Date | NONE |
| Word Mark | TRUMP | | |
| Design Mark | TRUMP | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 041. First use: First Use: 2004/01/08 First Use In Commerce: 2004/01/08 Entertainment services, namely, ongoingunscripted television programs in the field of business, business disputes, anddispute resolution | | |

| U.S. Registration No. | 2991841 | Application Date | 01/16/2004 |
|---|---|---|---|
| Registration Date | 09/06/2005 | Foreign Priority Date | NONE |
| Word Mark | TRUMP MODEL MANAGEMENT | | |
| Design Mark | TRUMP MODEL MANAGEMENT | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 035. First use: First Use: 2003/10/20 First Use In Commerce: 2003/10/20 Model and talent management services | | |

| U.S. Registration No. | 2240310 | Application Date | 08/08/1997 |
|---|---|---|---|
| Registration Date | 04/20/1999 | Foreign Priority Date | NONE |

| | |
|---|---|
| Word Mark | TRUMP |
| Design Mark | |
| Description of Mark | NONE |
| Goods/Services | Class 043. First use: First Use: 1995/06/12 First Use In Commerce: 1995/06/12 hotel services |

| | | | |
|---|---|---|---|
| U.S. Registration No. | 3686581 | Application Date | 05/29/2007 |
| Registration Date | 09/22/2009 | Foreign Priority Date | NONE |
| Word Mark | TRUMP ONE | | |
| Design Mark | | | |
| Description of Mark | The mark consists of the word "ONE" with the name "TRUMP" located inside the "O" of the word "ONE". | | |
| Goods/Services | Class 035. First use: First Use: 2007/05/29 First Use In Commerce: 2007/05/29 Customer recognition program in the nature of an incentive card for use in hotel, casino and resort facilities | | |

| | | | |
|---|---|---|---|
| U.S. Registration No. | 2414739 | Application Date | 06/30/1999 |
| Registration Date | 12/19/2000 | Foreign Priority Date | NONE |
| Word Mark | TRUMP CARD | | |
| Design Mark | | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 035. First use: First Use: 1989/06/30 First Use In Commerce: 1989/06/30 customer recognition program in the nature of an incentive card for use in hotel, casino and resort facilities | | |

| U.S. Registration No. | 3828734 | Application Date | 11/19/2007 |
|---|---|---|---|
| Registration Date | 08/03/2010 | Foreign Priority Date | NONE |
| Word Mark | TRUMP ATTACHÃ# | | |
| Design Mark | TRUMP ATTACHÉ | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 035. First use: First Use: 2007/10/00 First Use In Commerce: 2007/10/00<br>Inventory control, namely, personalizedprestocking of kitchens, refrigerators and bars for hotel guests and hotel condominium unit owners<br>Class 037. First use: First Use: 2007/10/00 First Use In Commerce: 2007/10/00<br>Personal valet services to hotel guestsand hotel condominium unit owners, namely, laundry services, pressing of clothing<br>Class 041. First use: First Use: 2007/10/00 First Use In Commerce: 2007/10/00<br>Personal valet services to hotel guestsand hotel condominium unit owners, namely, arranging for ticket reservations for shows and other entertainment events based on customers' individual preferences<br>Class 043. First use: First Use: 2007/10/00 First Use In Commerce: 2007/10/00<br>Guest services, namely, making reservations and booking for temporary lodging, reservation of restaurants<br>Class 045. First use: First Use: 2007/10/00 First Use In Commerce: 2007/10/00<br>Personal shopping for others; personal concierge services for others compris-ingmaking requested personal arrangements and reservations, running errands and providing information to meet individual needs, all rendered in hotels and residential complexes | | |

| U.S. Registration No. | 3483760 | Application Date | 10/04/2007 |
|---|---|---|---|
| Registration Date | 08/12/2008 | Foreign Priority Date | NONE |
| Word Mark | TRUMP | | |
| Design Mark | TRUMP | | |

| Description of Mark | NONE |
|---|---|
| Goods/Services | Class 043. First use: First Use: 2003/11/00 First Use In Commerce: 2003/11/00 Restaurant services |

| U.S. Registration No. | 3566654 | Application Date | 12/03/2007 |
|---|---|---|---|
| Registration Date | 01/27/2009 | Foreign Priority Date | NONE |
| Word Mark | TRUMP ENTERTAINMENT RESORTS | | |
| Design Mark | **TRUMP ENTERTAINMENT RESORTS** (logo) | | |
| Description of Mark | The mark consists of the large word "TRUMP", with the smaller words "ENTERTAINMENT RESORTS" underneath. | | |
| Goods/Services | Class 041. First use: First Use: 2005/06/05 First Use In Commerce: 2005/06/05 Casino and nightclub services<br>Class 043. First use: First Use: 2005/06/01 First Use In Commerce: 2005/06/01 Resort lodging, hotel, restaurant and bar services | | |

| U.S. Registration No. | 2269568 | Application Date | 05/23/1997 |
|---|---|---|---|
| Registration Date | 08/10/1999 | Foreign Priority Date | NONE |
| Word Mark | TRUMP NATIONAL GOLF CLUB | | |
| Design Mark | | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 025. First use: First Use: 1997/07/26 First Use In Commerce: 1997/07/26 clothing, namely, [ pants, shorts, ] shirts, caps, [ visors, ] blouses, [ skirts, slacks, ] and jackets<br>Class 041. First use: First Use: 1997/07/26 First Use In Commerce: 1997/07/26 golf club services<br>Class 042. First use: First Use: 1997/07/26 First Use In Commerce: 1997/07/26 social club and restaurant services | | |

| U.S. Registration No. | 2226174 | Application Date | 03/16/1998 |
|---|---|---|---|
| Registration Date | 02/23/1999 | Foreign Priority Date | NONE |
| Word Mark | TRUMP INTERNATIONAL HOTEL & TOWER | | |
| Design Mark | | | |

| | |
|---|---|
| Description of Mark | NONE |
| Goods/Services | Class 016. First use: First Use: 1997/01/15 First Use In Commerce: 1997/01/15 stationery, postcards, note cards, greeting cards |
| | Class 025. First use: First Use: 1997/01/15 First Use In Commerce: 1997/01/15 clothing, namely, t-shirts, polo shirts, long-sleeved shirts, caps, shorts, sweat pants, sweat shirts, bathrobes |
| | Class 036. First use: First Use: 1997/01/15 First Use In Commerce: 1997/01/15 real estate services, namely, listing, leasing, and managing commercial and residential property |
| | Class 042. First use: First Use: 1997/01/15 First Use In Commerce: 1997/01/15 hotel services, restaurant services, and health spa services |

| | |
|---|---|
| Attachments | 77157334#TMSN.png( bytes ) <br> 78352969#TMSN.png( bytes ) <br> 77192256#TMSN.png( bytes ) <br> 75739819#TMSN.png( bytes ) <br> 77333103#TMSN.png( bytes ) <br> 77295919#TMSN.png( bytes ) <br> 77342507#TMSN.png( bytes ) <br> F1495601.pdf(266363 bytes ) |

## Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by First Class Mail on this date.

| | |
|---|---|
| Signature | /s/ James D. Weinberger |
| Name | James D. Weinberger |
| Date | 07/28/2014 |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

In the Matter of Application Serial No. 86/116,800
Published in the *Official Gazette* on April 8, 2014
Mark: TRUMP YOUR COMPETITION

---

DONALD J. TRUMP,

        Opposer,

-against-

TRUMP YOUR COMPETITION, INC.,

        Applicant.

---

## NOTICE OF OPPOSITION

Opposer Donald J. Trump believes that he would be damaged by the issuance of a registration for the trademark TRUMP YOUR COMPETITION for "Advertising and marketing consultancy" in Int. Cl. 35, as applied for in Application Serial No. 86/116,800, and therefore opposes the same.

As grounds for the opposition, Opposer, through his counsel Fross Zelnick Lehrman & Zissu, P.C., alleges as follows:

1.    Opposer is a world-renowned real estate entrepreneur, business icon and celebrity. Over the years, Opposer has expanded his successful real estate, casino and resort empire throughout the world and has pursued a wide variety of business ventures.

2.    For decades, Opposer has used marks consisting of or including TRUMP in commerce in the United States. Opposer also has published bestselling books and has launched many successful businesses associated with his name, including but not limited to TRUMP real estate, hotel and entertainment services, TRUMP MODEL MANAGEMENT model and talent

services, TRUMP ATTACHÉ inventory control services, TRUMP ONE incentive card services, and TRUMP CARD incentive card services.

3. In addition, since 2004, Opposer has produced and starred in the hit NBC television reality show, *The Apprentice*, a series centered on a competition between job applicants in which the applicants are evaluated, selected and hired, based *inter alia* on their ability to advertise and market particular goods and services.

4. As a result of his extensive business activities and public recognition, Opposer's TRUMP name and mark has not only become associated with luxury and prestige, it has become a famous household name and brand.

5. Opposer is the owner of numerous U.S. federal trademark registrations for marks consisting of or including TRUMP for a wide variety of goods and services including, but not limited to, the following:

- TRUMP, U.S. Reg. No. 3,391,095 for "Entertainment services, namely, ongoing unscripted television programs in the field of business, business disputes, and dispute resolution" in Int. Cl. 41, registered on March 4, 2008, based on first use in 2004.

- TRUMP MODEL MANAGEMENT, U.S. Reg. No. 2,991,841, for "Model and talent management services" in Int. Cl. 35, registered on Sept. 6, 2005, based on first use in 2003.

- TRUMP, U.S. Reg. No. 2,240,310 for "hotel services" in Int. Cl. 43, registered on April 20, 1999, based on first use in 1995.

- THE TRUMP ORGANIZATION, U.S. Reg. No. 2,232,052 for "real estate planning, laying out, development and construction services of residential, industrial and commercial properties services" in Int. Cl. 37, registered on March 16, 1999, based on first use in 1964.

- TRUMP ONE (stylized), U.S. Reg. No. 3,686,581, for "Customer recognition program in the nature of an incentive card for use in hotel, casino and resort facilities" in Int. Cl. 35, registered on Sept. 22, 2009, based on first use in 2007.

- TRUMP CARD, U.S. Reg. No. 2,414,739, for "customer recognition program in the nature of an incentive card for use in hotel, casino and resort facilities" in Int. Cl. 35, registered on December 19, 2009, based on first use in 1989.

- TRUMP ATTACHÉ, U.S. Reg. No. 3,828,734, for "Inventory control, namely, personalized prestocking of kitchens, refrigerators and bars for hotel guests and hotel condominium unit owners" in Int. Cl. 35, registered on August 3, 2010, based on first use in 2007.

- TRUMP, U.S. Reg. No. 3,483,760 for "restaurant services" in Int. Cl. 43, registered on August 12, 2008, first use date November 2003.

- TRUMP ENTERTAINMENT RESORTS, U.S. Reg. No. 3,566,654 for, *inter alia*, "Resort lodging, hotel, restaurant and bar services" in Int. Cl. 43, registered on January 27, 2009, first use date June 1, 2005.

- TRUMP NATIONAL GOLF CLUB, U.S. Reg. No. 2,269,568 for, *inter alia*, "social club and restaurant services" in Int. Cl. 42, registered on August 10, 1999, first use date July 26, 1997.

- TRUMP INTERNATIONAL HOTEL & TOWER, U.S. Reg. No. 2,226,174 for, *inter alia*, "restaurant services" in Int. Cl. 42, registered on February 23, 1999, first use date January 15, 1997.

Printouts from the TSDR electronic database records of the U.S. Patent and Trademark Office showing the current status and title of the registrations relied upon herein are attached hereto as Exhibit A. All of these registrations are valid, subsisting and in full force and effect, and constitute evidence of the validity of the marks and of Opposer's exclusive right to use them in connection with the goods and services identified therein, pursuant to Section 33(b) of the Lanham Act, 15 U.S.C. § 1115(a). Further, Reg. Nos. 3,391,095, 2,991,841, 2,240,310, 2,232,052, 2,414,739, 2,269,568, 2,226,174, 2,269,568 and 2,226,174 have become incontestable under Section 15 of the Lanham Act. 15 U.S.C. § 1065.

6. Upon information and belief, Applicant is a Nevada corporation, with an address of PO Box 4470, Lake Tahoe, Nevada 89449.

7. Applicant has filed an application to register the mark TRUMP YOUR COMPETITION in connection with "Advertising and marketing consultancy" in Int. Cl. 35, Application Serial No. 86/116,800, based on first use on January 1, 2013, pursuant to Section 1(a) of the Lanham Act, 15 U.S.C. § 1051(a).

8. Upon information and belief, Applicant has begun using the mark TRUMP YOUR COMPETITION in connection with the identified goods, as shown here above examples of Opposer's mark in use in similar formats:






The registration of Applicant's mark is inconsistent with Opposer's prior rights and statutory grant of exclusivity of use.

9. Applicant's mark is identical to Opposer's famous TRUMP mark and name in sight, sound and overall meaning, except that Applicant appends the descriptive term "your competition" to the end of the mark. Indeed, the term "your competition" exacerbates the likelihood of confusion because customers associate Opposer's TRUMP mark with competitions, including those weekly and season-long competitions broadcast on *The Apprentice*.

10. Applicant's registration of the TRUMP YOUR COMPETITION mark in connection with the services identified in its application are likely to cause confusion and lead consumers to falsely believe that Applicant's services emanate from or otherwise are sponsored by or affiliated with Opposer, in violation of Section 2(d) of the Lanham Act, 15 U.S.C. §§ 1052(d). By reason of the foregoing, Opposer will be damaged by the registration of the TRUMP YOUR COMPETITION mark.

11. Additionally, because the TRUMP mark and name is famous and became famous prior to any date upon which Applicant can rely, Applicant's registration of the TRUMP YOUR COMPETITION mark will damage Opposer by trading on the enormous goodwill associated with the mark and diluting its distinctiveness. Accordingly, Applicant's registration of the TRUMP YOUR COMPETITION mark violates Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c). By reason of the foregoing, Opposer will be damaged by the registration of the TRUMP YOUR COMPETITION mark.

12. Finally, because the TRUMP mark contains the Trump name, Applicant's registration of the TRUMP YOUR COMPETITION mark will damage Opposer by falsely suggesting a connection with persons, living or dead, namely, Donald J. Trump. Accordingly, Applicant's registration of the TRUMP YOUR COMPETITION mark violates Section 2(a) of the Lanham Act, 15 U.S.C. § 1052(a). By reason of the foregoing, Opposer will be damaged by the registration of the TRUMP YOUR COMPETITION mark.

WHEREFORE, Opposer requests that its Notice of Opposition be granted and that Application Serial No. 86/116,800 be denied.

Dated: July 28, 2014  
        New York, New York

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____  
     James D. Weinberger  
     Leo Kittay  
866 United Nations Plaza  
New York, New York 10017  
(212) 813-5900

{F1494497.1 }

6