# Exhibit F

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

| | |
|---|---|
| ESTTA Tracking number: | **ESTTA624471** |
| Filing date: | **08/29/2014** |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Proceeding | 91217618 |
| Party | Defendant<br>Trump Your Competition, Inc |
| Correspondence Address | ROD UNDERHILL<br>ROD UNDERHILL ESQ<br>PO BOX 1238<br>JULIAN, CA 92036-1238<br>UNITED STATES<br>MP3Rod@aol.com |
| Submission | Answer |
| Filer's Name | Rod Underhill |
| Filer's e-mail | MP3Rod@aol.com |
| Signature | /RodUnderhill/ |
| Date | 08/29/2014 |
| Attachments | Trump Reply two.pdf(83803 bytes ) |

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
# BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

In the Matter of Application Serial No. 86/116,800
*Published in the Official Gazette on April 8, 2014*
Mark: TRUMP YOUR COMPETITION

DONALD J. TRUMP,

    Opposer,

    -against-

TRUMP YOUR COMPETITION

    Applicant.

Opposition No. 91217618
Serial No.  86116800

Mark: TRUMP YOUR COMPETITION

## APPLICANT'S ANSWER TO PETITIONER'S NOTICE OF OPPOSITION AND APPLICANT'S AFFIRMATIVE DEFENSES

Applicant, TRUMP YOUR COMPETITION, INC, ("Applicant"), by and through its undersigned counsel, hereby replies to the Opposer's Notice of Opposition.

1. Applicant is without knowledge or information sufficient to form a belief as to the allegations of Paragraph 1 and, therefore, denies the same.

2. Applicant is without knowledge or information sufficient to form a belief as the allegations of Paragraph 2 and, therefore, denies the same.

3. Applicant is without knowledge or information sufficient to form a belief as the allegations of Paragraph 3 and, therefore, denies the same.

4. Applicant is without knowledge or information sufficient to form a belief as the allegations of Paragraph 4 and, therefore, denies the same.

5. Applicant is without knowledge or information sufficient to form a belief as the allegations of Paragraph 5 and, therefore, denies the same.

6. Applicant admits the allegations of Paragraph 6.

7. Applicant admits the allegations of Paragraph 7.

8.  Applicant denies the allegations of Paragraph 8.

9.  The Applicant denies the allegations of Paragraph 9.

10. The Applicant denies the allegations of Paragraph 10.

11. The Applicant denies the allegations of Paragraph 11.

12. The Applicant denies the allegations of Paragraph 12.

## FIRST AFFIRMATIVE DEFENSE

The Notice of Opposition fails to state a claim upon which relief may be granted.

WHEREFORE, Applicant respectfully requests that the Notice of Opposition against Application Serial No. 86/116,800 be dismissed with prejudice.

Date:  August 25, 2014

Respectfully submitted,

/Rod Underhill/
Rod Underhill
CA State Bar No. 96025
PO BOX 1238
Julian, CA 92036
(619) 540-0631

**ATTORNEY FOR APPLICANT**

3

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing APPLICANT'S ANSWER TO PETITIONER'S NOTICE OF OPPOSITION AND APPLICANT'S AFFIRMATIVE DEFENSES has been served on Attorney James D. Weinberger by mailing said copy on August 29, 2014, via First Class Mail, Postage prepaid to:

James D. Weinberger, Esq.
Fross Zelnick Lehrman & Zissu PC
8666 United Nations Plaza 8th Floor
New York, NY 10017

/RodUnderhill/

Rod Underhill