# Exhibit G

**ROD UNDERHILL**
**Attorney at Law**

**(619-540-0631)**
MP3Rod@aol.com

**November 6, 2015**

**PO box 1238**
**Julian, CA 92036**
**(USPS MAIL ONLY)**

**FED EX/UPS**
**2245 Highway 78**
**Julian, CA 92036**
**(NO USPS MAIL)**

Natasha N. Reed, Esq.
Lena C. Saltos, Esq.
Hughes Hubbard & Reed
One Battery Park Plaza
New York, New York 10004

**RE:  Donald Trump v  Trump Your Competition, Inc.**
      **Opposition No. 91217618**

Dear Natasha and Lena:

Enclosed is a notice to take Mr. Donald J. Trump's testimony deposition. We are flexible respecting location, date and time so long as it's within the defendant's 30-day trial period. We have retained Norris Wolff's firm as local counsel on the subpoena and noticed the deposition for his office on Fifth Avenue near Mr. Trump's home and office.

Please agree to accept service of process of the subpoena without prejudice to your seeking to quash it.  If I don't receive your agreement to accept service of process by Monday, November 9th, I'll assume you won't agree to accept service of the subpoena and we'll proceed accordingly.

Sincerely

*[signature]*

Rod Underhill

REU/tot

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| DONALD J. TRUMP,<br><br>Opposer,<br><br>-against-<br><br>TRUMP YOUR COMPETITION, INC.,<br><br>Applicant. | Opposition No. 91217618 |

### NOTICE OF TAKING TESTIMONY DEPOSITION

PLEASE TAKE NOTICE that, pursuant Section 2.123 of the Trademark Rules of Practice, 37 C.F.R. § 2.123, and the Federal Rules of Civil Procedure, Applicant Trump Your Competition, Inc., through its undersigned attorney, shall take the testimony of Donald J. Trump, the individual Opposer, 725 Fifth Avenue, New York, New York 10022, by deposition upon oral examination, at the offices of Kleinberg Kaplan Wolff Cohen, 531 Fifth Avenue, New York, NY 10176, on Tuesday, January 5th, 2016.

The deposition shall commence at 10:00 a.m. and shall continue until completion. The deposition shall take place before a Notary Public or other officer duly authorized by law to administer oaths and will be recorded by stenographic means.

You are invited to attend and cross-examine.

Applicant will make all reasonable efforts to facilitate the appearance of Plaintiff Donald J. Trump. Should Plaintiff prefer to appear for the taking of his testimony deposition on a different date within the Defendant's 30-day Trial Period, or at different location than indicated herein this Notice of Taking Testimony Deposition, including a different location within the continental United States of America, the Defendant will entertain such requests if made in writing to the Defendant by November 25, 2015.

Dated:   Julian, California
         November 6, 2015

Rod Underhill, Attorney at Law

By: *[signature]*

Rod Underhill

(619) 540-0631

*Attorney for Applicant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF TAKING TESTIMONY DEPOSITION is being served on November 6, 2015 by first class mail and email upon counsel for Opposer as follows:

Natasha N. Reed, Esq.
Lena C. Saltos, Esq.
Hughes Hubbard & Reed
One Battery Park Plaza
New York, New York 10004

Dated: Julian, California
November 5, 2015

Rod Underhill