# Exhibit I



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

Donald J. Trump

                                            In Re Proceeding 91217618

        Opposer

                                           **AFFIDAVIT OF SERVICE**

        v.

Trump Your Competition, Inc.

        Applicant
-------------------------------------------------------------X

STATE OF NEW YORK  }
                 S.S.
COUNTY OF NEW YORK)

    **HECTOR FIGUEROA,** being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not party to this action.

    That on the 10th day of November, 2015, at approximately the time of 4:00pm, deponent attempted to serve a true copy of the **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION** upon **DONALD J. TRUMP** at 721 Fifth Avenue, New York, NY 10022 but the Security on duty told deponent that all legal papers for **DONALD J. TRUMP** must be served at 725 FIFTH AVENUE.

    At that time, therefore, deponent served a true copy of the **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION** upon **DONALD J. TRUMP** at 725 Fifth Avenue, New York, NY 10022 by personally delivering and leaving the same with the Security, **MIKE RUSSO,** a person of suitable age and discretion at that address, the actual place of business. At the time of service, a witness fee in the amount of $40.00 was tendered.

    **MIKE RUSSO** is a white male, approximately 35 years of age, stands approximately 6 feet 2 inches tall, weighs approximately 240 pounds with brown hair and blue eyes.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



That on the 11ᵗʰ day of November, 2015, deponent served another copy of the foregoing upon **DONALD J. TRUMP** by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**DONALD J. TRUMP**
725 Fifth Avenue
New York, NY 10022

**HECTOR FIGUEROA, 0870141**

Sworn to before me this
12ᵗʰ day of November, 2015

JONATHAN   RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com