# Exhibit L

| | |
|---|---|
| **From:** | ROD UNDERHILL <mp3rod@aol.com> |
| **Sent:** | Thursday, December 03, 2015 10:06 PM |
| **To:** | mp3rod@aol.com; natasha.reed@hugheshubbard.com |
| **Subject:** | Re: Trump v. Trump Your Competition |

Hi, Natasha.  I hope you are doing well and please give my regards to Lena.

I am writing once more to remind you that I am awaiting word from you
by close of business tomorrow, Dec 4th, 2015, regarding the following inquiry:

**Will Mr. Donald J. Trump be honoring the subpoena issued by the United States District Court for
the Southern District of New York in re Proceeding 91217618 whereby he has been commanded
to appear on January 05, 2016 at ten a.m.?**

You have previously mentioned you were considering filing a Motion to Quash.

However, I have not received service of any such motion up to now.  Mr. Trump was duly served
on November 10th, 2015, and you have confirmed service of process.  There are but 31 days
or so remaining until Mr. Trump's commanded appearance date.  My client will, of course, oppose any
Motion to Quash that is untimely in nature on the basis of it being untimely, along with whatever additional
substantive facts, points and authorities that may be presented by Attorney Norris Wolff.

Please confirm that your client will be present as commanded via this Subpoena to Testify at a
Deposition in a Civil Action.

Should you fail to confirm by December 4th that your client will be honoring this subpoena as commanded by
the U.S. District Court, I shall conclude that he will not be honoring the subpoena and has repudiated the command
to appear.

Please also be further informed and reminded that I will work with you to schedule his appearance on another date within
the defense trial period as well as scheduling the testimony deposition in any other state of the continental
United States if Mr. Trump confirms he will honor the subpoena by close of business tomorrow.

With regards,

Rod



ROD UNDERHILL
mp3rod@aol.com

*This message may contain confidential information which may also be legally privileged information. If you are not an intended recipient of the message, please delete it and notify the sender via reply email. Any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*