UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **TRUMP YOUR COMPETITION, INC.,**<br><br>Plaintiff-Applicant,<br><br>v.<br><br>**DONALD J. TRUMP**<br><br>Defendant-Opposer. | In re Proceeding No. 91217618,<br>(Currently pending before the Trademark Trial and Appeal Board)<br><br>15 MISC 0 400<br><br>Misc. Proc. No. _____<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Norris D. Wolff of Kleinberg, Kaplan, Wolff & Cohen, P.C., 551 Fifth Avenue, New York, New York 10176, hereby appears in this action as counsel of record for applicant Trump Your Competition, Inc., and demands that copies of all notices and other papers in this action be served upon the undersigned.

Dated:    New York, New York
          December 10, 2015

KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

By: _____
                 Norris D. Wolff

551 Fifth Avenue, 18th Floor
New York, New York  10176
Telephone:    (212) 986-6000
Facsimile:    (212) 986-8866
Email:  nwolff@kkwc.com

*Attorneys for Applicant*
**TRUMP YOUR COMPETITION, INC.**