UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUMP YOUR COMPETITION, INC.,<br><br>   Plaintiff-Applicant,<br><br>v.<br><br>DONALD J. TRUMP<br><br>   Defendant-Opposer. | In re Proceeding No. 91217618,<br>(Currently pending before the Trademark Trial and Appeal Board)<br><br>**15 MISC 0400**<br><br>Misc. Proc. No. _____<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Netra Sreeprakash of Kleinberg, Kaplan, Wolff & Cohen, P.C., 551 Fifth Avenue, New York, New York 10176, hereby appears in this action as counsel of record for applicant Trump Your Competition, Inc., and demands that copies of all notices and other papers in this action be served upon the undersigned.

Dated:   New York, New York
         December 10, 2015

                                        KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

                                        By: _/s/ Netra Sreeprakash_____
                                            Netra Sreeprakash

                                        551 Fifth Avenue, 18th Floor
                                        New York, New York  10176
                                        Telephone:   (212) 986-6000
                                        Facsimile:   (212) 986-8866
                                        Email:  nsreeprakash@kkwc.com

                                        *Attorneys for Applicant*
                                        **TRUMP YOUR COMPETITION, INC.**

NSREEP\298121.1 - 12/10/15