UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUMP YOUR COMPETITION, INC.,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>DONALD J. TRUMP,<br><br>        Defendant-Opposer. | In re Proceeding No. 91217618,<br>(Currently pending before the<br>Trademark Trial and Appeal Board)<br><br>Misc. Proc. No. __15 Misc. 0400__<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, applicant Trump Your Competition, Inc., (a private non-governmental party), through its undersigned counsel, states that it has no corporate parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:    New York, New York
             December 10, 2015

                                                    KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

                                                    By: _/s/ Netra Sreeprakash_____
                                                         Norris D. Wolff
                                                         Netra Sreeprakash

                                                    551 Fifth Avenue, 18th Floor
                                                    New York, New York 10176
                                                    Telephone:  (212) 986-6000
                                                    Facsimile:   (212) 986-8866
                                                    Email: nwolff@kkwc.com
                                                    Email: nsreeprakash@kkwc.com

                                                    *Attorneys for Applicant*
                                                       TRUMP YOUR COMPETITION, INC.