UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUMP YOUR COMPETITION, INC.,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>        Defendant-Opposer. | In re Proceeding No. 91217618<br><br>(Pending before the United States Trademark Trial and Appeal Board)<br><br>Misc. Proc. No. 15-Misc.-00400<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Daniel H. Weiner of Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York 10004 hereby appears as counsel of record for Defendant-Opposer Donald J. Trump and certifies that he is admitted to practice in this Court.

Dated:  December 17, 2015
          New York, New York

                                    HUGHES HUBBARD & REED LLP

                                    By: /s/ Daniel H. Weiner
                                            Daniel H. Weiner
                                    One Battery Park Plaza
                                    New York, New York 10004-1482
                                    Tel: (212) 837-6874
                                    Fax: (212) 299-6874
                                    daniel.weiner@hugheshubbard.com

                                    Attorneys for Defendant-Opposer
                                    Donald J. Trump

## CERTIFICATE OF SERVICE

I, Eleni C. Saltos, being duly sworn, deposes and says that I am over the age of eighteen (18) years, not a party to this action, and that, on December 17, 2015, I served via ECF and U.S. mail a true and accurate copy of the foregoing Notice of Appearance on all parties who have filed a Notice of Appearance in this proceeding.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        December 17, 2015          By: _____
                                        Eleni C. Saltos
                                        One Battery Park Plaza
                                        New York, NY 10004-1482
                                        Tel: 212-837-6000
                                        Fax: 212-422-4726
                                        lena.saltos@hugheshubbard.com

67654063_1