# Exhibit B_*Yung v. Trump* Decision

| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY<br>U.S. MAGISTRATE JUDGE | DATE:<br>START TIME:<br>END TIME: | 10/20/11<br>10:25 a.m.<br>10:50 a.m. |
| DOCKET NO. | CV-11-1413 | JUDGE: | DLI |
| CASE NAME: | Yung v. Trump | | |

CIVIL CONFERENCE

PURPOSE OF CONFERENCE: Status/Motion Hearing

APPEARANCES: Plaintiff     J. Taikwok Yung, pro se
              Defendant    James Weinberger, Leo Kittay

SCHEDULING AND RULINGS:

1. Argument heard concerning defendant's motion [12] for a protective order. Motion granted in part such that the plaintiff shall take the deposition of Eric Trump and may then pursue a deposition of the defendant Donald Trump to the extent that Eric Trump is unable to answer relevant questions or his testimony discloses that Donald Trump had personal involvement in matters relevant to the instant dispute.

2. The deposition of Eric Trump shall take place within the next 30 days. The plaintiff shall confer with counsel for the defendant to schedule the deposition, which shall be held at the courthouse. The plaintiff may use his own recording equipment to conduct the deposition, but must seek an order from the court in advance of the deposition to enable him to bring the equipment into the courthouse.

3. Should the plaintiff wish to conduct any additional discovery after the deposition of Eric Trump, including the deposition of Donald Trump, he must make an application in writing to the court by December 2, 2011 identifying what further discovery he wishes to obtain. The court will address any such application at the next conference scheduled below.

4. The next conference will be held on **December 9, 2011 at 12:00 noon.**