Int. Cl.: 37

Prior U.S. Cls.: 100, 103 and 106

**United States Patent and Trademark Office**

Reg. No. 2,232,052
Registered Mar. 16, 1999

## SERVICE MARK
### PRINCIPAL REGISTER

### THE TRUMP ORGANIZATION

TRUMP, DONALD J. (UNITED STATES CITIZEN)
725 FIFTH AVENUE
NEW YORK, NY 10022

FOR: REAL ESTATE PLANNING, LAYING OUT, DEVELOPMENT AND CONSTRUCTION SERVICES OF RESIDENTIAL, INDUSTRIAL AND COMMERCIAL PROPERTIES SERVICES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 12-31-1964; IN COMMERCE 12-31-1964.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ORGANIZATION", APART FROM THE MARK AS SHOWN.

SER. NO. 75-419,888, FILED 1-20-1998.

ANDREW BAXLEY, EXAMINING ATTORNEY



EXHIBIT
by opposer
#91217618
TRUMP v. TRUMP
11-12-15






# TRUMP
## How to Get Rich
### Big deals from the star of *The Apprentice*

**DONALD J. TRUMP**

Bestselling author of *Trump: The Art of the Deal*

with Meredith McIver