

# TRUMP
## THE ART OF THE COMEBACK



### DONALD J. TRUMP
with Kate Bohner

An Informal Education in Business and Life

# DONALD J. TRUMP
## THINK LIKE A CHAMPION

WITH MEREDITH McIVER

# TRUMP
## & BILL ZANKER
PRESIDENT/FOUNDER
THE LEARNING ANNEX

**FREE BONUS:
TWO TICKETS TO
The Learning Annex
WEALTH EXPO
WORTH $358**
Details Inside

## THINK BIG AND KICK ASS

"This book is Donald Trump's version of *The Secret*.
It's a must read!" —JACK CANFIELD

## IN BUSINESS AND LIFE