

FOREWORD BY DONALD J. TRUMP

# TRUMP STRATEGIES FOR REAL ESTATE



## Billionaire Lessons *for the* Small Investor

### GEORGE H. ROSS

Executive Business and Legal Advisor to Donald Trump
Co-star of *The Apprentice*

WITH ANDREW JAMES McLEAN

Copyrighted Material

NEW YORK TIMES BESTSELLER

# TRUMP

## Think Like a Billionaire

Everything You Need to Know About Success, Real Estate, and Life

**DONALD J. TRUMP**

Bestselling author of *Trump: How to Get Rich* and *Trump: The Art of the Deal*

with Meredith McIver