


# TRUMP NEVER GIVE UP

## How I Turned My Biggest Challenges into Success

**DONALD J. TRUMP**

with Meredith McIver





# TRUMP
## The Way to the Top
### The Best Business Advice I Ever Received