

# TRUMP
## SURVIVING AT THE TOP

**DONALD J. TRUMP with CHARLES LEERHSEN**



**THE #1 NEW YORK TIMES BESTSELLER**

# TRUMP
## THE ART OF SURVIVAL

BONUS! New Chapter for this edition

Formerly titled *Trump: Surviving at the Top*

WARNER BOOKS 36209-3 $5.99 U.S.A. ($6.99 CAN.)

**DONALD J. TRUMP with CHARLES LEERHSEN**

"COUNTERPUNCHES WITH HIS CHIN OUT!" —USA TODAY