

TRUMP.COM | TRUMP GOLF

MEMBERSHIP INFO   DIRECTIONS   CONTACT US

- Home
- Membership
- Golf
- Weddings & Events
- Dining
- Photo Gallery
- Press Room
- Contact Us
- Employment Opportunity
- Members Only
- TRUMP CARD ®

follow us on twitter

TrumpPhillyGM
TrumpPhillyPro
TrumpPhillyGolf
TrumpPhillyNews
TrumpPhillyEvents

TRUMP GOLF
Select Your Destination

EXTRAORDINARY LANDSCAPES

## Welcome to Trump National Golf Club

**Greetings from Donald J. Trump**

Designed by the world-renowned golf course architect, Tom Fazio, this award-winning course on Southern New Jersey's highest point provides tremendous views of the entire Philadelphia skyline. Located in Pine Hill, New Jersey, Trump National Philadelphia is adjacent to Pine Valley Golf Club and covers the Philadelphia market. The accolades for this 18 hole course are certainly well deserved, and the spectacular clubhouse provides the ideal venue for a wide variety of social events.

As an avid golfer, I can tell you that this club and setting are truly something very special. I invite you to experience for yourself the extraordinary grounds and sophisticated amenities of Trump National Philadelphia.

*Donald J. Trump*

MEMBER LOGIN
Username
Password
☐ Remember Me   Login
Forgot Password?

Trump National Golf Club - Philadelphia

Weddings | Membership | Banquets

Trump National Golf Club Philadelphia | 500 West Branch Ave. Pine Hill, NJ 08021 T (877) 450-8866

Site by Clubessential, LLC

