# Exhibit G_ Defendant-Opposer's Pretrial Disclosures

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

| | |
|---|---|
| DONALD J. TRUMP,<br><br>              Opposer,<br><br>-against-<br><br>TRUMP YOUR COMPETITION, INC.,<br><br>              Applicant. | Opposition No. 91217618 |

**OPPOSER'S PRETRIAL DISCLOSURES**

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and Rule 37 C.F.R. § 2.121, Opposer Donald J. Trump ("Opposer") provides the following pretrial disclosures:

A.    Witness List.

Opposer intends to or may take the testimony of the following witness:

>  Alan Garten
>  Executive Vice President and General Counsel
>  The Trump Organization
>  725 Fifth Avenue
>  New York, New York 10022

B.    Subject Matters and Documents Introduced During Testimony.

Alan Garten is expected to testify concerning the history and business of the TRUMP MARKS (as defined in Opposer's Responses to Applicant's First Set of Interrogatories, dated February 19, 2015) and Opposer's efforts to police the TRUMP MARKS.

The types of documents and things which may be introduced as exhibits during the testimony of Mr. Garten include the following:

- Documents concerning Opposer's history and business.

- Documents concerning the TRUMP MARKS.

- The contents of the United States Patent and Trademark Office file histories, applications and certificates of registration for the TRUMP MARKS.

Dated:  New York, New York  THE TRUMP ORGANIZATION
July 31, 2015

By:_____
Matthew R. Maron
725 Fifth Avenue
New York, New York 10022
(212) 715-6783
*Attorney for Opposer*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing OPPOSER'S PRETRIAL DISCLOSURES is being served on July 31, 2015 by first class mail and email addressed as follows:

>Rod Underhill, Esq.
>PO Box 1238
>Julian, CA 92036-1238
>Email: MP3Rod@aol.com

Dated: New York, New York
July 31, 2015

_____
CYNTHIA ARCE