# Exhibit H_ Defendant-Opposer's Supplemental Pretrial Disclosures

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| DONALD J. TRUMP,<br><br>        Opposer,<br><br>-against-<br><br>TRUMP YOUR COMPETITION, INC.,<br><br>        Applicant. | Opposition No. 91217618 |

**OPPOSER'S SUPPLEMENTAL PRETRIAL DISCLOSURES**

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and Section 2.121of the Trademark Rules of Procedure, 37 C.F.R. § 2.121, Opposer Donald J. Trump ("Opposer"), through his undersigned counsel, hereby supplements Opposer's Pretrial Disclosures as follows:

A.    Witness List.

Opposer intends to or may take the testimony of the following witnesses:

>Alan Garten
>Executive Vice President and General Counsel
>The Trump Organization
>725 Fifth Avenue
>New York, New York 10022
>
>Eric Trump
>Executive Vice President of Development and Acquisitions
>The Trump Organization
>725 Fifth Avenue
>New York, New York 10022

B.    Subject Matters and Documents Introduced During Testimony.

The foregoing witnesses may testify regarding the history and business of the TRUMP MARKS (as defined in Opposer's Responses to Applicant's First Set of Interrogatories, dated

66945796_1

February 19, 2015) and Opposer's efforts to police the TRUMP MARKS.

The types of documents and things which may be introduced as exhibits during the testimony of the foregoing witnesses include the following:

- Documents concerning Opposer's history and business.

- Documents concerning the TRUMP MARKS.

- The contents of the United States Patent and Trademark Office file histories, applications and certificates of registration for the TRUMP MARKS.

Dated: New York, New York
November 4, 2015

HUGHES HUBBARD & REED LLP

By: _____
Natasha N. Reed
Lena C. Saltos
725 Fifth Avenue
New York, New York 10022
(212) 715-6783
*Attorney for Opposer*

2

66945796_1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing OPPOSER'S SUPPLEMENTAL PRETRIAL DISCLOSURES is being served on November 4th, 2015 by first class mail and email upon counsel for Applicant as follows:

> Rod Underhill, Esq.
> P.O. Box 1238
> Julian, CA 92036-1238
> Email: mp3rod@aol.com

Dated: New York, New York
November 4, 2015

_____
Lena C. Saltos