# Exhibit J_Plaintiff-Applicant's Notice of Taking Testimony Deposition of Donald J. Trump

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| DONALD J. TRUMP,<br><br>Opposer,<br><br>-against-<br><br>TRUMP YOUR COMPETITION, INC.,<br><br>Applicant. | Opposition No. 91217618 |

NOTICE OF TAKING TESTIMONY DEPOSITION

PLEASE TAKE NOTICE that, pursuant Section 2.123 of the Trademark Rules of Practice, 37 C.F.R. § 2.123, and the Federal Rules of Civil Procedure, Applicant Trump Your Competition, Inc., through its undersigned attorney, shall take the testimony of Donald J. Trump, the individual Opposer, 725 Fifth Avenue, New York, New York 10022, by deposition upon oral examination, at the offices of Kleinberg Kaplan Wolff Cohen, 531 Fifth Avenue, New York, NY 10176, on Tuesday, January 5th, 2016.

The deposition shall commence at 10:00 a.m. and shall continue until completion. The deposition shall take place before a Notary Public or other officer duly authorized by law to administer oaths and will be recorded by stenographic means.

You are invited to attend and cross-examine.

Applicant will make all reasonable efforts to facilitate the appearance of Plaintiff Donald J. Trump. Should Plaintiff prefer to appear for the taking of his testimony deposition on a different date within the Defendant's 30-day Trial Period, or at different location than indicated herein this Notice of Taking Testimony Deposition, including a different location within the continental United States of America, the Defendant will entertain such requests if made in writing to the Defendant by November 25, 2015.

Dated: Julian, California
November 6, 2015

Rod Underhill, Attorney at Law

By: [signature]

Rod Underhill

(619) 540-0631
*Attorney for Applicant*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF TAKING TESTIMONY DEPOSITION is being served on November 6, 2015 by first class mail and email upon counsel for Opposer as follows:

Natasha N. Reed, Esq.
Lena C. Saltos, Esq.
Hughes Hubbard & Reed
One Battery Park Plaza
New York, New York 10004

Rod Underhill

Dated: Julian, California
November 5, 2015

2