UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
TRUMP YOUR COMPETITION, INC.,                                      :  15 Misc. 00400
                                                                   :
                         Plaintiff-Applicant,                      :  In re Proceeding No. 91217618
                                                                   :  (Pending before the United States
           v.                                                      :  Trademark Trial and Appeal Board)
                                                                   :
                                                                   :
DONALD J. TRUMP,                                                   :
                                                                   :
                         Defendant-Opposer.                        :
                                                                   :
-------------------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Declarations of Daniel H. Weiner, Donald J. Trump and Alan Garten, each dated January 4, 2016, and Defendant-Opposer›s Memorandum in Opposition to Plaintiff-Applicant›s Motion to Compel Deposition and in Support of Defendant-Opposer›s Motion for a Protective Order, dated January 4, 2016, Defendant-Opposer Donald J. Trump will move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, on January 12, 2016 for an order granting Defendant-Opposer›s Motion for a Protective Order, pursuant to Federal Rules of Civil Procedure 45(d) and 26(c).

Dated:     New York, New York
           January 4, 2016                    HUGHES HUBBARD & REED LLP


                                              By:_____/s/_____
                                                    Daniel H. Weiner
                                                    Eleni C. Saltos

One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000
daniel.weiner@hugheshubbard.com
lena.saltos@hugheshubbard.com

Attorneys for Defendant-Opposer
Donald J. Trump

67697771_1