# Exhibit C_Garten Deposition

Alan Garten - November 12, 2015

1                    ALAN GARTEN, ESQ.

2      IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
           BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD
3      _____

4    DONALD J. TRUMP                )

5              Opposer,             )

6                v.                 )   Opposition No.

7    TRUMP YOUR COMPETITION, INC.   )   91217618

8              Applicant.           )

9    _____)

10

11

12          TRANSCRIPT OF ALAN GARTEN, ESQ.

13             November 12, 2015

14                10:08 a.m.

15

16

17          Deposition of ALAN GARTEN, ESQ., taken

18    by Opposer, at the offices of Hughes Hubbard &

19    Reed LLP, One Battery Park Plaza, New York, New

20    York, before Brandon Rainoff, a Federal

21    Certified Realtime Reporter and Notary Public of

22    the State of New York.

23

24

25

Alan Garten - November 12, 2015

```
 1                 ALAN GARTEN, ESQ.
 2              A P P E A R A N C E S
 3

 4    HUGHES HUBBARD & REED LLP
 5    Attorneys for Opposer
 6            One Battery Park Plaza
 7            New York, New York  10004-1482
 8            212.837.6000
 9    BY:   NATASHA N. REED, ESQ.
10            212.837.6847
11            reed@hugheshubbard.com
12            LENA C. SALTOS, ESQ.
13            212.837.6494
14            saltos@hugheshubbard.com
15

16    ROD UNDERHILL, ATTORNEY AT LAW
17    Attorneys for Applicant
18            P.O. Box 1238
19            Julian, California  92036-1238
20            619.540.0631
21    BY:   ROD UNDERHILL, ESQ.
22            mp3rod@aol.com
23

24

25
```

Alan Garten - November 12, 2015

Page 3

```
1                 ALAN GARTEN, ESQ.
2          I N D E X   O F   E X A M I N A T I O N
3
4
5      Witness:
6      Alan Garten, Esq.
7
8
9
10     Examination:
11     Direct by Ms. Reed........................Page 6
12     Cross by Mr. Underhill...................Page 70
13
14
15     Index of Exhibits.......................Page 4
16
17
18
19
20
21
22
23
24
25
```

Alan Garten - November 12, 2015

```
1                    ALAN GARTEN, ESQ.
2                 I N D E X  O F  E X H I B I T S
3          (Stipulated by counsel as offered into evidence)
4
5      Exhibit 1    Single-page document entitled: US PTO .........13
6                   Service Mark Principal Register, dated
7                   March 16, 1999 (no Bates Nos.)
8
9      Exhibit 2    Multipage document bearing images .............38
10                  (no Bates Nos.)
11
12     Exhibit 3    Multipage document bearing images .............56
13                  (no Bates Nos.)
14
15     Exhibit 4    Single-page document bearing image ............64
16                  (no Bates No.)
17
18     Exhibit 5    Three-page document bearing heading on ........67
19                  first page:
20                  http://www.trumpyourcompetition.com/
21                  (no Bates No.)
22
23
24
25
```

Alan Garten - November 12, 2015

```
1                    ALAN GARTEN, ESQ.
2                      *    *    *
3                 P R O C E E D I N G
4            Thursday, November 12, 2015
5                New York, New York
6                  10:08 a.m.
7                      *    *    *
8    ALAN GARTEN, ESQ.,
9              having been duly sworn, was examined and
10             testified as follows:
11             MS. REED:  I just want to make a
12    couple of stipulations before we start.
13             The first one is that the parties
14    stipulate that any exhibits that are marked and
15    identified today will be deemed as being offered
16    into evidence.
17             MR. UNDERHILL:  So stipulated.
18             MS. REED:  And the second is that the
19    parties have not actually entered into a formal
20    protective order.
21             But the parties agree that this
22    proceeding is governed by the standard
23    protective order issued by the Trademark Trial
24    and Appeal Board of the U.S. Patent and
25    Trademark Office.
```

Alan Garten - November 12, 2015

Page 6

```
1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
2               MR. UNDERHILL:  So stipulated.
3               MS. REED:  I also want to add that
4      today, Mr. Alan Garten is testifying in the
5      opposer's testimony period.
6               And Mr. Underhill, who represents the
7      applicant, is free to cross-examine Mr. Garten.
8      And he's free to ask him any question he would
9      like to ask, even beyond the scope of our direct
10     examination -- provided, obviously, that it
11     doesn't elicit anything that's attorney-client
12     privileged; and that privilege is not waived.
13              MR. UNDERHILL:  I'm not stipulating to
14     that as an offer by counsel.
15              Thank you.
16              MS. REED:  Okay.
17  DIRECT EXAMINATION
18  BY MS. REED:
19          Q.    Mr. Garten, are you currently
20     employed?
21          A.    Yes.
22          Q.    Where do you work?
23          A.    The Trump Organization.
24          Q.    How long have you worked for The Trump
25     Organization?
```

Alan Garten - November 12, 2015

```
 1        ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
 2        A.    Since December, 2006.
 3        Q.    What is your current position at The
 4   Trump Organization?
 5        A.    Executive vice-president and general
 6   counsel.
 7        Q.    Have you always had that position at
 8   The Trump Organization?
 9        A.    No.
10              When I started, I was assistant
11   general counsel.
12              And around three years ago, I was
13   promoted to executive vice-president and general
14   counsel.
15        Q.    Can you briefly explain the nature of
16   your responsibilities at the company?
17        A.    Sure.
18              So I am responsible -- I'm the general
19   counsel and responsible for overseeing virtually
20   all legal matters -- from transactions, to
21   litigation, to employment, to intellectual
22   property.
23              And as it relates to today,
24   intellectual property would include brand
25   management of the Trump brand and all of its
```

Alan Garten - November 12, 2015

```
1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
2     marks -- including, you know, the Trump house
3     mark, and all of its derivative marks, and
4     everything within the trademark portfolio --
5     brand management and enforcement of the
6     trademarks -- everything, sort of, from soup to
7     nuts associated with intellectual property
8     matters; along with everything else on the legal
9     side, you know, which is commercial litigation,
10    all types of litigation, virtually everything
11    legal-related.
12         Q.    You mentioned transactional.
13               So can you describe what that type of
14    work entails?
15         A.    I'm involved in transactional matters
16    for the company acquisitions -- you know, lots
17    of different types of transactional matters.
18         Q.    Do those transactional matters involve
19    trademarks or licensing at all?
20         A.    Sure.
21               When I first actually started with the
22    company, my primary task was transactions and I
23    worked on a ton of licensing matters.
24               Today I'm still involved in the
25    licensing part of the business -- both from a
```

Alan Garten - November 12, 2015

```
 1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
 2    business perspective, advising my client on
 3    business issues, on how to enter into license
 4    deals and license the brand; and also from a
 5    legal perspective, consulting and overseeing our
 6    legal team and entering into different licensing
 7    deals -- whether they be real estate licensing
 8    deals, product licensing deals -- runs the
 9    gamut.
10          Q.    You said:  Advising your client.
11                Who is your client?
12          A.    I'm employed by The Trump
13    Organization.
14                The Trump Organization is principally
15    owned by Donald Trump and is run by Mr. Trump,
16    and his -- members of his family, as well as
17    other executives at the company.
18          Q.    Can you tell us who the other members
19    of his family are that run the company?
20          A.    Sure.
21                So the members of his family who are
22    involved are his three eldest children, Donald,
23    Jr., Ivanka and Eric Trump.
24          Q.    What is Ivanka Trump's position at the
25    company?
```

Alan Garten - November 12, 2015

```
 1        ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
 2        A.    All three of them are executive
 3    vice-presidents.
 4        Q.    You mentioned your responsibilities at
 5    The Trump Organization including all legal
 6    matters.
 7             Can you tell me just generally how you
 8    perform your responsibilities?
 9        A.    Sure.
10             So it's sort of a twofold approach.
11             We have our own internal team.   And
12    we've got, you know, members of our team.   We've
13    got other lawyers on our team.   And we've got
14    paralegals, assistants.   And we all sort of work
15    collectively to, you know, oversee legal matters
16    at the company.
17             When it comes to intellectual
18    property, we've got a paralegal who is solely
19    dedicated to intellectual property matters.   We
20    have a separate paralegal who is just a
21    trademark paralegal.   And then we have other
22    people involved -- another attorney principally
23    involved -- who assists me in overseeing -- both
24    overseeing the portfolio itself and a lot on
25    brand management and enforcement; which often
```

Alan Garten - November 12, 2015

```
1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
2     includes sending cease-and-desist letters, you
3     know, commencing actions where we believe we see
4     infringement, filing oppositions to trademark
5     applications, policing the registration of
6     domain names.
7              Again, it is, sort of, all aspects of
8     intellectual property.
9              In addition to our internal team, then
10    we work with outside counsel -- whether it be
11    Hughes, Hubbard & Reed and other firms -- within
12    the U.S. and also around the world.
13    Q.     Are there other senior executives that
14    are involved in the day-to-day management of
15    trademark licensing or trademark portfolio
16    management?
17    A.     So I would say that, when it comes to
18    trademark portfolio management, Eric Trump, Mr.
19    Trump's son, is sort of the one executive who is
20    principally involved in overseeing the trademark
21    portfolio and taking steps to protect it and
22    enforce our intellectual property rights.
23             Other members of the family -- Donald,
24    Jr. and Ivanka -- are involved sort of in terms
25    of licensing deals.
```

Alan Garten - November 12, 2015

1       ALAN GARTEN, ESQ. - DIRECT - BY MS. REED

2           But Eric Trump is really the person

3    who is principally involved in overseeing what I

4    do on the intellectual property front.

5       Q.    How is, if at all, Mr. Trump involved

6    in the day-to-day activities of managing the

7    portfolio and licensing -- trademark licensing?

8       A.    He's not.

9           He's -- you know, the company is -- is

10   sort of a conglomerate of various business

11   interests.  And Mr. Trump does not get involved

12   in the sort of -- that's my job to oversee the

13   portfolio and work with Eric Trump when

14   necessary.  But principally that's my job, and

15   sort of that's delegated to me.

16          So he's not involved in the

17   day-to-day.

18      Q.    Generally, can you tell me what, if

19   anything, that you did to prepare for today's

20   testimony?

21      A.    Reviewed select documents and briefly

22   spoke with counsel.

23      Q.    Can you state the address of The Trump

24   Organization -- your business address -- for the

25   record?

Alan Garten - November 12, 2015

```
 1        ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
 2        A.    Trump Organization main offices are
 3    725 Fifth Avenue, New York, New York, in Trump
 4    Tower.
 5              MS. REED:  I'd like to offer Exhibit
 6    1.
 7              (Exhibit 1, Single-page document
 8    entitled: US PTO Service Mark Principal
 9    Register, dated March 16, 1999 (no Bates Nos.),
10    marked for identification)
11    BY MS. REED:
12        Q.    Mr. Garten, do you recognize this
13    document that's marked as Exhibit 1?
14        A.    Yes, I do.
15        Q.    What is it?
16        A.    It is the registration with the United
17    States Patent and Trademark Office of the mark
18    Trump -- or The Trump Organization.
19        Q.    Do you see on the registration where
20    it states:  First Use?
21              And then it says:  In Commerce?
22        A.    Yes.
23        Q.    Can you tell us what year is listed
24    there?
25        A.    It says:  December 31, 1964.
```

Alan Garten - November 12, 2015

1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED

2          Q.    Do you know what that date represents?

3          A.    That date corresponds to when The

4   Trump Organization was first created by Mr.

5   Trump when -- I believe when his -- I believe it

6   coincides when he -- I know it does.

7                It's the date when he formed the

8   company, and registered the mark, and when he,

9   sort of, went out on his own in the real estate

10  business.

11         Q.    You said:  When he also registered the

12  mark.

13               What do you mean by that?

14         A.    Well, I guess that's when he first

15  started using the mark.  That's when he first

16  started using the name "The Trump Organization"

17  to refer to his business.

18               I see it was registered later.

19               But the first time he used it was in

20  1964 when he went on his own; formed the

21  company.

22         Q.    Do you see in the Exhibit 1 where it

23  says:  For -- the word "For:" -- then there is a

24  description?

25         A.    Yes.

Alan Garten - November 12, 2015

1        ALAN GARTEN, ESQ. - DIRECT - BY MS. REED

2        Q.    Can you read that description for the

3    record?

4        A.    It says:  For:  Real estate planning,

5    laying out, development and construction

6    services of residential, industrial and

7    commercial properties services in Class 37.

8        Q.    Is The Trump Organization currently

9    involved in offering those services under The

10   Trump Organization trademark?

11       A.    Yes.

12       Q.    Are there any other goods and services

13   that are offered under The Trump Organization

14   trademark?

15       A.    Yes.

16             The company now, you know, today is --

17   The Trump Organization essentially refers to the

18   larger enterprise which started out in, you

19   know, 1964 as predominantly a real estate

20   development construction and planning company;

21   and has now expanded into a multitude of other

22   areas on the real estate side.

23             Just on the real estate side, that

24   would be real estate development, real estate

25   construction, real estate brokerage, real estate

Alan Garten - November 12, 2015

```
 1        ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
 2    management, real estate licensing, hotel
 3    development, condominium development, golf
 4    course development.
 5            Then you've got casinos -- a casino
 6    business -- businesses.  You've got product
 7    licensing.
 8            So there is a whole host of products
 9    which have the Trump house mark, I guess you
10    could call it.
11            You've got other sub-businesses.
12    There is Trump University.  There is
13    entertainment services.  So you've got Trump
14    Productions, which produces television shows;
15    was and is a producer of the television show The
16    Apprentice, which ran for, you know, 14 seasons.
17            Trump Organization was involved, and
18    was -- up until about two or three months ago --
19    50% owner of the Miss Universe organization.
20    And The Trump Organization and Trump brand was
21    used in connection with that organization.
22            You've got books.  Mr. Trump has
23    written, you know, 15, 20 -- more than 20 books,
24    which prominently use the Trump name and
25    associated logos and derivative marks.
```

Alan Garten - November 12, 2015

1       ALAN GARTEN, ESQ. - DIRECT - BY MS. REED

2           Trying to think what else I'm

3  missing -- product licensing, hotel -- yeah,

4  that's sort of it.

5     Q.   In --

6     A.   Oh, wine -- I'm sorry -- winery -- you

7  have the winery -- yeah.

8     Q.   On the product licensing front, can

9  you give examples of products that bear the

10  Trump house mark, as you called it?

11     A.   Sure.

12          So over the years, Mr. Trump has

13  licensed the mark for a wide variety of

14  products -- from shirts and ties and suits, to

15  fragrances, to vodka, to steaks, to water,

16  golf-related apparel.

17          Talking just products?

18          There is Trump home furnishings.

19  There is Trump tea.

20          I'm sure there is others that are

21  missing.

22     Q.   Okay.

23          Are all of these -- excuse me.

24          Strike that and rephrase.

25          What trademark is used to, I guess, to

Alan Garten - November 12, 2015

```
1           ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
2      sell these products?
3              Or promote these services?
4      A.     All of these products use the Trump --
5      what we call the Trump house mark, the basic
6      Trump mark.
7              Then often there will be sort of
8      derivations of the Trump mark.
9              So, for example, you know, all of his
10     books -- almost all of his books have
11     prominently the Trump name.  And many of the
12     titles will be "Trump" plus something else:
13     Trump:  The Art of a Deal, Trump, you know --
14     whatever it is.
15             And then also on -- we were just
16     talking about products.  You can have Trump tea,
17     Trump steaks, Trump vodka.  Those are sort of
18     the basic house mark -- use of the house mark.
19             Then you've got hundreds of
20     derivations of the Trump house mark.  For
21     example, I could give a multitude of examples --
22     Q.     We'll go through some of the examples.
23             But so, when you say "the Trump house
24     mark" -- and you sort of explained it -- what do
25     you mean "the Trump house mark" then
```

Alan Garten - November 12, 2015

1           ALAN GARTEN, ESQ. - DIRECT - BY MS. REED

2    "derivatives of the mark"?

3           A.    By "Trump house mark," I mean the name

4    "Trump."

5                 And by "derivatives of it," I mean

6    Trump International Hotel & Tower, Trump

7    national golf course, Trump estates, Trump

8    International Realty, Trump Mortgage.

9                 We are talking about hundreds of marks

10   that have been registered over the years.

11          Q.    Approximately how much money in gross

12   revenues would you say the organization has

13   generated in connection with offering goods and

14   services under the Trump house mark in the

15   United States?

16                You could talk about, you know,

17   international, worldwide.

18                Then what portion of that would be

19   sales in the U.S.?

20          A.    It is difficult to sort of put an

21   exact number on it.

22                But over the years, you are talking

23   about in the -- probably in the billions of

24   dollars.

25                On a year-to-year basis worldwide, it

Alan Garten - November 12, 2015

```
 1            ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
 2      would be in the hundreds of millions of dollars.
 3                  Probably in, you know, you know, I
 4      would say in last year, you are talking about
 5      upwards -- or in excess -- of maybe $400
 6      million.
 7                  In the U.S. it would be about 65 to
 8      70 -- probably 70% of that is generated in the
 9      United States.
10      Q.      And how do you know this?
11      A.      I'm general counsel of the company.
12      So I'm familiar with the licensing -- I'm
13      familiar with all aspects of the use of the mark
14      in every which way.
15                  I am aware of -- I worked on and
16      continue to work on how the mark is used --
17      whether it be in a licensing deal to a third
18      party, whether it be to offer and sell products
19      that we ourselves develop or create.
20                  Like, if we are going to develop a
21      condominium building in Chicago -- which we have
22      done -- or Las Vegas, then sell off units, I'm
23      involved in both legal aspect and the business
24      aspect.  I work closely with every member of the
25      company, including our accounting department.  I
```

Alan Garten - November 12, 2015

1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED

2    receive from time to time e-mails which have

3    breakdowns of how revenues are being generated

4    and which projects they are coming from and

5    where sales are coming from.

6          So I'm pretty familiar with all of the

7    financial aspects of the company.

8    Q.    Does the company and/or its licensees

9    do anything to promote the goods and services

10   under the Trump house mark?

11   A.    Yeah -- a lot of what we do is sales

12   and marketing efforts.

13         We are offering generally products of

14   different kinds -- whether it be, you know, home

15   products or condominium units, real estate

16   memberships to clubs -- golf clubs, private

17   member clubs, social clubs.

18         So a lot of what goes into that is

19   sales and marketing efforts.

20         We oversee sales and marketing of our

21   own projects.

22         I gave the example of Chicago and Las

23   Vegas.  So we would oversee the sales and

24   marketing of that ourselves.

25         When it comes to deals where we are

Alan Garten - November 12, 2015

Page 22

```
1           ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
2       licensing the Trump mark -- let's say, for
3       example, on a real estate deal -- that would be
4       a deal where a third party is developing a
5       project, but we -- sort of to police and protect
6       the mark and use of our brand, our deals all
7       have pretty rigorous approval requirements where
8       all sales and marketing is subject to our
9       approval.
10             And there are detailed procedures in
11      all of our documents which has sort of an
12      approval process.  Everything has to be run
13      through us.
14             So we are very involved in sales and
15      marketing -- not just for products that we are
16      involved in ourselves, but for projects where
17      other people are developing.  We are on top of
18      it and police it.
19      Q.    So when you say "sales and marketing"
20      or "marketing" -- what does that entail?
21             Is that advertising?
22             What is that, exactly --
23      A.    Yeah -- it can come in sort of a lot
24      of different forms depending on the product,
25      depending upon a lot of different factors.
```

Alan Garten - November 12, 2015

1        ALAN GARTEN, ESQ. - DIRECT - BY MS. REED

2             So there is sort of what I would call

3    traditional sales and marketing, which is

4    magazines, or radio, or television,

5    newspapers -- things of that nature.

6             And then there is, you know, more I

7    guess modern technology-based types of

8    advertising -- social media, Internet, website,

9    etc. -- e-mail blasts, things like that.

10             And we are pretty strict and we go to

11    great efforts -- we have our own internal

12    marketing team -- to enforce and police the

13    activities, both by us and by other parties.

14        Q.    Approximately how much money has your

15    organization and/or its licensees spent, let's

16    say, within the last year on marketing -- sales,

17    marketing and advertising -- goods and services

18    under the Trump name, both worldwide and in the

19    U.S., if you can --

20        A.    Hard to pinpoint because every deal is

21    sort of a separate entity.

22             And -- but you are talking about in

23    the tens of millions of dollars per year --

24    yeah.

25        Q.    Is that worldwide advertising?

Alan Garten - November 12, 2015

```
1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
2               Or is that just for the U.S.?
3     A.    You'd easily be talking about in the
4     tens of millions of dollars worldwide, of which
5     in terms of U.S., first, internationally I would
6     say 65 to 70% -- sort of the same percentage --
7     it would be a corresponding percentage to the
8     amount of deals -- the amount of revenue
9     generated from the use of the brand.
10              It would correspond to -- you know, 65
11    to 70% of that would probably be in the U.S. and
12    rest of it outside.
13              Traditionally, the company has been a
14    U.S.-based company.
15              In recent years, there has been a lot
16    of efforts to expand internationally.  It's been
17    pretty successful.  And that's a growing sort of
18    element of what we do.
19              But it's traditionally a U.S.-based
20    project with most of our efforts in the U.S.
21    Q.    I'll ask you the same question:  How
22    do you know that you have spent in the tens of
23    millions of dollars in advertising?
24    A.    Because I've worked -- you know, I've
25    worked for the company for the last almost 10
```

Alan Garten - November 12, 2015

Page 25

```
1        ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
2    years.  And, you know, I'm involved in all this.
3            In fact, I work extremely closely with
4    the marketing people, because I do all of the
5    oversight and review of all the marketing
6    efforts to make sure that they are legally
7    compliant and proper from a business standpoint.
8            So whether it be me sort of providing
9    guidance to our marketing people, or me, myself,
10   by hand, sort of overseeing and approving --
11   ultimately approving -- all the marketing and
12   making sure it has the proper language and
13   protections, all of it ultimately goes through
14   me anyway.
15       Q.    Does that include the expenses that
16   are spent for advertising?
17       A.    I'm not involved in the approval of
18   expenses.
19            But I'm aware of sort of the companies
20   that we have worked with and the marketing
21   efforts.
22            So -- yeah, so I'm pretty familiar
23   with that whole process.
24       Q.    So you mentioned the company and
25   Mr. Trump do business under the Trump house mark
```

Alan Garten - November 12, 2015

Page 26

1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
2     for a variety of goods and services.
3              So let's just go through each of
4     those.
5          A.    Sure.
6          Q.    You mentioned real estate and
7     development.
8              Can you give examples of the use of
9     either the Trump house mark alone or as a
10    derivative mark for commercial and residential
11    real estate properties?
12         A.    Yeah -- I mean, just in New York
13    alone, you could look at 20 different -- or
14    more -- properties that use the Trump name --
15    whether it's The Trump Building at 40 Wall
16    Street, which is right around the corner from
17    here.  You've got Trump Tower on Fifth Avenue.
18    You've got Trump World Tower.  You've got Trump
19    Plaza on Third Avenue and 63rd Street.  You have
20    Trump Park.  I think there is Trump Park East.
21              I mean, there are countless Trump, you
22    know, buildings.
23              You've got Trump Place on the upper
24    west side.
25              I'm sure I'm missing many.

Alan Garten - November 12, 2015

1        ALAN GARTEN, ESQ. - DIRECT - BY MS. REED

2              Then you -- those all use the Trump

3    house mark in conjunction, you know, with some

4    other term.

5              Then you've got derivative marks,

6    which around the country, you are talking about

7    the golf courses are all branded Trump National

8    Golf Club, and then usually an identifier --

9    location identifier.  So you've got Trump

10   National Golf Club Palm Beach, Trump National

11   Golf Club DC, Bedminster, Briarcliff,

12   Philadelphia.

13             I think there is now 15-16 golf

14   courses around the world.  And they all use the

15   Trump National Golf Club mark.

16             Internationally, you've got Trump Golf

17   Links Scotland, clubs in Turnbury, and other

18   places as well.

19             On the hotel side, you know, going

20   on --

21        Q.    You --

22        A.    -- you have got Trump International

23   Hotel & Tower, Chicago, Trump Hotel -- I believe

24   now it's called Trump Hotel Las Vegas, Trump

25   Soho Hotel, you know, in lower Manhattan,

Alan Garten - November 12, 2015

Page 28

```
1              ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
2      Trump -- Trump International Hotel Central Park
3      West on the upper west side.
4              Q.    What about for casinos?
5              A.    Casino -- there was Trump Plaza.
6      There still is the Trump Taj Mahal in Atlantic
7      City.  There is also a casino in -- Trump
8      International Hotel & Tower Panama has a casino
9      as well.
10             Q.    You also mentioned wines and
11     vineyards.
12             Can you give an example of a Trump
13     formative mark for wines or vineyards?
14             A.    Yeah -- so the Trump name is used --
15     Mr. Trump himself and through various companies
16     he controls and his family controls own a winery
17     in Charlottesville, Virginia, known as Trump
18     Winery.  I think it's called Trump Winery
19     Charlottesville.
20             And at Trump Winery they have several
21     different sort of products being offered.  One
22     is there is a huge hotel with the Trump mark.
23     There is Trump wine, which is manufactured and
24     distributed along the east coast, with, you
25     know, on the labels, big, prominent letters
```

Alan Garten - November 12, 2015

```
1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
2      "Trump" across it.
3              There is a Trump wine tasting room.
4      There is tremendous event business all at the
5      Trump Winery.
6          Q.    What about entertainment-related
7      services?
8              You mentioned "Trump" was being used
9      for that as well.
10             Can you give examples?
11         A.    So on the entertainment front, you
12     have got Trump Productions, which was a producer
13     for The Apprentice and still develops, produces
14     a series of television shows right now.
15             You have got Trump pageants, which is
16     a principal owner of the Miss Universe
17     organization.
18             You've got -- the Trump name is also
19     used in connection with books.
20         Q.    You mentioned previously Trump Models?
21         A.    Trump Model Management -- right.
22     Trump Model Management is a modeling agency
23     that's based in New York which -- yes, which
24     also is -- which obviously uses the Trump mark.
25         Q.    For Trump Productions, you mentioned
```

Alan Garten - November 12, 2015

```
 1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
 2     that -- that was a company that produced The
 3     Apprentice?
 4          A.    Yeah -- so Trump Productions still
 5     exists.  And although The Apprentice is not
 6     running now, Trump Productions was a producer --
 7     along with Mark Burnett productions, the creator
 8     of The Apprentice -- so actually, if you watch
 9     the end of The Apprentice, it always says Mark
10     Burnett, it will say Trump Productions -- so it
11     gets production credit.  And it, you know, it
12     was in the business of co-producing with Mark
13     Burnett.
14               In addition, Trump Productions has
15     produced other TV shows as well -- some reality
16     TV shows.  There are some that are in
17     development.
18               And I believe also Trump
19     Production was involved in the production of
20     the Miss Universe -- Miss Universe, Miss USA,
21     Miss Teen USA pageants.
22          Q.    For The Apprentice, can you just tell
23     us briefly what that show was about?
24          A.    Sure.
25               So the Apprentice was -- ran 14
```

Alan Garten - November 12, 2015

1           ALAN GARTEN, ESQ. - DIRECT - BY MS. REED

2      seasons.

3               It's not currently in production.  It

4      is actually in production with other -- another

5      host in the United States.

6               Mr. Trump -- you know, as most people

7      know -- was the host of the show and co-creator

8      of the show with Mark Burnett.  It ran on NBC

9      for 14 seasons.  It's now running in development

10     with a new host.  It also runs internationally.

11              And sort of the -- the idea behind the

12     concept for the show was for contestants to

13     compete with one another to become Mr. Trump's

14     apprentice; and to exemplify their business

15     skills and negotiating skills; and compete

16     against each other to show who was sort of, you

17     know, best qualified to be his apprentice.

18     Q.       You mentioned beverages.  I know you

19     spoke of wine.

20              Are there any other beverages using

21     the Trump house mark or a formative derivative?

22     A.       There is currently a Trump water.

23              There is currently Trump Tea products.

24              There is -- there was a Trump Vodka,

25     which no longer is for sale.  It was sold in --

Alan Garten - November 12, 2015

```
1           ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
2    Trump vodka actually was sold in the U.S.
3               And there was actually -- someone
4    tried to sell it in Israel.  We actually brought
5    an infringement action against the company in
6    Israel and litigated it in court in Israel.
7               Water, wine, tea, vodka -- that's all
8    I can think of.
9        Q.     You mentioned also apparel.
10              Can you give examples of the use of
11   the Trump house mark or a derivative of the
12   Trump house mark for apparel?
13       A.     In apparel, the Trump mark and house
14   mark has been successful -- very successful --
15   and used quite a bit.  You have a series of
16   deals.
17              You had -- and still have -- a deal
18   for the manufacturing of shirts -- shirts, ties
19   and suits.  Shirts and ties were manufactured
20   with the Trump name.  I think it's called
21   actually the Donald Trump Signature -- it is
22   called the Donald Trump Signature Collection.
23              And that was manufactured -- suits and
24   ties were manufactured by -- or are still
25   manufactured by -- Phillips-Van Huesen, which is
```

Alan Garten - November 12, 2015

```
 1         ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
 2    one of the largest sort of suit and tie
 3    manufacturers in the world and distributed in
 4    Macy's and other places.
 5              Suits were manufactured by a company
 6    called Marcraft.
 7              And I'm not sure who manufactures them
 8    now offhand.
 9              There are Trump golf shirts, every --
10    which are sold not only in Trump Tower.   There
11    are actually Trump golf shirts.   There are Trump
12    sweatshirts.   There are Trump hats.
13              There are a lot of different apparel
14    products.   And they are sold today.   You can buy
15    them online at the Trump golf website.   You can
16    buy them in Trump Tower.   You can buy them at
17    some of the Trump hotels.
18              And you can buy them in the pro shops
19    at every golf club where they make up -- you
20    know, there is a pretty sizable amount of
21    apparel products.   And at those clubs, you've
22    got everything you could possibly imagine --
23    from a golf club with the Trump name on it.
24         Q.    Right.
25         A.    And a lot of it is -- you got, you
```

Alan Garten - November 12, 2015

1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
2     know, equipment, and hats, and golf balls, and
3     everything can you imagine.
4          Q.     You also mentioned fragrances.
5               Can you give an example of the use of
6     the Trump mark -- house mark or a derivative --
7     for fragrances?
8          A.     Yeah -- so the Trump mark has been
9     used on a fragrance sold by, you know,
10    manufactured by a third party fragrance maker
11    pursuant to a license deal where Mr. Trump
12    licensed his name and brand.  And I believe it's
13    called Empire, which is his fragrance.
14               His daughter, Ivanka Trump, also has
15    her own fragrance -- the name of which escapes
16    me.  I think it's called Ivanka -- and through a
17    separate licensing deal of her name brand and
18    likeness.
19         Q.     The last category, you mentioned home
20    furnishings.
21               So can you give me an example of the
22    use of the Trump mark -- house mark or
23    derivative -- on home furnishings?
24         A.     So over the years, there is a lot of
25    different home-related projects.

Alan Garten - November 12, 2015

```
1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
2               There is a line called Trump Home,
3     where the Trump mark is licensed along with I
4     believe some derivative marks to brand a series
5     of home furnishing products.
6               You've got Trump mattresses
7     manufactured by Serta, sold through the country,
8     throughout the world.
9               There are -- Trump Home, Trump
10    mattresses -- I believe there are other home
11    products.
12              There are candles.  I think that would
13    sort of fall within the accessory -- home
14    accessory -- there are Trump candles.
15              I'm sure there is more that I'm
16    missing.
17       Q.    Who owns -- or who is the owner of the
18    Trump house mark or all these various formative
19    Trump marks?
20       A.    Donald Trump.
21       Q.    Donald Trump.
22              Why does Mr. Trump personally own the
23    marks?
24       A.    For tax planning purposes.
25              I'm not a tax guy -- but, yeah.
```

Alan Garten - November 12, 2015

1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED

2          Q.    Let's talk about the Trump books that

3     you mentioned.

4          A.    Sure.

5          Q.    You mentioned earlier that the Trump

6     house mark is used prominently on many of Mr.

7     Trumps books.

8                Just speaking about the books

9     generally -- who writes Mr. Trump's books?

10         A.    So Mr. Trump either writes them

11    himself or writes them, like, with usually a

12    coauthor, and -- go ahead.

13               (Pause)

14         Q.    Are you familiar with his books?

15         A.    Yes.

16               He has authored, I believe, more than

17    20 different types of books over the years.

18               I would say the common denominator in

19    all of them is that they are all business books.

20    They are all sort of focused on business,

21    business issues, how to succeed in the business

22    world, how to succeed in real estate, how to

23    negotiate, how to, you know, beat your

24    competitors.

25               You know, all the books have used

```
 1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
 2     his -- the house mark prominently in a number of
 3     ways -- either just sort of as when it lists him
 4     as the author.  That's always prominently
 5     displayed, usually with picture.  He's usually
 6     on the cover -- I mean, on the cover of every
 7     book.
 8              And a lot of books -- most of the
 9     books -- use the Trump house mark with some
10     other sort of title, like:  Trump:  The Art of
11     the Deal, which was his first book.
12              You are talking about over the last,
13     you know, 20-some-odd years he's written, you
14     know, a lot of books -- 20 books.  And they all
15     have been largely successful.
16     Q.    You said The Art of the Deal was his
17     first book.
18              Do you know when that was published?
19     A.    Early 90's -- '92, I think.  That was
20     I think, to date his most successful book.
21              A lot of his books have appeared on
22     the New York Times best seller list.
23              I believe that one was on the New York
24     Times best seller for in excess of, like, 50
25     weeks.  Sold like a million copies.
```

Alan Garten - November 12, 2015

1        ALAN GARTEN, ESQ. - DIRECT - BY MS. REED

2           His current book, which came out a

3   week ago, called Crippled America, which

4   features a prominent picture of himself on the

5   cover; his name on the bottom -- excuse me.

6           (Pause)

7        A.    Yeah -- his most recent book, which is

8   called Crippled America, came out last week.

9   And he had a book signing.

10          I believe -- I'm told it's on the New

11   York Times best seller list already.  He had a

12   book signing last week in Trump Tower, which was

13   supposed to go from 11:00 to 1:00.  It wound up

14   going until, like, 4 o'clock.  He sat there and

15   signed, you know, a couple thousand books.

16          MS. REED:  Mark this as Exhibit 2.

17          (Exhibit 2, Multipage document bearing

18   images (no Bates Nos.), marked for

19   identification)

20   BY MS. REED:

21        Q.    I just handed you Exhibit 2.

22          Do you recognize this Exhibit -- feel

23   free to take time to look through the pages.

24          (Pause)

25        A.    Yeah -- so I do recognize this.  These

Alan Garten - November 12, 2015

1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED

2     are the covers of many of his books.

3               I believe there are more.  But this is

4     definitely a representative sample.

5               And as I said, they all -- you know,

6     the common thread is they all use the Trump

7     house mark extensively.

8               Trump:  The Art of Deal; Trump:  How

9     to Get Rich.

10              So they all have the name Trump -- the

11    Trump house mark -- in the title, as well as,

12    obviously, you know, when it lists the author.

13    Q.    So let's go through each of the book

14    covers.

15              So the first one -- can you read the

16    title and then describe how the Trump house mark

17    is being used on the cover?

18              And I'll ask the same question for

19    each of the pages.

20    A.    Yeah -- so the title of the book is

21    Trump:  The Art of the Deal.  The house mark is

22    used to, I would say, establish the brand and

23    gain the attention of the reader.

24              It, you know -- it's used the way it

25    is -- it appears consistent, not only with the

Alan Garten - November 12, 2015

```
 1        ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
 2    way it appears on a lot of these covers, but
 3    also on a lot of Mr. Trump's properties.
 4        Q.    Can you describe what it looks like --
 5    how it appears?
 6        A.    Yeah -- so the way it appears on
 7    Trump:  The Art of the Deal and others is, you
 8    know, large, thick, gold -- you know, rich
 9    gold -- lettering.  And that has sort of become
10    the -- that's sort of become synonymous, I
11    think, with Mr. Trump as a business person and
12    as a public figure around the world -- both, you
13    know -- obviously, in the United States for
14    many, many years; internationally as well.
15            It's also this kind of gold -- thick,
16    gold, rich lettering in this sort of font is
17    used prominently on books.  It's used
18    prominently on buildings.
19            The building that I work in -- Trump
20    Tower -- if you have been to the front of it on
21    Fifth Avenue, it has very thick, prominent, gold
22    lettering almost identical in font to this.  It
23    stands out.
24            It's -- it's, you know, it's become a
25    worldwide tourist attraction.  And every day I
```

Alan Garten - November 12, 2015

1        ALAN GARTEN, ESQ. - DIRECT - BY MS. REED

2    leave my building, people take pictures either

3    across the street or right in front -- in front

4    of that gold lettering.  That has sort of become

5    part of -- not sort of.  It has become part of

6    his worldwide brand.

7        Q.    Let's turn to page 2 of Exhibit 2.

8              Can you read the title of this book

9    cover and describe again the use of the Trump

10   mark -- the appearance of it?

11       A.    So the book is called:  Trump:  How to

12   Get Rich:  Big Deals from the Star of The

13   Apprentice.  And this book was written by Mr.

14   Trump with Meredith McIver, who co-writes a lot

15   of his books.

16             And again, the name -- the Trump house

17   mark is used to sort of -- it's used in big,

18   gold, prominent, thick lettering consistent with

19   how its used in Trump:  The Art of the Deal, and

20   other books, and other properties.  And it's,

21   you know, sort of done that way to convey, you

22   know, strength, and power and, you know, Mr.

23   Trump's, you know, competitive nature in

24   business.

25             And all these books, as I said before,

Alan Garten - November 12, 2015

1           ALAN GARTEN, ESQ. - DIRECT - BY MS. REED

2       are about how to succeed in business, how to --

3       how to, you know, overcome, and beat, and

4       succeed over your competitors.

5           Q.     Let's turn to page 3 of Exhibit 2.

6                  Again, can you read the title of this

7       book and describe how the house mark appears on

8       the cover?

9           A.     The book is called:  Trump:  The Art

10      of the Comeback.   And the name appears very

11      consistent with the other books that we just

12      went through -- large, gold, prominent, thick

13      lettering.

14          Q.     Next page -- again, can you read the

15      title of the book and describe how the house

16      mark appears on this cover?

17          A.     The book is called:  Think Like a

18      Champion.   And the Trump name is used

19      prominently to indicate the author, which is

20      Donald Trump.   And again, the Trump house mark

21      is used in the same way as the other books --

22      you know, big, thick, gold lettering, the same

23      as on buildings, the same on -- as sales and

24      marketing materials in the United States and

25      around the world.

Alan Garten - November 12, 2015

```
 1        ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
 2        Q.    Can you read the -- do you see on this
 3   page that there is sort of a notation in a
 4   circle?
 5        A.    Yeah.
 6        Q.    Can you read what that says?
 7        A.    Yeah.
 8              It says:  An informal education in
 9   business and life -- which sort of conveys the
10   subject matter of the book, which is Mr. Trump
11   giving his -- his advice in business and how to
12   succeed in business, how to succeed in life,
13   how to prevail over your competitors and win in
14   business, and life, and negotiating, and
15   business deals.
16        Q.    Next page -- again, read the title of
17   the book and how the house mark appears on the
18   cover page of the book.
19        A.    So the title of this book is:  Think
20   Big and Kick Ass in Business and Life.  The
21   Trump house mark appears prominently at the very
22   top in big, thick, prominent letters consistent
23   with how it appears in all the other books.
24              And, again, these are all -- these
25   books all are providing readers with, you know,
```

Alan Garten - November 12, 2015

1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED

2     tips and advice on how to prevail and succeed in

3     business and in life.

4          Q.     For this book, you said the title was:

5     Think Big and Kick Ass.

6               Is that -- then you described the

7     Trump mark.

8               Is the Trump house mark part of the

9     title?

10              Or is that -- how was the Trump mark

11    actually being used for this book?

12         A.     I think it's being used in two ways.

13              A lot of his books use the house mark

14    as part of the title.   Then they also have

15    the -- they have the Trump name as part of the

16    name of the author.

17              This book has "Trump" along the top.

18    It says:   Trump and Bill Zanker,

19    President/Founder of The Learning Annex.

20              It is used -- I would say, in this

21    situation it's being used both as part of the

22    title, no different than Trump:   The Art of the

23    Deal.

24              This is really:   Trump:   Think Big and

25    Kick Ass.   And it's also used prominently to

Alan Garten - November 12, 2015

Page 45

```
 1           ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
 2      show, you know, that he is involved in the
 3      authorship of this book.
 4           Q.      Okay.
 5                   Let's turn to the next page of Exhibit
 6      2.
 7                   Can you describe -- read the title of
 8      the book and describe how the house mark appears
 9      on the cover?
10           A.      This book is called:  Think Big.  It
11      looks to be another version of the prior book.
12      And it is used -- the Trump house mark is used
13      in the exact same way as I described for the
14      prior.
15           Q.      Next page?
16                   Read the title and describe how the
17      trademark appears?
18           A.      This book is called:  Trump Strategies
19      for Real Estate:  Billionaire Lessons for the
20      Small Investor.  And this book is -- again, in
21      this book, you've got the Trump house mark being
22      used prominently in the title consistent with
23      everything we've talked about before.  It is
24      another example of using the Trump house mark
25      and having it appear in big, thick, prominent
```

Alan Garten - November 12, 2015

Page 46

```
 1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
 2     letters to grab the reader's attention.  The
 3     lettering is largely similar to the way it's
 4     used in all these other books and on various
 5     real estate projects and other, you know,
 6     licensing products around the world.
 7               Trump Tower is the example I keep
 8     giving -- sort of very similar to that as well.
 9          Q.    Next page.
10               Read the title of the book and
11     describe how the house mark is being used on the
12     cover of the book.
13          A.    The title is:  Trump:  Think Like a
14     Billionaire:  Everything You Need to Know About
15     Success, Real Estate and Life.  It is authored
16     by Donald Trump with Meredith McIver.  And the
17     house mark is being used in two ways, again.
18               One is as part of the title of the
19     book:  Trump:  Think Like a Billionaire.  It's
20     also used prominently in gold in, again,
21     prominent, thick lettering as part of the name
22     of the author.  And this book -- like all the
23     other books -- sort of is another in the series
24     of business and, you know, books on how to
25     succeed in business, and prevail, and trump your
```

Alan Garten - November 12, 2015

1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED

2     competition.

3          Q.    Okay.

4               The next page, please do the same.

5               Read the title of the book and

6     describe how the Trump house mark is being used

7     on the cover of the book.

8          A.    This is called:  Trump:  Never Give

9     Up:  How I Turned My Biggest Challenges into

10    Success.  It's written by Donald Trump and

11    Meredith McIver, again.  I would say much the

12    same as I said before -- which is its used in

13    two ways.

14               One is part of the title:  Trump:

15    Never Give Up.  It's also used, you know, to

16    indicate who the author is.  And it is, again,

17    used in, you know, thick prominent letters.  In

18    this case, it is surrounded by gold.  Gold, you

19    know, is sort of a color that Mr. Trump has

20    had -- his brand has become known for around the

21    world.

22               Yeah -- and this book, like the

23    others, is, again, about his big business --

24    business stories from Mr. Trump about his

25    business experiences, how he has prevailed over

Alan Garten - November 12, 2015

1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED

2     other parties in business and succeeded, you

3     know.  This one is called:  How I Turned My

4     Biggest Challenges Into Success.  I think this

5     book actually has a lot of case studies on

6     particular projects that he worked on and how he

7     succeeded in those projects.

8          Q.     The next page -- read the title and

9     describe how the Trump house mark appears on the

10    cover of this book.

11         A.     This book is called:  Trump 101:  The

12    Way to Success.  It's authored by Donald J.

13    Trump with Meredith McIver.  And this book --

14    again the Trump name is used prominently, again,

15    as part of the title and as part of the author.

16    Same thing as before.  It's always used in, you

17    know, prominent, thick lettering to grab the

18    reader's attention to let them know that this is

19    a book by Donald Trump.  In this case, in the

20    name of the title, it is used also very

21    prominently as before.  Again, the gold appears

22    as part of the author's name:  Donald J. Trump.

23    Gold, as I said before -- synonymous with his

24    brand.

25              (Pause)

Alan Garten - November 12, 2015

```
1        ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
2        Q.     Next page, read the title of the book
3   please, if you can, and describe how the house
4   mark appears on the cover of this book.
5        A.      This book is called:  Trump:  The Way
6   to the Top:  The Best Business Advice I Ever
7   Received.  The name appears in the title on the
8   cover in the very similar, big, thick, prominent
9   lettering.  Though the name Trump is in black,
10  it is surrounded by gold.  And it appears in the
11  subtitle:  The Best Business Advice I Ever
12  Received is -- it looks to be another shade of
13  gold, consistent with everything I've said
14  before.
15       Q.      Next page, describe -- read the title
16  of the book and describe how the house mark
17  appears on the cover of this book.
18       A.      The book is called:  Trump:  Surviving
19  at the Top, Donald J. Trump with Charles --
20  looks like -- Leerhsen.  The Trump house mark is
21  used consistent with how I've described it
22  before -- very prominent, thick lettering, both
23  in the name of the title -- Trump:  Surviving at
24  the Top -- and also down below in the name of
25  the author.
```

Alan Garten - November 12, 2015

```
 1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
 2              What stands out to me is in this case,
 3      the lettering is very consistent with the type
 4      of lettering and the style of lettering that is
 5      used on books, properties.  It's almost
 6      identical to how it appears on the top of -- on
 7      the front of Trump Tower, which is the
 8      headquarters of The Trump Organization and sort
 9      of the building that made Mr. Trump, you know,
10      what he is today.
11          Q.    Two more to go.
12                Next one?
13          A.    Next book is called:  Trump:  The Best
14      Real Estate Advice I Ever Received:  100 Top
15      Experts Share Their Strategies.  My
16      understanding is this book is a compilation of
17      stories from different successful business
18      people, how they have succeeded in business,
19      offering their strategies, with -- I believe
20      there is a forward of his other -- this includes
21      also stories from Mr. Trump himself.  Again, the
22      house mark used very prominently -- very thick
23      lettering at the top, which is where virtually
24      the name appears in all these books as part of
25      the title -- lettering in a font and style very
```

Alan Garten - November 12, 2015

1     ALAN GARTEN, ESQ. - DIRECT - BY MS. REED

2     consistent to everything that we've seen before.

3     Q.     The last book -- please read the title

4     and describe how the house mark appears on the

5     cover of this book.

6     A.     The book is called:  Trump:  The Art

7     of Survival, written by Donald J. Trump and

8     Charles Leerhsen.  The brand -- the house mark

9     is used as the name of -- part of the name of

10    the book.  The lettering is very consistent with

11    what we have seen before -- thick, prominent,

12    bold lettering, you know, right across the top.

13         Again, this is very consistent with

14    how the Trump name and house mark is used in --

15    to mark it products -- real estate products,

16    personal products; used on, you know,

17    business -- on buildings like Trump Tower.

18    Q.     So you mentioned some of the books

19    contain the house mark in bold, gold lettering.

20    A.     Right.

21    Q.     Why does Mr. Trump use gold lettering

22    for some of his books.

23         And you mentioned properties -- some

24    of his properties as well?

25    A.     I think gold over the years -- he's

Alan Garten - November 12, 2015

```
1            ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
2        used gold over the years -- from the beginning
3        of his career throughout -- to convey power,
4        strength, to, you know, a sort of aggressive
5        approach to business that has become, you know,
6        sort of his brand -- part of his brand, and
7        synonymous with him, and what people expect from
8        him all over the world.
9                My building, Trump Tower, has -- you
10       know, the entrance is wrapped in gold.  And when
11       you come through the front doors, the lettering
12       "Trump Tower" appears very prominently -- much
13       the way it appears in this book.  And that is
14       sort of as a sign of strength.
15               It has become, you know -- that sort
16       of way of conveying the brand has become, you
17       know, world known and has made our building a
18       tourist attraction.
19               When you walk into the building the
20       gold -- the gold color is everywhere.  It is on
21       the -- called lintels -- the pieces that, you
22       know, as you come in, there are sort of pieces
23       that extend up to the top of the ceiling which
24       divide the window panes.
25               The flooring is -- I believe it's
```

Alan Garten - November 12, 2015

```
1           ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
2      called bronzino -- which is a gold sort of based
3      marble.  It's everywhere.  There is gold
4      mirroring in the building.  There is a waterfall
5      with -- I believe it has gold behind it.  All of
6      the trim throughout the building is gold -- gold
7      in color.  If you come up to my office on the
8      26th floor where Mr. Trump sits -- I sit down
9      the hall -- you walk in.  It says The Trump
10     Organization in gold.  Behind it is sort of a
11     gold panel.  There is -- I believe there is a
12     gold couch.  Gold is -- is what he, for -- since
13     the beginning of his career, has used to
14     establish his brand as a reflection of sort of
15     the basic pillars on which he operates in the
16     business world, which -- strength, and power,
17     and, you know, a competitive instinct.
18          Q.    And you sort of described generally
19     what these books that we went over are about.
20               But can you sort of provide more
21     detail about what the general topic or subject
22     matter is for these various books?
23          A.    Yeah -- the books are all sort of
24     business related.  They are all on how to
25     succeed in business, how to succeed in life.
```

Alan Garten - November 12, 2015

1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED

2               From working with Mr. Trump over the

3     past 10 years, I can tell you he is sort of a

4     nonstop guy.  He works around the clock.  He, you

5     know, is very aggressive in business.  He's very

6     aggressive in life.

7               MR. UNDERHILL:  Relevancy objection.

8          A.    He likes to prevail.  He likes to

9     prevail over those who he is on the other side

10    of the table against -- whether it be

11    negotiating, whether it be any kind of deal or

12    project he's working on.  And he --

13              MR. UNDERHILL:  Objection, relevancy.

14              THE WITNESS:  You want to let me

15    finish?

16              Then you can --

17              MR. UNDERHILL:  I am sorry.  Go ahead.

18         A.    -- and the books are all sort of

19    reflective of that insight.

20              The mantra, I would say -- which is to

21    prevail, and always do your best, and do the

22    best you can, and get the best of a deal over

23    those who are adverse to you or your

24    competitors.

25              MR. UNDERHILL:  Objection, relevancy,

Alan Garten - November 12, 2015

```
 1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
 2      narrative.
 3    BY MS. REED:
 4          Q.    Can you describe the type of consumers
 5      that buy these books?
 6          A.    I think it sort of runs the gamut.
 7                I know his books -- like The Art of
 8      the Deal -- is used in -- as part of
 9      educational, for educational purposes in
10      universities.  It's his first book, his most
11      well-known book.  It's regarded by many as, you
12      know, sort of a business Bible.  So you've got
13      people buying his books for educational purposes
14      to use as parts of education.
15                You've got the general business
16      world -- people who are interested in business,
17      people starting out in business, people seeking
18      his advice in business -- yeah.
19          Q.    You mentioned The Art of the Deal was
20      his first book and most popular book?
21          A.    Yeah -- he's had a lot of business --
22      he's had a lot of successes with his books to
23      date.  The Art of the Deal to this day remains
24      sort of his most well-known book, and a New York
25      Times best seller 50-plus weeks, over a million
```

Alan Garten - November 12, 2015

Page 56

```
1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
2     copies sold -- very successful book.
3          Q.    Okay.
4               MS. REED:  I want to enter another
5     exhibit into evidence.
6               (Exhibit 3, Multipage document bearing
7     images (no Bates Nos.), marked for
8     identification)
9   BY MS. REED:
10         Q.    Mr. Garten, you mentioned use of the
11    Trump house mark on various properties in gold
12    lettering.
13              Can you describe -- or, sorry -- do
14    you recognize what was handed over to you as
15    Exhibit 3?
16              And if so, can you describe what is
17    contained in this exhibit?
18         A.    This appears to be a sort of snapshot
19    from the Trump website -- or a link to the Trump
20    website -- which is for -- looks like it's
21    dedicated to the building of Trump Tower.
22              And these are the letters I was
23    referring to in the sort of font and gold
24    styling that I was referring to earlier.
25         Q.    You are reading the first page of this
```

```
 1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
 2    Exhibit 3, correct?
 3          A.    Yes, page 1 of Exhibit 3.
 4          Q.    Can you turn to page 2?
 5          A.    Yes.
 6          Q.    Can you describe what this page shows?
 7          A.    This is a snapshot from the website
 8    for the Trump Taj Mahal hotel and casino in
 9    Atlantic City.  Again, you've got the Trump name
10    and lettering on the upper-left corner of page 2
11    in gold consistent with what we have talked
12    about before.
13          Q.    Turn to page 3 -- or actually let's
14    keep turning to the page that reads:  Trump
15    Entertainment Resorts at the top of the page.
16                Can you describe what this shows?
17          A.    This is a link -- this is a snapshot
18    from a website.  Appears to be from the Trump
19    Entertainment Resorts website.
20                Trump Entertainment Resorts is a
21    publicly traded company that operates and owns
22    various casinos Atlantic City, including the
23    Trump Taj Mahal.
24          Q.    Can you describe the use of the Trump
25    house mark in connection with Trump
```

Alan Garten - November 12, 2015

Page 58

1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
2     Entertainment Resorts?
3          A.    The Trump house mark is used
4     prominently as part of the sort of marketing and
5     promotion of the Trump Taj Mahal.  The house
6     mark appears not only on the building but also
7     on -- all the sales and marketing -- including
8     on this website.
9              And it is sort of the face of, you
10    know, sort of -- the house mark is sort of the
11    face or brand associated with the Taj Mahal
12    project.
13             And as you can see from the picture,
14    gold is sort of everywhere on the building
15    itself, along the trim.  And on the website,
16    there is different sort of grading shades of
17    gold in the lettering and highlights.
18         Q.    Next page -- can you identify what
19    that page shows?
20         A.    This is a snapshot from a website for
21    Trump International Realty.  Trump International
22    Realty is the brokerage -- real estate
23    brokerage -- arm of The Trump Organization.
24    This particular snapshot shows a picture of
25    Trump International Hotel in Las Vegas.

Alan Garten - November 12, 2015

1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED

2               The Trump house mark is used

3     prominently in the name Trump International

4     Realty in the same similar lettering and also on

5     the top of Trump Hotel in Las Vegas.  The Trump

6     house mark appears across the top in, you know,

7     highlighted, lit-up, thick, gold lettering.

8          Q.     Turn to the next page of Exhibit 3 and

9     identify what that page shows?

10         A.     This is a link -- this is, rather, a

11    snapshot from a website for Trump National Golf

12    Club in Philadelphia.  And the Trump name

13    appears on this along with the Trump crest

14    prominently as part of the name of Trump

15    National Golf Club.  Again, you see gold

16    throughout.  The Trump name also appears sort of

17    below in the upper-left corner, just to I think

18    affiliate itself back with The Trump

19    Organization.

20         Q.     Turn a couple pages.  It is the page

21    that shows Trump International Hotel & Tower logo.

22               Can you first tell us what Trump

23    International Hotel & Tower is?

24               And then describe the appearance of

25    the logo?

Alan Garten - November 12, 2015

```
1         ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
2         A.    Trump International Hotel & Tower is
3    a -- is the name brand and registered trademark
4    for the line of Trump hotels which are part of
5    the Trump Hotel Collection.  Trump International
6    Hotel & Tower is sort of the base name for all
7    of the hotels.
8              So there is Trump International Hotel
9    & Tower Chicago, Puerto Rico, Hawaii.
10             Other hotels use just Trump -- I
11   believe Trump International Hotel.  They use
12   sort of, you know, derivations of that.
13             It's always used or frequently -- it's
14   always -- it always appears in sort of big thick
15   lettering and most frequently appears in gold.
16        Q.    How does it appear in this
17   particular -- on this page in Exhibit 3?
18        A.    Consistent with that -- which is sort
19   of big, thick lettering and in gold.
20        Q.    The last page of Exhibit 3 -- can you
21   identify what this logo is and describe how it
22   appears?
23        A.    This is the logo and name for Trump
24   Park Avenue, which is the former Delmonico
25   Hotel, which Mr. Trump converted to residential
```

Alan Garten - November 12, 2015

```
 1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
 2     condominium, maybe 10 to 15 years ago.  And it's
 3     called Trump Park Avenue.  And this is the
 4     Trump -- the picture of the name of the hotel --
 5     not the hotel -- the residential condominium and
 6     the crest associated with it.
 7               THE WITNESS:  Can we take, like, a
 8     two-minute break?
 9               MS. REED:  Sure.
10               MR. UNDERHILL:  As long as you like.
11               (Recess from 11:13 a.m. to 11:24 a.m.)
12     BY MS. REED:
13          Q.   So we just talked before the break
14     about Mr. Trump's books.  And you explained that
15     they relate to business advice and education.
16               Are there any other goods and services
17     that Mr. Trump, or the organization, offer under
18     the Trump house mark relating to business,
19     education or advice?
20          A.   There was Trump University, which was
21     a program -- sort of an educational program --
22     for people wanting to learn about business.  And
23     that was principally owned by Mr. Trump and
24     under Mr. Trump's guidance and direction; and
25     used the Trump house mark as, you know,
```

Alan Garten - November 12, 2015

1        ALAN GARTEN, ESQ. - DIRECT - BY MS. REED

2    obviously as in the name of it itself and also

3    as part of the sales and marketing efforts.

4            In addition, Mr. Trump from time to

5    time conducts lectures around the country --

6    around the world, I should say -- on business

7    issues.  It's either business related or -- it's

8    basically a combination of business and sort of

9    motivational speaking.

10           And his -- the Trump house mark along

11   with his image are used to market and promote

12   and advertise those lectures.

13           Kind of all I can think of.

14   Q.      Switching gears -- earlier you

15   testified concerning your role in connection

16   with trademark policing -- in terms of policing

17   the brand.

18           Can you explain as part of your

19   responsibilities to police the brand what types

20   of actions you've taken over the years in

21   connection with the Trump brand?

22   A.      So the policing and enforcement of the

23   Trump brand is sort of divided between what we

24   do in-house and what we do through outside

25   counsel -- like Hughes Hubbard, other firms.

```
1        ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
2               And both in-house and outside, we work
3    together and to take steps to enforce and
4    protect and police the use of the brand.
5               That can run the gamut from sending
6    cease-and-desist letters, to filing WIPO actions
7    over domain names -- W-I-P-O actions -- to
8    taking actions with the US PTO -- whether it be
9    filing oppositions to other marks being filed
10   and engaging in sort of full-blown, you know,
11   trademark infringement litigation or opposing
12   others trying to file marks -- sort of
13   everything.
14        Q.    How do you become aware of marks that
15   you may want to potentially oppose?
16        A.    We -- a couple ways.
17               We have -- through outside counsel, we
18   use monitoring services to monitor the filings
19   of trademarks, to monitor the filings of
20   registrations of domain names.  We do some -- we
21   have outside counsel do that.
22               We also do some of those things
23   in-house.
24               When we are notified as to a filing,
25   we will then review it internally.  We will have
```

Alan Garten - November 12, 2015

Page 64

```
1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
2     outside counsel review it.  We will then sort of
3     caucus and get together and decide what the best
4     course of action is in each particular case.
5          Q.     How did you become aware of the
6     applicant's trademark -- Trump Your
7     Competition -- that's at issue in this
8     proceeding?
9          A.     I was notified by counsel -- trademark
10    counsel, or intellectual property counsel.
11               Then we took steps to file opposition.
12               MS. REED:  I'd like to enter another
13    exhibit into evidence.  It is Exhibit 4.
14               (Exhibit 4, Single-page document
15    bearing image (no Bates No.), marked for
16    identification)
17    BY MS. REED:
18         Q.     Mr. Garten, do you recognize the
19    document that was handed to you marked as
20    Exhibit 4?
21         A.     Yes.
22               This is a picture of Trump Your
23    Competition, which is the application for the
24    mark that we are opposing.
25         Q.     Do you recall when you became aware of
```

Alan Garten - November 12, 2015

```
1           ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
2    this trademark?
3        A.    When I was notified by counsel of the
4    original application filing by the respondent.
5        Q.    How would you describe the logo that
6    appears in Exhibit 4?
7        A.    Well, in the name Trump Your
8    Competition, the name "Trump" is at the top.  It
9    is featured prominently in lettering that is
10   highly consistent with the type and style and
11   font of lettering that is used by the Trump
12   organization and Mr. Trump to reflect his --
13   well, first of all, let me take a step back.
14           It's usually the name Trump, which is
15   our Trump house mark.
16           Second it's being used in a way -- in
17   a style of lettering and color -- that is
18   synonymous with my client and his business
19   endeavors around the world.
20           It is consistent, I would say, in
21   every respect with the way the name Trump
22   appears on many -- most, if not all, of Mr.
23   Trump's books.
24           It is consistent with the way it
25   appears on many of Mr. Trump's most well-known
```

```
1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
2      buildings, including Trump Tower, and many
3      others.
4              It -- not -- is the font style
5      consistent?  Not just is the font style
6      consistent, but the coloring itself -- the
7      gold -- is generally associated with Mr. Trump
8      and his business interests.
9              And the gold is used on this Exhibit 4
10     much in the same way that it's used on his
11     books, and on his properties, and golf courses,
12     and on a lot of his business interests.
13             Even the sort of gradient -- the
14     change in coloring -- is consistent with what
15     I've seen on -- in the Exhibit 2 -- examples of
16     the book covers.
17             And it's also consistent with what
18     I've seen over the years in the way the Trump
19     house mark is used to market various projects
20     and products.
21             MS. REED:  I'd like to hand you the
22     last exhibit, which is Exhibit 5.
23
24
25
```

Alan Garten - November 12, 2015

1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED

2                    (Exhibit 5, Three-page document

3      bearing heading on first page:

4      http://www.trumpyourcompetition.com/ (no Bates

5      No.), marked for identification)

6    BY MS. REED:

7          Q.    Can you identify what this exhibit

8      appears to be to you?

9                    Look through the pages and take some

10     time if you need.

11                   (Pause)

12         A.    This is -- this consists of a series

13     of screen shots from the Trump Your Competition

14     website:  Trumpyourcompetition.com.

15                   I can't say the exact dates that

16     appeared on the Internet.

17                   But I know at one point it did.

18                   And this is an advertisement for the

19     services that are being offered under the Trump

20     Your Competition name, which --

21         Q.    What's your understanding of those

22     services that are being offered under the Trump

23     Your Competition mark?

24         A.    Well, it's -- my understanding is it

25     is -- it is both business advice and

Alan Garten - November 12, 2015

```
1          ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
2      consulting on how to advertise on the Internet
3      and other, you know, methods of social media.
4               And, you know, it's basically an
5      educational -- it's both a business consulting
6      and educational sort of program.
7               And it is using, you know, the Trump
8      name -- the Trump house mark -- to, I believe,
9      mislead consumers into believing that this
10     business enterprise is associated with the Trump
11     organization and Donald Trump.
12              And I'm noticing here -- which is not
13     on Exhibit 4 -- is that even the way "Trump" is
14     used on page 1 of Exhibit 5, where it says:
15     Trump Your Competition -- not only is the
16     lettering consistent with the style of lettering
17     and the color consistent with the way the Trump
18     name -- the house mark -- is often used --
19     frequently used over the last, you know, 20-plus
20     years -- but it also has even -- I can see on
21     this copy -- lines going through the back, which
22     is frequently used by the Trump organization and
23     its affiliated companies when using the name.
24              This, to me, represents a straight
25     ripoff of my client's intellectual property and
```

```
 1            ALAN GARTEN, ESQ. - DIRECT - BY MS. REED
 2      mark.
 3                And not only that, but he is selling
 4      business advice -- marketing, advertising
 5      advice -- which is a line of business that my
 6      client is well-known for -- either through
 7      books, speeches, or courses like Trump
 8      University.
 9                So -- I don't know.  When I see this,
10      I just -- to me it speaks loudly of someone
11      trying to trade off my client's marks.
12          Q.    Just to turn back to Exhibit 4 -- you
13      described the appearance of the mark,
14      particularly the lettering "Trump" in gold.
15                Can you read the full mark that
16      appears -- full logo that appears on this page
17      and explain why this is concerning to you and
18      your client?
19          A.    Sure.
20                It says:  Trump Your Competition.
21                I already described how the Trump name
22      is used.
23                Then it says:  Dominate, decimate,
24      destroy.
25                While I can't say those are exact
```

Alan Garten - November 12, 2015

```
 1        ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
 2     words that, you know, my clients would use in
 3     their sales and marketing, it's certainly
 4     consistent with a style of active and aggressive
 5     business strategies.  And it's consistent with
 6     the sort of overall mantra that my client
 7     conveys through his books and lectures and what
 8     he has become known for -- which is a successful
 9     and aggressive businessperson.
10           MS. REED:  I don't have any further
11     questions.
12           So I just want to move to introduce
13     the Exhibits 1 through 5 into evidence.
14           MR. UNDERHILL:  My objection:
15     Relevancy, lack of foundation for all exhibits.
16           MS. REED:  Mr. Underhill, do you want
17     to cross-examine the witness?
18           Yes.  Okay.
19           So we are going to switch seats.
20           (Pause)
21     CROSS-EXAMINATION
22     BY MR. UNDERHILL:
23           Q.    Hello, Mr. Garten.
24           A.    Hi.
25           Q.    Thanks for attending.  I really
```

Alan Garten - November 12, 2015

Page 71

1        ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL

2     appreciate it.  I know you are a very busy man.

3        A.    No problem.

4        Q.    General counsel -- that means, of

5     course, that you are a licensed attorney in New

6     York?

7        A.    Correct.

8        Q.    Do you consider yourself to be a

9     trademark attorney?

10       A.    A trademark attorney?

11             I do now.

12       Q.    You have filed oppositions yourself,

13    personally, as the attorney of record.

14             MS. REED:  Objection as to relevancy.

15       A.    I may have.

16             I can't recall offhand.

17       Q.    You were the attorney of record on

18    this case for a while?

19       A.    Yes.

20       Q.    Have you been the attorney of record

21    in other trademark options?

22       A.    I believe I am now.

23       Q.    And you understand that Donald J.

24    Trump is the opposer in this case?

25       A.    Yes.

Alan Garten - November 12, 2015

```
1          ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
2          Q.    Is he aware of this case?
3          A.    Generally, he's aware of -- yes, he
4     would be aware of this case -- sure.
5          Q.    So whomever filed this case as
6     attorney of record in the beginning had Mr.
7     Trump's authorization for filing the lawsuit?
8          A.    Absolutely --
9                MS. REED:  Object.
10               To the extent that it calls for
11    disclosure of any attorney-client privileged
12    communications, you can answer the question.
13               But don't disclose any communications
14    between counsel and Mr. Trump.
15         A.    Yes.
16         Q.    As an attorney, you understand that
17    certain questions I ask you regarding Mr.
18    Trump -- his opinion about things, his
19    motivation, his interest in this case -- could
20    rightfully be objected by legal counsel as being
21    something that would breach attorney-client
22    privilege.
23         A.    Yes.
24               (Pause)
25         Q.    Okay.
```

Alan Garten - November 12, 2015

1          ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL

2                You mentioned during the direct

3     examination that Mr. Trump owns hundreds of

4     marks.

5          A.    Yes.

6          Q.    Is that true?

7                MS. REED:  Objection, misstates --

8     misstates the testimony.

9     BY MR. UNDERHILL:

10         Q.    Can you restate what you said

11    regarding that?

12         A.    I don't remember exactly what I said.

13               But certainly he does -- he is the

14    owner of hundreds of marks.

15         Q.    Okay.

16               Regarding any of those registered

17    marks, do any of them claim gold -- the color

18    gold -- as a feature of that mark?

19         A.    I wouldn't know offhand.

20         Q.    Okay.

21         A.    I would assume that's available in

22    public records.

23         Q.    Sure.

24               I will disclose I haven't found it.

25    So I'm assuming that it's true that he has no

```
1         ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
2    marks that are registered that gold --
3              MS. REED:  Objection to testimony
4    being given by opposing counsel.
5              MR. UNDERHILL:  Okay.
6              MS. REED:  That's not a question.
7         Q.    Is it you personally who made the
8    decision for this case to be filed?
9         A.    I don't recall.
10        Q.    As general counsel, you oversee
11   litigation like this?
12        A.    Yes.
13        Q.    What does that mean?
14              Do you manage the litigation?
15        A.    Yes.
16        Q.    And trial counsel would report to you?
17        A.    Yes.
18        Q.    Are you aware that a gentleman by the
19   name of Anthony Joseph Seruga previously had a
20   registered mark that was registration No.
21   3095214?
22              And the mark was Trump Your
23   Competition.  And it expired and went dead at
24   some point.
25              Do you know that?
```

1          ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL

2          A.     Not as I sit here.

3          Q.     You testified about your internal

4     protocols and systems where you would become

5     made aware of marks that you might want to

6     contemplate opposing.

7               Is that true?

8          A.     Yes.

9          Q.     So does that system automatically pull

10    for your attention any application that would

11    have the word "Trump" in it?

12         A.     Generally, yes.

13         Q.     So, then, it would be likely that this

14    particular application that was filed on

15    February 5, 2005, for Trump Your Competition may

16    have come to your attention.

17         A.     I started working there in December of

18    2006.

19         Q.     So this predates that.

20              Who was handling trademark litigation

21    for the Trump organization then?

22         A.     The prior general counsel.

23         Q.     Who was?

24         A.     It would have been a gentleman by the

25    name of, probably, Bernie Diamond.

Alan Garten - November 12, 2015

1        ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL

2        Q.    You are not sure about the identity of

3    your predecessor?

4        A.    No, I know who the predecessor is.

5              You asked me who would have been

6    handling it.

7        Q.    Before you became attorney of record

8    on this case, who was the attorney of record

9    prior to that?

10       A.    I don't know.

11             I'm sure that's available in the

12   public records, too.

13       Q.    You don't know who you fired?

14             I'm assuming you terminated the

15   attorney on the case.

16             MS. REED:  Objection, assumes facts

17   not in evidence.

18       A.    It may have been Fross Zelnick law

19   firm.

20       Q.    I think it was, yes.

21             MS. REED:  Objection to testimony by

22   opposing counsel.

23       Q.    Did you review the pleas on this case

24   when it was filed -- the actual notice of

25   opposition?

Alan Garten - November 12, 2015

Page 77

```
 1        ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
 2        A.    I may have.  I don't remember one way
 3   or the other.  I review a lot of papers.
 4        Q.    Would you allow an opposition to be
 5   filed without reviewing the pleas prior to them
 6   being filed?
 7        A.    Under my oversight?
 8        No.
 9        (Pause)
10        A.    I just don't have any specific
11   recollection one way or the other.
12        Q.    Have you reviewed the notice of
13   opposition that was filed by James D.
14   Weinberger?
15        A.    Briefly.
16        Q.    Did you review it prior to it being
17   filed?
18        MS. REED:  Asked and answered.
19        Q.    When did you first review it?
20        A.    I don't recall when I first reviewed
21   it.
22        I've reviewed it since.
23        But I don't recall the first time I
24   reviewed it.
25        Q.    Do you have an understanding about
```

```
1      ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
2    what the causes of action are within the
3    petition?
4        A.     I would have to take another look at
5    it.
6        Q.     Do you recall that James D. Weinberger
7    left the case -- he resigned at some point --
8    and you replaced him as attorney of record?
9        A.     Yes.
10       Q.     Then at some point, you resigned and
11   you were replaced by this firm -- Natasha Reed
12   and --
13       A.     Yes.
14       Q.     -- Lena Saltos?
15       A.     Yes.
16       Q.     Do you agree that, during the course
17   of this litigation, Donald J. Trump has engaged
18   in no discovery requests?
19       A.     As I sit here, I'd have to go and look
20   over the file.
21       Q.     As the general counsel who is
22   supervising this litigation, wouldn't it be a
23   normal course for you to review if discovery
24   requests were being issued on your behalf of
25   your client or not?
```

Alan Garten - November 12, 2015

Page 79

```
1           ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL

2           A.    Yes.

3           Q.    Exhibit 4, I think -- is this Exhibit

4     4?

5                 The application that --

6           A.    I'm sorry.

7                 You want me to look at Exhibit 4?

8           Q.    Yes, please.

9                 Can we agree this is Exhibit 4?

10          A.    Yeah.

11          Q.    You have Exhibit 4 in front of you?

12          A.    Yes, I have it in front of me.

13          Q.    Okay.

14                Do you know whether or not the

15    application that Mr. Trump is opposing claims

16    any color at all as a feature?

17          A.    I don't know that as I'm sitting here,

18    no.

19                I would have to read the papers and

20    see what the application is.

21          Q.    Do you know whether or not this

22    application that Mr. Trump is opposing is a

23    so-called "typed drawing mark"?

24          A.    I don't know.

25          Q.    Do you know what a "typed drawing
```

Alan Garten - November 12, 2015

Page 80

1          ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
2     mark" is?
3          A.    No.
4          Q.    Do you know that some marks are simply
5     the words with no color, or drawing, or any
6     artwork claimed as part of the feature?
7          A.    Not sure I understand the question.
8          Q.    I beg your pardon?
9          A.    I'm not sure I understand what you are
10    asking me.
11         Q.    Okay.
12               Regarding the application that is
13    being opposed by Mr. Trump, in terms of the
14    application itself, and any and all elements of
15    that mark as described in the application --
16    what is it specifically about the application
17    that you are objecting to?
18         A.    Whatever I'm objecting to I believe
19    would be set forth in our papers.
20         Q.    So you don't independently recall what
21    the objection would be?
22         A.    It's not a memory test.
23               You are asking me -- if you want to
24    show me the document, I can read it into the
25    record.

Alan Garten - November 12, 2015

Page 81

1           ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL

2                But, no, I don't independently

3      memorize every document we filed.

4           Q.    The Trump house mark -- that would be

5      essentially limited to the word "Trump."

6                Am I understanding that correctly?

7           A.    I would agree with that, yeah.

8           Q.    Okay.

9                Do you understand what the term

10     "dilution" means regarding trademark law?

11          A.    Yeah, generally.

12               I thought you were going to be asking

13     me factual questions and not my background --

14     testing me on terms in trademark law.

15          Q.    Do you understand what "dilution"

16     means regarding trademark law?

17          A.    I have some understanding of what

18     "dilution" means.

19          Q.    What evidence do you have, counselor,

20     if any at all, that there has been dilution in

21     the marketplace regarding my client's mark?

22               MS. REED:  Objection, calls for a

23     legal conclusion.

24          A.    I would sort of refer that question to

25     my outside counsel.

Alan Garten - November 12, 2015

1          ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL

2                   (Pause)

3          Q.     What evidence do you have -- or that

4     you know about -- regarding confusion in the

5     marketplace regarding the two marks -- any

6     actual confusion?

7          A.     Well, what I can say is that, having

8     overseen Mr. Trump's trademark portfolio and

9     enforcement, I would say -- based on my

10    experience -- anyone who encountered your

11    client's attempted use of my client's mark would

12    have reason to believe that your client's

13    business is associated somehow -- or

14    affiliated -- with my client's business.

15         Q.     That's your opinion.

16         A.     Yes -- my legal opinion.

17         Q.     Okay.

18                Has anybody phoned your office who saw

19    this and either thought it was involving Mr.

20    Trump?

21                Or even complaining in any way about

22    it to you personally?

23         A.     No one has phoned me personally.

24                But I can't say for the thousands of

25    other people who work for the company that they

```
 1         ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
 2    have not received phone calls.
 3         Q.    Do you remember what the goods and
 4    services description is for my client's mark?
 5         A.    No.
 6         Q.    Does Mr. Donald Trump own any
 7    registered marks that are specifically limited
 8    to the field of marketing?
 9         A.    I don't know offhand.
10         Q.    Do you understand the usage of the
11    word "Trump" in my client's mark is a verb
12    rather than a noun?
13         A.    I don't know how your client -- I
14    can't say how your client is intending to use
15    it.
16              I can tell you what I believe it
17    appears he's doing -- which is to use the name
18    "Trump" as a playoff of the Trump house mark --
19    my client's Trump house mark.
20         Q.    That's your opinion.
21         A.    That's my opinion.
22              But my opinion determines how and when
23    to take action in situations when I believe
24    others are attempting to infringe on my client's
25    rights.
```

Alan Garten - November 12, 2015

1        ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL

2        Q.    Does Mr. Trump -- Donald Trump -- does

3    he own any registered marks where the word

4    "Trump" is specifically being used as a verb?

5        A.    I don't know.  I can't think of -- I

6    don't know.  I mean, I think that would be sort

7    of -- I don't know offhand.

8              I'm not sure I understand the

9    question, actually.

10       Q.    Can you think --

11       A.    I'm just -- I'm sorry.

12             I was going to say:  I think you are

13   asking -- sounds to me it's more of an opinion

14   question.

15             I mean, I imagine people can sort of

16   differ as to when it is being used as a verb and

17   not.

18             I'm not sure I understand the

19   question.

20             (Pause)

21       Q.    The registered trademark:

22   Consciousness Trumps All -- would you agree the

23   use of the word Trumps in there is used as a

24   verb rather than a noun?

25       A.    Hard for me to sort of answer that

```
1        ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
2     question in the abstract.
3            I'm not familiar with that
4     registration.  Not really sure what you are
5     reading from and -- is that a registration --
6     how it's being used -- I'd have to see how it's
7     being used.
8        Q.    Okay.
9        A.    Sort of -- I'm trying -- I'm really
10    trying to answer your question, just not sure I
11    can -- that question.
12       Q.    Can you think of any sentence in the
13    English language where "trump" is used as a verb
14    and tell me?
15       A.    I'm familiar with trump being used in
16    the -- as part of a card game, like a trump
17    card.  I have seen that.
18            I know that certainly the word "trump"
19    can be used as a word.  I recognize that.
20            I'm not sure of specific examples.
21            But I'm not aware of any other
22    situation where it's being used as a verb in
23    commerce in a way that makes it appear as if it
24    is associated with Donald Trump.
25       Q.    Approximately how many Trump marks --
```

Alan Garten - November 12, 2015

Page 86

```
1        ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
2     that is, marks being filed not by your client,
3     but by somebody else in the world -- how many
4     "Trump:" marks come for your review filed as
5     applications every year -- just approximately?
6        A.    Are you asking me how many times I'm
7     alerted as to the filing of a mark --
8     application for a mark using the name "Trump"?
9        Q.    Using the word "trump" -- but, yes.
10       A.    Really sort of differs year-to-year.
11             Now probably more than normal.
12       Q.    It's picked up, hasn't it? -- probably
13    because of his candidacy as president, I would
14    imagine?
15       A.    Everything has picked up.
16       Q.    Okay.
17             I'm not going to submit this as an
18    exhibit.  I'm just going to offer it to you to
19    refresh your memory.
20             This is a list of recent marks that
21    have been filed that use the word "Trump."
22             MS. REED:  I'm sorry.
23             Objection, lack of foundation.
24             There has been no establishment that
25    Mr. Garten has -- needs a refresher or does not
```

Alan Garten - November 12, 2015

Page 87

```
1        ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
2     remember something.
3             Is there an outstanding question
4     that's pending?
5             MR. UNDERHILL:  I haven't had a chance
6     to ask it.
7             THE WITNESS:  Maybe ask me the
8     question first, then show me what you want to
9     refresh my recollection.
10    BY MR. UNDERHILL:
11       Q.    Let's assume this is a list of recent
12    marks that have been filed at the trademark
13    office as applications.
14            Tell me if there is any in there that
15    you would think you would want to object -- just
16    based on the words alone.
17       A.    I'm not prepared to do that.
18            MS. REED:  I'm going to object.
19            This is asking for legal conclusions
20    on whether something is infringement.
21            This document is not being submitted
22    as evidence.
23            And it's just improper.
24            MR. UNDERHILL:  Counsel, you have made
25    your objection.
```

Alan Garten - November 12, 2015

1      ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL

2              Are you instructing your client not to

3      respond?

4              MS. REED:  No, I'm not.  He can

5      answer.

6              But I'm just making my objection for

7      the record.

8      A.      Here is what I can tell you:  I can

9      tell you that when -- we take the protection and

10     enforcement of my client's brand extremely

11     seriously.  We invest a lot of money in its

12     efforts.  It is his brand -- we believe to be

13     one of his most valuable assets.

14              And we don't cavalierly look at a list

15     and throw darts at it and pick which ones we are

16     going to, you know, oppose and which ones we are

17     not.

18              This is a process that isn't done

19     sitting, you know, in a conference room in two

20     minutes.

21              It's something that's discussed

22     internally.  It's something that is consulted

23     with outside counsel on.  And a decision is

24     made.

25              It's not -- we are not a factory.  We

Alan Garten - November 12, 2015

1      ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL

2    don't do this like a factory.  We are very

3    selective.

4           And we tried to only oppose those that

5    we have a good faith belief are going to

6    infringe on our client's rights; and those that

7    we believe are not, we don't.

8      Q.    Then how can you explain, Mr. Garten,

9    that you authorized an opposition against the

10   word mark "iTrump," which had a goods and

11   services description of computer software for

12   use in producing sound?

13     A.    I don't have to.  I don't have to.

14          That's a decision that's made in

15   conjunction with my client after, you know --

16   I'm not going to sit here and justify other

17   legal actions I've taken.  Because to do so

18   would be disclosing confidential client --

19   attorney-client communications.

20     Q.    So I'd have to ask Mr. Trump

21   personally why he authorized that.

22     A.    No, because if I was sitting next to

23   him I would object to that.  Because that's a

24   conversation -- that's a decision that's made in

25   consultation with legal counsel and based on the

Alan Garten - November 12, 2015

Page 90

1          ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL

2     advice of legal counsel.

3          Q.     Did you authorize personally authorize

4     the filing of that opposition?

5          A.     I really don't recall one way or the

6     other.

7               I am familiar with it.

8               But I don't recall if it was me or

9     someone else who authorized it.

10              MS. REED:  Can I just state for the

11    record, Mr. Underhill, if you have exhibits or

12    documents you would like to show Mr. Garten,

13    that's perfectly fine -- and introduce them as

14    evidence; then provide me a copy; and we could

15    go through them.

16              That might make it --

17              MR. UNDERHILL:  Thank you.

18    BY MR. UNDERHILL:

19         Q.     Do you remember the iTrump case at

20    all?

21         A.     Vaguely.

22         Q.     Do you remember how it resolved?

23         A.     I don't.

24         Q.     Do you remember whether that was a

25    successful opposition?

Alan Garten - November 12, 2015

Page 91

```
 1        ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
 2        A.    I don't.
 3              MR. UNDERHILL:  Let's go back to
 4    Exhibit No. 4, which I'm showing you.
 5              THE WITNESS:  Yeah, I have it.
 6  BY MR. UNDERHILL:
 7        Q.    Is my client still using his mark in
 8    this fashion as shown in this color picture?
 9        A.    I don't know.
10        Q.    Do you know when he first started
11    using the mark like this?
12        A.    Not offhand.
13        Q.    Do you know if he's used the mark in
14    other ways differing from this?
15        A.    I don't know one way or the other.
16        Q.    So the only information that you had
17    regarding his usage of the mark is embodied in
18    Exhibit No. 4 -- is a printout that was made
19    from the Internet on one specific day?
20        A.    I don't know that when this was
21    printed out.  I don't know how long it appeared
22    on the Internet.  I don't know if your client is
23    using it in other ways that we're not aware
24    of -- or I'm not aware of.
25              Maybe your client is using it exactly
```

Alan Garten - November 12, 2015

Page 92

```
1        ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
2    the same way 100 different times.  Maybe he has
3    another website -- instead of called Trump Your
4    Competition, it's called something else, but it
5    has this.  This is information you would have,
6    not me.
7            (Pause)
8    A.    I'm aware of him using it either
9    currently or in the past having tried to use it
10   this way.
11            And to me, this is a sort of per se
12   violation of my client's trademark rights,
13   because he's clearly trying to play off of my
14   client's brand.
15            I'm sure you disagree.
16   Q.    Do you understand, Mr. Garten, that
17   during the course of the plaintiff's discovery
18   period, the plaintiff could have called anyone
19   who works at my client's -- my client is a
20   corporation -- anyone who works at that
21   corporation, including the president, to ask --
22   to be asked questions regarding the manner of
23   usage for this mark?
24   A.    I'd have to consult with my legal
25   counsel about that.
```

Alan Garten - November 12, 2015

Page 93

```
1          ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
2          Q.    Well you are an attorney.
3                You know what discovery is, right?
4          A.    I am an attorney.  And I do know what
5     discovery is, yes.
6          Q.    You know what -- you are familiar with
7     all the general tools of discovery as a lawyer,
8     aren't you?
9          A.    I am.
10         Q.    You know what requests for admissions
11    are?
12         A.    I do.
13         Q.    And you know what requests for
14    documents are -- to produce documents?
15         A.    Yes.
16         Q.    You know what a deposition is?
17               Yes?
18         A.    I know of all these tools.
19         Q.    Interrogatories -- you know what those
20    are?
21         A.    Yes.
22         Q.    And you sit here today unaware -- I
23    mean, you are making assumptions.  I understand
24    that.
25               But if -- you are unaware of the
```

Alan Garten - November 12, 2015

```
1          ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
2     actual history of use of this mark by my client
3     today, aren't you?
4          A.     I know of this use.
5                 If there are other uses, I'm not
6     necessarily aware of them.
7                 My counsel may be aware of them.
8                 But I know of this use.
9                 (Pause)
10                (Discussion off the record)
11    BY MR. UNDERHILL:
12         Q.     Mr. Garten, has Mr. Trump ever used
13    his house mark in any way that has caused fraud?
14         A.     No.
15         Q.     Has he used the house mark in any way
16    that has been deceitful?
17         A.     No.
18         Q.     The Trump University matter in San
19    Diego -- are you familiar with that class action
20    litigation?
21         A.     Extremely.
22         Q.     Are you a practicing attorney on that
23    case in some way?
24         A.     I'm not counsel of record on that
25    case, if that's what you are asking.
```

Alan Garten - November 12, 2015

```
1          ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
2          Q.    Have you read the complaint on that
3    case?
4          A.    I have.
5          Q.    Would you agree that the complaint
6    concerns some fairly serious allegations
7    regarding Mr. Trump?
8          A.    We certainly take it seriously.
9          Q.    Do you understand we are referring to
10   the case which could be called Art Cohen versus
11   Donald J. Trump?
12         A.    Yes.
13         Q.    A class action filed in the Southern
14   District of California?
15         A.    There's probably nobody more familiar
16   with that case than me.
17         Q.    Is Mr. Trump familiar with it?
18         A.    Yes, I keep Mr. Trump apprised of
19   developments in that case, consistent with my
20   ethical duties as a lawyer.
21         Q.    Because he is named as an individual
22   defendant in that case.
23               So it's a serious matter, isn't it?
24         A.    I consider all litigation serious
25   matters.
```

```
1        ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
2        Q.    Is it your understanding that the
3    cause of action relates to a alleged violation
4    of 18 U.S.C. § 1962(c) -- as in Charley?
5             MS. REED:  I'm going to object to a
6    line of questioning concerning this litigation
7    in terms of relevancy.
8    BY MR. UNDERHILL:
9        Q.    Do you understand -- do you remember
10   the question I just asked you?
11       A.    Yes, I am familiar with that.
12       Q.    And are you aware that -- and would
13   you agree that a brief description of the cause
14   of action could be described as mail and wire
15   fraud under the RICO statute?
16       A.    In the Art Cohen case, yes.
17       Q.    In the Art Cohen case.
18       A.    Yes, those are allegations in the
19   complaint -- emphasis on the word "allegations."
20       Q.    Well, it hasn't gone to trial, of
21   course.  Nothing has been proved.
22             Isn't that correct?
23       A.    The only thing that -- of significance
24   that's happened in that case is that the class
25   action in its companion case was decertified as
```

```
 1        ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
 2    to damages.
 3             So there is actually no longer a class
 4    action in the companion Makaeff case.
 5             And the Cohen case is just slightly
 6    behind schedule.
 7        Q.   You are referring to the Makaeff case,
 8    right?
 9             That's an Oregon case, isn't it?
10        A.   No.
11        Q.   Where was that filed in?
12        A.   San Diego.
13        Q.   That's a San Diego case, too?
14             Okay.
15             But Art Cohen versus Donald J. Trump
16    hasn't been dismissed as a case yet.
17        A.   No.
18             MS. REED:  I'm going to reiterate my
19    objection to all line of questioning concerning
20    this Cohen case as it relates to the claims in
21    the case, apart from just use of the Trump
22    University mark.
23             So any questions and answers that are
24    elicited about the substance of the wire fraud
25    case are completely irrelevant to this
```

```
 1        ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
 2     opposition proceeding.
 3   BY MR. UNDERHILL:
 4        Q.    As an attorney, do you know what the
 5     phrase "unclean hands" means?
 6        A.    I have a view of it.
 7        Q.    You remember studying that in law
 8     school, maybe?
 9        A.    Right -- like unclean hands would be
10     filing and using a mark that's similar -- that
11     trades off of the brand of someone else -- yeah.
12              Like your client?  Yes.   Unclean
13     hands.
14              It goes both ways.
15        Q.    I like you, Mr. Garten.
16              It's actually, is it not -- I mean
17     let's take you back to law school -- so long
18     ago, for me anyway.
19              Unclean hands has to do equity.
20              Do you remember that?
21              (Pause)
22        A.    I do remember that.
23              MS. REED:  Objection to relevancy.
24              (Pause)
25        Q.    There was a legal case in New York,
```

Alan Garten - November 12, 2015

```
1          ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
2     wasn't there? -- regarding Trump University --
3          A.    There is one.
4          Q.    It's still going on.
5          A.    Pending.
6                (Pause)
7          Q.    I think you were in the media talking
8     about it, weren't you, at some point --
9          A.    I was.
10         Q.    Yeah.
11               (Pause)
12         Q.    The Attorney General Schneiderman --
13    that's his name? -- filed the case?
14         A.    I thin he -- Schneiderman -- Eric
15    Schneiderman.
16               Yes, he did.
17         Q.    So Trump University -- the State of
18    New York, had maybe a little, tiny legal issue
19    about using the word "university"?
20               Is that correct?
21         A.    Yes.  They did.
22         Q.    Because it was unlicensed by the
23    state.
24         A.    It's a long, complicated answer --
25    none of which is relevant to this.
```

```
 1      ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
 2      Q.    Well, thank you for making the
 3   objections for your counsel.  But --
 4      A.    Look, everything you need to know
 5   about the Trump University cases -- whether it
 6   be in San Diego or in New York -- are publicly
 7   available in the court records, in the appeal
 8   briefs, and on, and on, and on.
 9            Could probably talk about that case
10   for a week.
11            It's not going to really get us
12   anywhere for this.
13            MS. REED:  I'm going to reiterate any
14   objection to questioning concerning whether the
15   Trump University cases -- whether it's in San
16   Diego or New York.
17            I object that it's irrelevant.
18            MR. UNDERHILL:  I'm going to be asking
19   several questions of Mr. Garten regarding Trump
20   University and related litigation.
21            Why don't we just give you a standing
22   objection to that?
23            MS. REED:  Standing objection.
24   Absolutely -- for all questions and any answers
25   elicited concerning the San Diego litigation or
```

Alan Garten - November 12, 2015

1          ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL

2     the New York litigation.

3              They are irrelevant to this

4     proceeding.

5              MR. UNDERHILL:  Do you feel you have

6     made your objection as comprehensively as you

7     would like?

8              MS. REED:  I have.

9              But I might reiterate it again,

10    depending on the questioning -- the line of

11    questioning.

12             MR. UNDERHILL:  You have a standing

13    objection.  There is no need for you to remind

14    me.

15             MS. REED:  Mr. Garten -- I'm sorry,

16    Mr. Underhill -- please just proceed with your

17    questions.

18             MR. UNDERHILL:  Thank you.

19             (Pause)

20    BY MR. UNDERHILL:

21        Q.    Jeffrey Goldman -- is he a private

22    attorney?

23             Or he is a member of the Trump

24    organization?

25        A.    He is a private attorney.

```
 1          ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
 2          Q.    Thank you.
 3                And you are familiar with a person by
 4     the name of Supreme Court Justice Cynthia S.
 5     Kern?
 6          A.    Yes, I know -- I mean, not
 7     personally -- but I know Judge Kern, yes.
 8          Q.    This case that I'm referring to, I
 9     should identify for you:  People v. Trump
10     Initiative, New York State Supreme Court, New
11     York County, No. 451463/2013.
12                Sir, on that case, isn't it true that
13     the judge ruled that Donald Trump was personally
14     liable for operating a for-profit investment
15     school without the required license?
16                MS. REED:  Objection, irrelevant.
17          A.    I'd have to read the decision.
18          Q.    You don't remember if Mr. Trump was
19     found liable for something important like that?
20          A.    It's the way you described it.
21                I'd have to actually read her
22     decision.
23                Certainly you don't need my opinion on
24     that.  Just read the decision yourself.
25          Q.    Have you ever given testimony at a
```

```
1         ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
2    deposition before?
3         A.    I have.
4         Q.    Have you sat for standard discovery
5    depositions?
6         A.    Yes.
7               I've taken them as well.
8         Q.    The lawsuit in New York that I was
9    referring to -- that was filed by the Attorney
10   General -- is it your opinion -- would you agree
11   with this? -- the New York Attorney General Eric
12   Schneiderman accused Mr. Trump of misleading
13   more than 5,000 people who paid between $1,495
14   and $35,000 to learn Mr. Trump's real estate
15   investment techniques?
16               True?
17               MS. REED:  Objection, irrelevant.
18         A.    I would have to refer you to the
19   complaint.
20               And whatever the complaint says I
21   would agree is what he has alleged -- I'm
22   sorry -- petition.
23               (Pause)
24         Q.    Let's -- give me the two-sentence
25   explanation to your mother about this case if
```

Alan Garten - November 12, 2015

1          ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL

2     you are sitting down for Thanksgiving and she

3     wanted to know what it was about.

4          A.     I'm really not going to answer this

5     question.

6               MR. UNDERHILL:  Are you instructing

7     him not to answer?

8               THE WITNESS:  No, it's -- why don't

9     you just try rephrasing it?

10               Why don't you rephrase your question?

11               MS. REED:  Rephrase -- rephrase.

12     BY MR. UNDERHILL:

13          Q.     Mr. Garten, are you aware that, if you

14     refuse to answer a question in a proceeding like

15     this, that could be construed against your

16     cause?

17          A.     Are you aware that asking irrelevant,

18     harassing questions could get you sanctioned?

19          Q.     Are you aware that I'm the person who

20     asks questions and you are the person who

21     answers them?

22               MS. REED:  Okay.  So I want to just

23     stop here.

24               Mr. Underhill, if you could just

25     rephrase your question concerning Mr. Garten's

1          ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL

2     understanding of the allegations in the New York

3     case.

4              Simple as that.  Just rephrase the

5     question.  And Mr. Garten -- I will instruct Mr.

6     Garten to answer the question.

7              (Pause)

8     BY MR. UNDERHILL:

9          Q.    Are you threatening me with sanctions,

10    Mr. Garten?

11             MS. REED:  Object --

12         A.    I am asking if you are aware of it,

13    just like you asked me if I was aware of it.

14             MS. REED:  -- okay, you are badgering

15    the question.

16             I'm asking just to rephrase the

17    question, please, and he will answer the

18    question.

19         Q.    Are you threatening me with sanctions,

20    Mr. Garten?

21         A.    I am not threatening you.

22             I'm asking you if you are aware.

23             You asked me if you remember if me not

24    answering your question would -- I don't

25    remember how you said it.

```
1        ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
2               But if you ask your question again, I
3     will do my best to answer it.
4               MS. REED:  Mr. Reporter, can you
5     please read back Mr. Underhill's last question
6     to Mr. Garten concerning the New York case?
7               (Whereupon the following question was
8     read back:
9               "Q.   Give me the two sentence
10    explanation to your mother about this case if
11    you are sitting down for Thanksgiving and she
12    wanted to know what it was about?")
13              MS. REED:  Mr. Underhill, can you just
14    rephrase that question?
15        A.    I can answer that question.
16              I would describe it as the attorney
17    has filed a baseless case against my client in
18    an attempt to garner publicity.  That's how I
19    would describe it.  That's in one sentence.
20        Q.    How would you describe the Art Cohen
21    versus Donald J. Trump case to your mother --
22    same manner?
23        A.    If I was sitting with my mother at
24    Thanksgiving, I would say to her that a class
25    action law firm whose former principal once went
```

Alan Garten - November 12, 2015

```
 1        ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
 2     to jail has filed a baseless case against my
 3     client, which we are winning, and I believe we
 4     will ultimately prevail on -- either on summary
 5     judgment or trial.  That's how I would tell it
 6     to my mother.
 7               MS. REED:  Can we take a short break?
 8               MR. UNDERHILL:  Sure.
 9               (Recess from 12:23 p.m. to 12:31 p.m.)
10     BY MR. UNDERHILL:
11        Q.    Has Mr. Trump -- Donald Trump -- ever
12     used his house mark to defraud or deceive the
13     public?
14        A.    No.
15        Q.    But he's being accused of that in Art
16     Cohen versus Donald Trump, right?
17        A.    I don't believe so, no.
18        Q.    Well, he's being accused of mail and
19     wire fraud under the RICO statute in that case.
20        A.    I don't believe there is any
21     allegation that he's using his house mark for
22     that purpose.
23        Q.    Trump University -- "Trump" is a
24     portion of that mark.
25        A.    Yes.
```

Alan Garten - November 12, 2015

```
 1        ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
 2        Q.    When Mr. Trump created Trump
 3   University -- which you've testified that he
 4   owns most of -- he was using his famous name as
 5   part of that business, wasn't he?
 6        A.    Yes.
 7        Q.    And in this case of Cohen versus
 8   Trump, under the RICO statute, he's being
 9   accused of engagement in racketeering.
10        A.    I believe that's correct.
11        Q.    Do you know what "racketeering" means?
12        A.    I would probably defer to someone who
13   is more of an expert in that area of law.
14        Q.    As an attorney, are you familiar with
15   18 U.S.C. 1962 subsection C?
16        A.    Familiar with it, to some degree.
17        Q.    Have you ever worked as a U.S.
18   Attorney?
19              Deputy U.S. Attorney?
20        A.    No.
21        Q.    Do you know how long my client has
22   been using this mark in commerce?
23        A.    I don't.
24        Q.    Which means you don't know how long
25   there has been concurrent use of the Trump marks
```

```
1        ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
2    in my client's mark.
3        A.    I don't.
4        Q.    And you have no actual evidence of
5    confusion in the public in commerce between the
6    two marks.
7              Is that right?
8        A.    Me, personally?
9              I can't think of anything.
10             But it doesn't mean it doesn't exist,
11   or it's not in the possession of my lawyers.
12        Q.    Do you understand that you are the
13   sole witness in Mr. Trump's case-in-chief?
14        A.    Yes.
15        Q.    Do you understand that all evidence to
16   benefit Mr. Trump on this case is going to flow
17   through you?
18             MS. REED:  Objection as to legal
19   conclusions.
20        A.    I would have to consult my lawyer.
21        Q.    Okay.  That's fine.
22             You understand this is the trial,
23   right?
24        A.    Yes.
25        Q.    Okay.
```

Alan Garten - November 12, 2015

```
 1        ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL

 2               And you are the witness in the trial?

 3        A.    Yes.

 4        Q.    And you are witness for Donald J.

 5   Trump?

 6        A.    Yes.

 7        Q.    And you understand that this is your

 8   time as a plaintiff for your initial

 9   case-in-chief.

10               Do you understand that?

11        A.    I would have to consult with my

12   counsel as to that.

13        Q.    Do you know what "rebuttal evidence"

14   is?

15        A.    I do.

16        Q.    Do you understand that the plaintiff

17   has the opportunity to have a rebuttal case as

18   well as the initial case-in-chief?

19        A.    Yes.

20        Q.    Are you aware, Mr. Garten, that under

21   the law, misrepresentations,fraud and/or deceit

22   used in relation to a trademark by its owner can

23   cause him to lose that mark?

24               MS. REED:  Object again, as it calls

25   for a legal conclusion.
```

Alan Garten - November 12, 2015

1        ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL

2        A.     I would have to sort of research that

3    and consult with my counsel to give you a

4    definitive answer.

5        Q.     Okay.

6               Mr. Garten, an important element under

7    trademark law is that the public should be

8    protected from fraud and deceit.

9               Do you agree with that?

10       A.     I would have to research that and see

11   where that -- you know, I would have to research

12   that and consult with my legal counsel.

13       Q.     Here we have Mr. Trump -- very famous

14   man, very successful businessman, no doubt about

15   it -- extolling people to pay for attendance at

16   a so-called university where they didn't get

17   what they paid for.

18              Assuming that was true -- and I know

19   that you don't agree with that -- assuming that

20   was true, do you think that would be a wrong --

21   something?

22       A.     I don't understand your question.

23       Q.     Okay.

24              Should Mr. Trump use his marks to

25   commit fraud?

Alan Garten - November 12, 2015

```
 1          ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
 2          A.    I don't think anyone should commit
 3      fraud -- period.
 4          Q.    We're not talking about everyone.
 5                We are talking about Mr. Trump.
 6                Would Mr. Trump -- should Mr. Trump
 7      use his marks to commit fraud?
 8          A.    I really don't know how to answer your
 9      question.
10                I don't think anyone should use their
11      marks -- I can answer your question.
12                No one should commit fraud.  That is
13      bad.
14                So I would say:  Whether it's Mr.
15      Trump or anyone else, fraud is bad.  People
16      shouldn't do it.
17                (Pause)
18                MS. REED:  I'm going object again.
19                I apologize for laughing.
20                But I'm laughing because this line of
21      questioning about fraud is completely
22      irrelevant.
23                MR. UNDERHILL:  Let's go off the
24      record --
25                MS. REED:  -- and --
```

Alan Garten - November 12, 2015

```
1           ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL

2                 MR. UNDERHILL:  -- for your speech.

3                 MS. REED:  -- no, I'm not giving a

4     speech.  Actually, it should be on the record.

5                 It's completely irrelevant.  And it's

6     redundant, really.

7                 So, I mean, hopefully we can move on

8     from this line of questioning.

9                 If you have something to ask Mr.

10    Garten about concerning the use of the Trump

11    mark for the goods and services that we've

12    discussed, or licensing, or trademark

13    registrations, or policing the brand -- as

14    opposed to talking about the state claims with

15    respect to wire fraud and RICO, because they are

16    irrelevant.

17                MR. UNDERHILL:  Are you done?

18                MS. REED:  I'm done.

19                MR. UNDERHILL:  I would like to object

20    that counsel has repeatedly made speaking

21    objections.

22                May I proceed now?

23                MS. REED:  Yes, you may.

24                (Pause)

25
```

1           ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL

2      BY MR. UNDERHILL:

3           Q.    The Trump University mark is canceled,

4      isn't it, Mr. Garten?

5           A.    I don't know.

6           Q.    Isn't it true there were two separate

7      marks for Trump University?

8           A.    I don't know.

9                 (Pause)

10          Q.    Are there any of the Trump marks that

11     are identical in nature to the applicant's mark?

12          A.    I don't know offhand.

13                (Pause)

14                THE WITNESS:  Do you have an estimate

15     on how much longer you are going to be?

16                MR. UNDERHILL:  I'm probably done.

17     I'm going through just to see if I have anything

18     else.

19                THE WITNESS:  If there is anything

20     else that you want to ask me, or you feel

21     appropriate to ask anyone else that I work with,

22     I would just ask you to ask me those questions.

23                I can try to answer and provide you

24     all the information to the best of my ability.

25                (Pause)

Alan Garten - November 12, 2015

```
1          ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
2     BY MR. UNDERHILL:
3          Q.    I assume it would be your preference
4     that Mr. Donald Trump not be burdened to testify
5     in this case.
6               Is that right?
7          A.    I don't think there is anything that
8     you may need to ask him that I can't answer.  So
9     I'm sort of offering myself to sit here and try
10    to answer all your questions -- any question you
11    may have -- whether it be for me or anyone else
12    with whom I work, including my client, now so as
13    not to burden him.
14         Q.    Your client being Mr. Trump?
15         A.    Yeah -- or any other member of his
16    family.
17         Q.    Are you willing to waive
18    attorney-client privilege?
19         A.    Of course not.
20               (Pause)
21         Q.    I'd have to assume that Mr. Donald
22    Trump, your client, is not willing to -- since
23    he's the owner of the privilege, he's not
24    willing to waive the privilege in exchange for
25    him not being present pursuant to subpoena.
```

```
 1      ALAN GARTEN, ESQ. - CROSS - BY MR. UNDERHILL
 2          A.    He will not be waiving the privilege.
 3          Q.    Of course.
 4          A.    But I don't think that stops you from
 5      asking me questions that you think -- any
 6      question you may have, regardless to whom you
 7      think it's most appropriate to ask it to.
 8              MS. REED:  I understand that's your
 9      opinion.
10              THE WITNESS:  It's 12:45.  You know,
11      if you have other questions I don't want you
12      holding back questions.  You should ask me them,
13      so as not to burden others.
14              MS. REED:  Can we just go off the
15      record for a moment?
16              (Discussion off the record)
17              MR. UNDERHILL:  Your client wants to
18      put something on the record?
19              MS. REED:  Yes.
20              I had offered to allow you to ask any
21      question you want of Mr. Garten.
22              If you feel you have not gotten the
23      response that you need, or he doesn't know
24      something, and then we can discuss who might
25      know that information.
```

Alan Garten - November 12, 2015

1                    ALAN GARTEN, ESQ.

2              So I'm offering Mr. Garten now as

3       someone who can answer -- or try to answer all

4       of your questions that you have.

5              MR. UNDERHILL:  I've exhausted the

6       questions I wish to ask Mr. Garten.

7              I have questions that I wish to ask

8       the plaintiff directly.

9              THE WITNESS:  Do you want to at least

10      try to ask me the questions to see if I can

11      answer them?

12              And then you can determine whether or

13      not you believe my answers are sufficient?

14              Because otherwise it would be sort

15      of -- I think it would be unnecessarily --

16      certainly burdensome -- to hold questions back

17      to wait until you can ask someone else, when you

18      don't even know if I'm capable of answering as

19      his lawyer.

20              MR. UNDERHILL:  I'm not going to argue

21      a motion here in a deposition.

22              THE WITNESS:  I'm just asking a

23      question.

24              MR. UNDERHILL:  I'm not going to

25      answer questions.

Alan Garten - November 12, 2015

```
 1                ALAN GARTEN, ESQ.
 2           I'm not going to the argue motion in a
 3      deposition.
 4           THE WITNESS:  So you are refusing to
 5      ask me questions that you think are more
 6      appropriate for Mr. Trump.
 7           MR. UNDERHILL:  I'm not going to
 8      answer questions, Mr. Garten.  I'm not a witness
 9      here.
10           THE WITNESS:  Okay.  But you are not
11      disputing that.  Okay.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Alan Garten — November 12, 2015

```
1                    ALAN GARTEN, ESQ.

2              MS. REED:   Okay.   Thank you.

3                   *       *       *

4          E N D   O F   P R O C E E D I N G

5                 Time noted 12:48 p.m.

6                   *       *       *

7

8

9

10        _____

11                  ALAN GARTEN, ESQ.

12

13

14     Subscribed and sworn to before me

15     this 16th day of December        , 2015.

16

17

18     _____

19              NOTARY PUBLIC

20

21     My Commission expires:

22              MATTHEW R. MARON
          Notary Public, State of New York
23               No. 02MA6141948
          Qualified in Westchester County
24        Certificate filed in New York County
          Commission Expires March 6, 2018

25
```

# ERRATA SHEET

STATE OF NEW YORK )
                        :   ss.:
COUNTY OF NEW YORK )

Case Name:         Donald J. Trump v. Trump Your Competition, Inc.
Opposition Number: 91217618
Deponent:          Alan Garten
Deposition Date:     November 12, 2015

       I, ALAN GARTEN, declare under penalty of perjury under the laws of the United States of America, that I have read the foregoing deposition transcript and that, to the best of my knowledge, said deposition transcript is true and accurate, with the exception of the following corrections listed below:

| PAGE | LINE(S) | CURRENTLY READS | CHANGE TO | REASON |
|---|---|---|---|---|
| 6 | 11-12 | attorney-client privilege | attorney-client privileged | Misspelling |
| 8 | 3 | it's derivative marks | its derivative marks | Misspelling |
| 8 | 22-23 | and worked | and I worked | Mistranscription |
| 10 | 21 | and the we have | and then we have | Misspelling |
| 11 | 4 | filing options | filing oppositions | Mistranscription |
| 11 | 5-6 | policing the registration of the application registration of domain names | policing the registration of domain names | Mistranscription |
| 11 | 10 | we worked with | we work with | Misspelling |
| 12 | 22 | spoken | spoke | Misspelling |
| 16 | 2-3 | hotel development, hotel development | hotel development | Mistranscription |
| 20 | 20-21 | develop condominium building | develop a condominium building | Mistranscription |
| 21 | 18 | So a lot of that goes into that | So a lot of what goes into that | Misspelling |
| 24 | 10 | you now, 60 | you know, 65 | Mistranscription |
| 24 | 19 | it's traditionally a is U.S.-based | it's traditionally a U.S.-based | Mistranscription |
| 25 | 24 | So you mentioned about the company | So you mentioned the company | Mistranscription |
| 26 | 21 | there is countless | there are countless | Mistranscription |
| 27 | 21 | Yeah | You | Mistranscription |
| 28 | 7 | also casino | also a casino | Mistranscription |

| PAGE | LINE(S) | CURRENTLY READS | CHANGE TO | REASON |
|---|---|---|---|---|
| 29 | 13 | develops produces | develops, produces | Mistranscription |
| 33 | 10-11 | There is actually Trump golf shirts. | There are actually Trump golf shirts. | Mistranscription |
| 33 | 11-12 | There is Trump sweatshirts. | There are Trump sweatshirts. | Mistranscription |
| 33 | 12 | There is Trump hats. | There are Trump hats. | Mistranscription |
| 33 | 13-14 | There is a lot of different apparel products. | There are a lot of different apparel products. | Mistranscription |
| 35 | 12 | There is candles. | There are candles. | Mistranscription |
| 38 | 14 | 4:00 o'clock | 4  o'clock | Misspelling |
| 38 | 22 | Do you recognize Exhibit | Do you recognize this Exhibit | Mistranscription |
| 39 | 3 | there is more | there are more | Mistranscription |
| 39 | 22 | establish and -- the brand | establish the brand | Mistranscription |
| 39 | 25 | appears is consistent | it appears consistent | Clarification, Mistranscription |
| 43 | 12 | how to you succeed | how to succeed | Mistranscription |
| 45 | 8 | how transcribe | describe how | Mistranscription |
| 46 | 24 | books and how to | books on how to | Mistranscription |
| 52 | 20 | gold. The gold color is everywhere. | gold -- the gold color is everywhere. | Mistranscription |
| 54 | 4 | round | around | Misspelling |
| 59 | 20 | It is page that | It is the page that | Mistranscription |
| 64 | 9 | Was notified | I was notified | Mistranscription |
| 67 | 25 | a business advice | business advice | Mistranscription |
| 81 | 22-23 | a legal conclusions | a legal conclusion | Misspelling |
| 86 | 4 | "Trump: marks come for your review | "Trump:" marks come for your review | Misspelling |
| 88 | 11 | serious | seriously | Mistranscription |
| 95 | 8 | serious | seriously | Mistranscription |
| 96 | 4 | 18 U.S.C. § 1962 C | 18 U.S.C. § 1962(c) | Misspelling |
| 99 | 24-25 | of none of which | none of which | Mistranscription |
| 103 | 20 | ,  and | And | Misspelling |

Executed:     New York, New York
              December 16, 2015

_____
                                          Alan Garten

Sworn to before me this
___16th___ day of December, 2015.

_____
              Notary Public

MATTHEW R. MARON
Notary Public, State of New York
Qualified in Westchester County
Certificate Filed in New York County
No. 02MA6141948
Commission Expires March 6, 2018

Alan Garten - November 12, 2015

```
 1                C E R T I F I C A T E
 2    STATE OF NEW YORK
 3    COUNTY OF NEW YORK
 4             I, BRANDON RAINOFF, a Federal Certified
 5    Realtime Reporter and Notary Public within and for the
 6    State of New York, do hereby certify:
 7             That  ALAN GARTEN, ESQ., the witness
 8    whose deposition is hereinbefore set forth, was duly
 9    sworn by me and that such deposition is a true record
10    of the testimony given by the witness at 10:08 a.m. on
11    November 12, 2015, at the offices of Hughes Hubbard &
12    Reed LLP, One Battery Park Plaza, New York, NY 10004 in
13    the presence of Rod Underhill, Esquire, Attorney for
14    Applicant Trump Your Competition, Inc.
15             I further certify that I am not related to any
16    of the parties or counsel for any of the parties to this
17    action by blood or marriage, and that I am in no way
18    interested in the outcome of this matter.
19             IN WITNESS WHEREOF, I have hereunto set my
20    hand this 17th day of December, 2015.
21
22    _____
23             BRANDON RAINOFF, FCRR, RMR, CRR
24    Notary for the State of New York #01RA6011914
25    Expiration date: 08/17/2018
```

## A

**a.m (5)**
1:14 5:6 61:11, 11
121:10
**ability (1)**
114:24
**Absolutely (2)**
72:8 100:24
**abstract (1)**
85:2
**accessory (2)**
35:13, 14
**accounting (1)**
20:25
**accused (4)**
103:12 107:15, 18
108:9
**acquisitions (1)**
8:16
**action (12)**
32:5 64:4 78:2
83:23 94:19 95:13
96:3, 14, 25 97:4
106:25 121:17
**actions (6)**
11:3 62:20 63:6, 7
63:8 89:17
**active (1)**
70:4
**activities (2)**
12:6 23:13
**actual (4)**
76:24 82:6 94:2
109:4
**add (1)**
6:3
**addition (3)**
11:9 30:14 62:4
**address (2)**
12:23, 24
**admissions (1)**
93:10
**adverse (1)**
54:23
**advertise (2)**
62:12 68:2
**advertisement (1)**
67:18
**advertising (7)**
22:21 23:8, 17, 25
24:23 25:16 69:4
**advice (12)**

43:11 44:2 49:6, 11
50:14 55:18 61:15
61:19 67:25 69:4
69:5 90:2
**advising (2)**
9:2, 10
**affiliate (1)**
59:18
**affiliated (2)**
68:23 82:14
**agency (1)**
29:22
**aggressive (5)**
52:4 54:5, 6 70:4, 9
**ago (5)**
7:12 16:18 38:3
61:2 98:18
**agree (11)**
5:21 78:16 79:9
81:7 84:22 95:5
96:13 103:10, 21
111:9, 19
**ahead (2)**
36:12 54:17
**Alan (128)**
1:1, 12, 17 2:1 3:1
3:6 4:1 5:1, 8 6:1
6:4 7:1 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1

82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1, 11
120:1, 24 121:7
**alerted (1)**
86:7
**allegation (1)**
107:21
**allegations (4)**
95:6 96:18, 19
105:2
**alleged (2)**
96:3 103:21
**allow (2)**
77:4 116:20
**America (2)**
38:3, 8
**amount (3)**
24:8, 8 33:20
**and/or (3)**
21:8 23:15 110:21
**Annex (1)**
44:19
**answer (23)**
72:12 84:25 85:10
88:5 99:24 104:4
104:7, 14 105:6, 11
106:3, 15 111:4
112:8, 11 114:23
115:8, 10 117:3, 3
117:11, 25 118:8
**answered (1)**
77:18
**answering (2)**
105:24 117:18
**answers (4)**
97:23 100:24
104:21 117:13
**Anthony (1)**
74:19
**anybody (1)**
82:18

**anyway (2)**
25:14 98:18
**apart (1)**
97:21
**apologize (1)**
112:19
**apparel (6)**
17:16 32:9, 12, 13
33:13, 21
**appeal (3)**
1:2 5:24 100:7
**appear (3)**
45:25 60:16 85:23
**appearance (3)**
41:10 59:24 69:13
**appeared (3)**
37:21 67:16 91:21
**appears (39)**
39:25 40:2, 5, 6
42:7, 10, 16 43:17
43:21, 23 45:8, 17
48:9, 21 49:4, 7, 10
49:17 50:6, 24
51:4 52:12, 13
56:18 57:18 58:6
59:6, 13, 16 60:14
60:15, 22 65:6, 22
65:25 67:8 69:16
69:16 83:17
**applicant (4)**
1:8 2:17 6:7
121:14
**applicant's (2)**
64:6 114:11
**application (13)**
64:23 65:4 75:10
75:14 79:5, 15, 20
79:22 80:12, 14, 15
80:16 86:8
**applications (3)**
11:5 86:5 87:13
**appreciate (1)**
71:2
**apprentice (11)**
16:16 29:13 30:3, 5
30:8, 9, 22, 25
31:14, 17 41:13
**apprised (1)**
95:18
**approach (2)**
10:10 52:5
**appropriate (3)**

114:21 116:7
118:6
**approval (4)**
22:7, 9, 12 25:17
**approving (2)**
25:10, 11
**approximately (4)**
19:11 23:14 85:25
86:5
**area (1)**
108:13
**areas (1)**
15:22
**argue (2)**
117:20 118:2
**arm (1)**
58:23
**Art (19)**
18:13 37:10, 16
39:8, 21 40:7
41:19 42:9 44:22
51:6 55:7, 19, 23
95:10 96:16, 17
97:15 106:20
107:15
**artwork (1)**
80:6
**asked (6)**
76:5 77:18 92:22
96:10 105:13, 23
**asking (14)**
80:10, 23 81:12
84:13 86:6 87:19
94:25 100:14
104:17 105:12, 16
105:22 116:5
117:22
**asks (1)**
104:20
**aspect (2)**
20:23, 24
**aspects (3)**
11:7 20:13 21:7
**Ass (3)**
43:20 44:5, 25
**assets (1)**
88:13
**assistant (1)**
7:10
**assistants (1)**
10:14
**assists (1)**

10:23
**associated (8)**
8:7 16:25 58:11
61:6 66:7 68:10
82:13 85:24
**assume (4)**
73:21 87:11 115:3
115:21
**assumes (1)**
76:16
**assuming (4)**
73:25 76:14 111:18
111:19
**assumptions (1)**
93:23
**Atlantic (3)**
28:6 57:9, 22
**attempt (1)**
106:18
**attempted (1)**
82:11
**attempting (1)**
83:24
**attendance (1)**
111:15
**attending (1)**
70:25
**attention (5)**
39:23 46:2 48:18
75:10, 16
**attorney (28)**
2:16 10:22 71:5, 9
71:10, 13, 17, 20
72:6, 16 76:7, 8, 15
78:8 93:2, 4 94:22
98:4 99:12 101:22
101:25 103:9, 11
106:16 108:14, 18
108:19 121:13
**attorney-client...**
6:11 72:11, 21
89:19 115:18
**Attorneys (2)**
2:5, 17
**attraction (2)**
40:25 52:18
**author (8)**
37:4 39:12 42:19
44:16 46:22 47:16
48:15 49:25
**author's (1)**
48:22

**authored (3)**
36:16 46:15 48:12
**authorization (1)**
72:7
**authorize (2)**
90:3, 3
**authorized (3)**
89:9, 21 90:9
**authorship (1)**
45:3
**automatically (1)**
75:9
**available (3)**
73:21 76:11 100:7
**Avenue (6)**
13:3 26:17, 19
40:21 60:24 61:3
**aware (24)**
20:15 25:19 63:14
64:5, 25 72:2, 3, 4
74:18 75:5 85:21
91:23, 24 92:8
94:6, 7 96:12
104:13, 17, 19
105:12, 13, 22
110:20

---

**B**

**B (1)**
4:2
**back (10)**
59:18 65:13 68:21
69:12 91:3 98:17
106:5, 8 116:12
117:16
**background (1)**
81:13
**bad (2)**
112:13, 15
**badgering (1)**
105:14
**balls (1)**
34:2
**base (1)**
60:6
**based (5)**
29:23 53:2 82:9
87:16 89:25
**baseless (2)**
106:17 107:2
**basic (3)**
18:5, 18 53:15

**basically (2)**
62:8 68:4
**basis (1)**
19:25
**Bates (10)**
4:7, 10, 13, 16, 21
13:9 38:18 56:7
64:15 67:4
**Battery (3)**
1:19 2:6 121:12
**Beach (1)**
27:10
**bear (1)**
17:9
**bearing (8)**
4:9, 12, 15, 18 38:17
56:6 64:15 67:3
**beat (2)**
36:23 42:3
**Bedminster (1)**
27:11
**beg (1)**
80:8
**beginning (3)**
52:2 53:13 72:6
**behalf (1)**
78:24
**belief (1)**
89:5
**believe (30)**
11:3 14:5, 5 27:23
30:18 34:12 35:4
35:10 36:16 37:23
38:10 39:3 50:19
52:25 53:5, 11
60:11 68:8 71:22
80:18 82:12 83:16
83:23 88:12 89:7
107:3, 17, 20
108:10 117:13
**believing (1)**
68:9
**benefit (1)**
109:16
**Bernie (1)**
75:25
**best (14)**
31:17 37:22, 24
38:11 49:6, 11
50:13 54:21, 22, 22
55:25 64:3 106:3
114:24

```
  31:18, 20
beyond (1)
  6:9
Bible (1)
  55:12
big (14)
  28:25 41:12, 17
    42:22 43:20, 22
    44:5, 24 45:10, 25
    47:23 49:8 60:14
    60:19
Biggest (2)
  47:9 48:4
Bill (1)
  44:18
Billionaire (3)
  45:19 46:14, 19
billions (1)
  19:23
bit (1)
  32:15
black (1)
  49:9
blasts (1)
  23:9
blood (1)
  121:17
Board (2)
  1:2 5:24
bold (2)
  51:12, 19
book (63)
  37:7, 11, 17, 20 38:2
    38:7, 9, 12 39:13
    39:20 41:8, 11, 13
    42:7, 9, 15, 17
    43:10, 17, 18, 19
    44:4, 11, 17 45:3, 8
    45:10, 11, 18, 20, 21
    46:10, 12, 19, 22
    47:5, 7, 22 48:5, 10
    48:11, 13, 19 49:2
    49:4, 5, 16, 17, 18
    50:13, 16 51:3, 5, 6
    51:10 52:13 55:10
    55:11, 20, 20, 24
    56:2 66:16
books (49)
  16:22, 23 18:10, 10
    29:19 36:2, 7, 8, 9
    36:14, 17, 19, 25
    37:8, 9, 14, 14, 21
```

```
38:15 39:2 40:17
  41:15, 20, 25 42:11
  42:21 43:23, 25
  44:13 46:4, 23, 24
  50:5, 24 51:18, 22
  53:19, 22, 23 54:18
  55:5, 7, 13, 22
  61:14 65:23 66:11
  69:7 70:7
bottom (1)
  38:5
Box (1)
  2:18
brand (32)
  7:24, 25 8:5 9:4
    10:25 16:20 22:6
    24:9 34:12, 17
    35:4 39:22 41:6
    47:20 48:24 51:8
    52:6, 6, 16 53:14
    58:11 60:3 62:17
    62:19, 21, 23 63:4
    88:10, 12 92:14
    98:11 113:13
branded (1)
  27:7
Brandon (3)
  1:20 121:4, 23
breach (1)
  72:21
break (3)
  61:8, 13 107:7
breakdowns (1)
  21:3
Briarcliff (1)
  27:11
brief (1)
  96:13
briefly (4)
  7:15 12:21 30:23
    77:15
briefs (1)
  100:8
brokerage (3)
  15:25 58:22, 23
bronzino (1)
  53:2
brought (1)
  32:4
building (13)
  20:21 26:15 40:19
    41:2 50:9 52:9, 17
```

```
52:19 53:4, 6
  56:21 58:6, 14
buildings (5)
  26:22 40:18 42:23
    51:17 66:2
burden (2)
  115:13 116:13
burdened (1)
  115:4
burdensome (1)
  117:16
Burnett (4)
  30:7, 10, 13 31:8
business (68)
  8:25 9:2, 3 12:10
    12:24 14:10, 17
    16:6 20:23 25:7
    25:25 29:4 30:12
    31:14 36:19, 20, 21
    36:21 40:11 41:24
    42:2 43:9, 11, 12
    43:14, 15, 20 44:3
    46:24, 25 47:23, 24
    47:25 48:2 49:6
    49:11 50:17, 18
    51:17 52:5 53:16
    53:24, 25 54:5
    55:12, 15, 16, 17, 18
    55:21 61:15, 18, 22
    62:6, 7, 8 65:18
    66:8, 12 67:25
    68:5, 10 69:4, 5
    70:5 82:13, 14
    108:5
businesses (1)
  16:6
businessman (1)
  111:14
businessperson (1)
  70:9
busy (1)
  71:2
buy (5)
  33:14, 16, 16, 18
    55:5
buying (1)
  55:13

        C
C (7)
  2:2, 12 5:3 108:15
    119:4 121:1, 1
```

```
California (2)
  2:19 95:14
call (3)
  16:10 18:5 23:2
called (30)
  17:10 27:24 28:18
    32:20, 22 33:6
    34:13, 16 35:2
    38:3, 8 41:11 42:9
    42:17 45:10, 18
    47:8 48:3, 11 49:5
    49:18 50:13 51:6
    52:21 53:2 61:3
    92:3, 4, 18 95:10
calls (2)
  72:10 81:22 83:2
    110:24
canceled (1)
  114:3
candidacy (1)
  86:13
candles (2)
  35:12, 14
capable (1)
  117:18
card (2)
  85:16, 17
career (2)
  52:3 53:13
case (54)
  47:18 48:5, 19 50:2
    64:4 71:18, 24
    72:2, 4, 5, 19 74:8
    76:8, 15, 23 78:7
    90:19 94:23, 25
    95:3, 10, 16, 19, 22
    96:16, 17, 24, 25
    97:4, 5, 7, 9, 13, 16
    97:20, 21, 25 98:25
    99:13 100:9 102:8
    102:12 103:25
    105:3 106:6, 10, 17
    106:21 107:2, 19
    108:7 109:16
    110:17 115:5
case-in-chief (3)
  109:13 110:9, 18
cases (2)
  100:5, 15
casino (5)
  16:5 28:5, 7, 8 57:8
casinos (3)
```

16:5 28:4 57:22
**category** (1)
34:19
**caucus** (1)
64:3
**cause** (4)
96:3, 13 104:16
110:23
**caused** (1)
94:13
**causes** (1)
78:2
**cavalierly** (1)
88:14
**cease-and-desis...**
11:2 63:6
**ceiling** (1)
52:23
**Central** (1)
28:2
**certain** (1)
72:17
**certainly** (6)
70:3 73:13 85:18
95:8 102:23
117:16
**Certified** (2)
1:21 121:4
**certify** (2)
121:6, 15
**Challenges** (2)
47:9 48:4
**Champion** (1)
42:18
**chance** (1)
87:5
**change** (8)
66:14 120:8, 10, 12
120:14, 16, 18, 20
**changes** (1)
120:5
**Charles** (2)
49:19 51:8
**Charley** (1)
96:4
**Charlottesville...**
28:17, 19
**Chicago** (4)
20:21 21:22 27:23
60:9
**children** (1)
9:22

**circle** (1)
43:4
**City** (3)
28:7 57:9, 22
**claim** (1)
73:17
**claimed** (1)
80:6
**claims** (3)
79:15 97:20 113:14
**class** (6)
15:7 94:19 95:13
96:24 97:3 106:24
**clearly** (1)
92:13
**client** (27)
9:2, 10, 11 65:18
69:6, 18 70:6
78:25 83:13, 14
86:2 88:2 89:15
89:18 91:7, 22, 25
92:19 94:2 98:12
106:17 107:3
108:21 115:12, 14
115:22 116:17
**client's** (17)
68:25 69:11 81:21
82:11, 11, 12, 14
83:4, 11, 19, 24
88:10 89:6 92:12
92:14, 19 109:2
**clients** (1)
70:2
**clock** (1)
54:4
**closely** (2)
20:24 25:3
**club** (8)
27:8, 10, 11, 15
33:19, 23 59:12, 15
**clubs** (5)
21:16, 16, 17, 17
27:17 33:21
**co-creator** (1)
31:7
**co-producing** (1)
30:12
**co-writes** (1)
41:14
**coast** (1)
28:24
**coauthor** (1)

36:12
**Cohen** (9)
95:10 96:16, 17
97:5, 15, 20 106:20
107:16 108:7
**coincides** (1)
14:6
**Collection** (2)
32:22 60:5
**collectively** (1)
10:15
**color** (9)
47:19 52:20 53:7
65:17 68:17 73:17
79:16 80:5 91:8
**coloring** (2)
66:6, 14
**combination** (1)
62:8
**come** (6)
22:23 52:11, 22
53:7 75:16 86:4
**Comeback** (1)
42:10
**comes** (3)
10:17 11:17 21:25
**coming** (2)
21:4, 5
**commencing** (1)
11:3
**commerce** (4)
13:21 85:23 108:22
109:5
**commercial** (3)
8:9 15:7 26:10
**Commission** (1)
119:21
**commit** (4)
111:25 112:2, 7, 12
**common** (2)
36:18 39:6
**communications** (3)
72:12, 13 89:19
**companies** (3)
25:19 28:15 68:23
**companion** (2)
96:25 97:4
**company** (25)
7:16 8:16, 22 9:17
9:19, 25 10:16
12:9 14:8, 21
15:16, 20 20:11, 25

21:7, 8 24:13, 14
24:25 25:24 30:2
32:5 33:5 57:21
82:25
**compete** (2)
31:13, 15
**competition** (14)
1:7 47:2 64:7, 23
65:8 67:13, 20, 23
68:15 69:20 74:23
75:15 92:4 121:14
**competitive** (2)
41:23 53:17
**competitors** (4)
36:24 42:4 43:13
54:24
**compilation** (1)
50:16
**complaining** (1)
82:21
**complaint** (5)
95:2, 5 96:19
103:19, 20
**completely** (3)
97:25 112:16 113:5
**compliant** (1)
25:7
**complicated** (1)
99:24
**comprehensively...**
101:6
**computer** (1)
89:11
**concept** (1)
31:12
**concerning** (9)
62:15 69:17 96:6
97:19 100:14, 25
104:25 106:6
113:10
**concerns** (1)
95:6
**conclusion** (2)
81:23 110:25
**conclusions** (2)
87:19 109:19
**concurrent** (1)
108:25
**condominium** (5)
16:3 20:21 21:15
61:2, 5
**conducts** (1)

62:5
**conference** (1)
88:19
**confidential** (1)
89:18
**confusion** (3)
82:4, 6 109:5
**conglomerate** (1)
12:10
**conjunction** (2)
27:3 89:15
**connection** (6)
16:21 19:13 29:19
57:25 62:15, 21
**Consciousness** (1)
84:22
**consider** (2)
71:8 95:24
**consistent** (25)
39:25 41:18 42:11
43:22 45:22 49:13
49:21 50:3 51:2
51:10, 13 57:11
60:18 65:10, 20, 24
66:5, 6, 14, 17
68:16, 17 70:4, 5
95:19
**consists** (1)
67:12
**construction** (3)
15:5, 20, 25
**construed** (1)
104:15
**consult** (5)
92:24 109:20
110:11 111:3, 12
**consultation** (1)
89:25
**consulted** (1)
88:22
**consulting** (3)
9:5 68:2, 5
**consumers** (2)
55:4 68:9
**contain** (1)
51:19
**contained** (1)
56:17
**contemplate** (1)
75:6
**contestants** (1)
31:12

**continue** (1)
20:16
**controls** (2)
28:16, 16
**conversation** (2)
89:24
**converted** (1)
60:25
**convey** (2)
41:21 52:3
**conveying** (1)
52:16
**conveys** (2)
43:9 70:7
**copies** (2)
37:25 56:2
**copy** (2)
68:21 90:14
**corner** (3)
26:16 57:10 59:17
**corporation** (2)
92:20, 21
**correct** (5)
57:2 71:7 96:22
99:20 108:10
**correctly** (1)
81:6
**correspond** (1)
24:10
**corresponding** (1)
24:7
**corresponds** (1)
14:3
**couch** (1)
53:12
**counsel** (40)
4:3 6:14 7:6, 11, 14
7:19 11:10 12:22
20:11 62:25 63:17
63:21 64:2, 9, 10
64:10 65:3 71:4
72:14, 20 74:4, 10
74:16 75:22 76:22
78:21 81:25 87:24
88:23 89:25 90:2
92:25 94:7, 24
100:3 110:12
111:3, 12 113:20
121:16
**counselor** (1)
81:19
**countless** (1)

26:21
**country** (3)
27:6 35:7 62:5
**County** (3)
102:11 120:4 121:3
**couple** (4)
5:12 38:15 59:20
63:16
**course** (10)
16:4 19:7 64:4
71:5 78:16, 23
92:17 96:21
115:19 116:3
**courses** (4)
27:7, 14 66:11 69:7
**court** (4)
32:6 100:7 102:4
102:10
**cover** (16)
37:6, 6 38:5 39:17
41:9 42:8, 16
43:18 45:9 46:12
47:7 48:10 49:4, 8
49:17 51:5
**covers** (4)
39:2, 14 40:2 66:16
**create** (1)
20:19
**created** (2)
14:4 108:2
**creator** (1)
30:7
**credit** (1)
30:11
**crest** (2)
59:13 61:6
**Crippled** (2)
38:3, 8
**Cross** (48)
3:12 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1

108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
**CROSS-EXAMINATI...**
70:21
**cross-examine** (2)
6:7 70:17
**CRR** (1)
121:23
**current** (2)
7:3 38:2
**currently** (6)
6:19 15:8 31:3, 22
31:23 92:9
**Cynthia** (1)
102:4

---

**D**

**D** (7)
3:2 4:2 5:3 77:13
78:6 119:4, 4
**damages** (1)
97:2
**darts** (1)
88:15
**date** (6)
14:2, 3, 7 37:20
55:23 121:25
**dated** (2)
4:6 13:9
**dates** (1)
67:15
**daughter** (1)
34:14
**day** (5)
40:25 55:23 91:19
119:15 121:20
**day-to-day** (3)
11:14 12:6, 17
**DC** (1)
27:11
**dead** (1)
74:23
**deal** (20)
18:13 20:17 22:3, 4
23:20 32:17 34:11
34:17 37:11, 16
39:8, 21 40:7
41:19 44:23 54:11
54:22 55:8, 19, 23
**deals** (11)
9:4, 7, 8, 8 11:25

Alan Garten — November 12, 2015

21:25 22:6 24:8
32:16 41:12 43:15
deceit (2)
110:21 111:8
deceitful (1)
94:16
deceive (1)
107:12
December (4)
7:2 13:25 75:17
121:20
decertified (1)
96:25
decide (1)
64:3
decimate (1)
69:23
decision (7)
74:8 88:23 89:14
89:24 102:17, 22
102:24
dedicated (2)
10:19 56:21
deemed (1)
5:15
defendant (1)
95:22
defer (1)
108:12
definitely (1)
39:4
definitive (1)
111:4
defraud (1)
107:12
degree (1)
108:16
delegated (1)
12:15
Delmonico (1)
60:24
denominator (1)
36:18
department (1)
20:25
depending (3)
22:24, 25 101:10
deposition (7)
1:17 93:16 103:2
117:21 118:3
121:8, 9
depositions (1)

103:5
Deputy (1)
108:19
derivations (3)
18:8, 20 60:12
derivative (9)
8:3 16:25 26:10
27:5 31:21 32:11
34:6, 23 35:4
derivatives (2)
19:2, 5
describe (28)
8:13 39:16 40:4
41:9 42:7, 15 45:7
45:8, 16 46:11
47:6 48:9 49:3, 15
49:16 51:4 55:4
56:13, 16 57:6, 16
57:24 59:24 60:21
65:5 106:16, 19, 20
described (9)
44:6 45:13 49:21
53:18 69:13, 21
80:15 96:14
102:20
description (5)
14:24 15:2 83:4
89:11 96:13
destroy (1)
69:24
detail (1)
53:21
detailed (1)
22:10
determine (1)
117:12
determines (1)
83:22
develop (2)
20:19, 20
developing (2)
22:4, 17
development (9)
15:5, 20, 24 16:3, 3
16:4 26:7 30:17
31:9
developments (1)
95:19
develops (1)
29:13
Diamond (1)
75:25

Diego (6)
94:19 97:12, 13
100:6, 16, 25
differ (1)
84:16
different (14)
8:17 9:6 21:14
22:24, 25 26:13
28:21 33:13 34:25
36:17 44:22 50:17
58:16 92:2
differing (1)
91:14
differs (1)
86:10
difficult (1)
19:20
dilution (4)
81:10, 15, 18, 20
direct (68)
3:11 6:1, 9, 17 7:1
8:1 9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 73:2
direction (1)
61:24
directly (1)
117:8
disagree (1)
92:15
disclose (2)
72:13 73:24
disclosing (1)
89:18

disclosure (1)
72:11
discovery (7)
78:18, 23 92:17
93:3, 5, 7 103:4
discuss (1)
116:24
discussed (2)
88:21 113:12
Discussion (2)
94:10 116:16
dismissed (1)
97:16
displayed (1)
37:5
disputing (1)
118:11
distributed (2)
28:24 33:3
District (1)
95:14
divide (1)
52:24
divided (1)
62:23
document (15)
4:5, 9, 12, 15, 18
13:7, 13 38:17
56:6 64:14, 19
67:2 80:24 81:3
87:21
documents (5)
12:21 22:11 90:12
93:14, 14
doing (1)
83:17
dollars (5)
19:24 20:2 23:23
24:4, 23
domain (3)
11:6 63:7, 20
Dominate (1)
69:23
Donald (31)
1:4 9:15, 22 11:23
32:21, 22 35:20, 21
42:20 46:16 47:10
48:12, 19, 22 49:19
51:7 68:11 71:23
78:17 83:6 84:2
85:24 95:11 97:15
102:13 106:21

107:11,16 110:4
115:4, 21
**doors** (1)
52:11
**doubt** (1)
111:14
**drawing** (3)
79:23, 25 80:5
**duly** (2)
5:9 121:8
**duties** (1)
95:20

———————
**E**

**E** (14)
2:2, 2 3:2, 2 4:2, 2
5:3, 3 119:4, 4, 4
120:2 121:1, 1
**e-mail** (1)
23:9
**e-mails** (1)
21:2
**earlier** (3)
36:5 56:24 62:14
**Early** (1)
37:19
**easily** (1)
24:3
**east** (2)
26:20 28:24
**education** (4)
43:8 55:14 61:15
61:19
**educational** (6)
55:9, 9, 13 61:21
68:5, 6
**efforts** (9)
21:12, 19 23:11
24:16, 20 25:6, 21
62:3 88:12
**either** (9)
26:9 36:10 37:3
41:2 62:7 69:6
82:19 92:8 107:4
**eldest** (1)
9:22
**element** (2)
24:18 111:6
**elements** (1)
80:14
**elicit** (1)
6:11

**elicited** (2)
97:24 100:25
**embodied** (1)
91:17
**emphasis** (1)
96:19
**Empire** (1)
34:13
**employed** (2)
6:20 9:12
**employment** (1)
7:21
**encountered** (1)
82:10
**endeavors** (1)
65:19
**enforce** (3)
11:22 23:12 63:3
**enforcement** (5)
8:5 10:25 62:22
82:9 88:10
**engaged** (1)
78:17
**engagement** (1)
108:9
**engaging** (1)
63:10
**English** (1)
85:13
**entail** (1)
22:20
**entails** (1)
8:14
**enter** (3)
9:3 56:4 64:12
**entered** (1)
5:19
**entering** (1)
9:6
**enterprise** (2)
15:18 68:10
**entertainment** (6)
16:13 29:11 57:15
57:19, 20 58:2
**entertainment-r...**
29:6
**entitled** (2)
4:5 13:8
**entity** (1)
23:21
**entrance** (1)
52:10

**equipment** (1)
34:2
**equity** (1)
98:19
**Eric** (6)
9:23 11:18 12:2, 13
99:14 103:11
**escapes** (1)
34:15
**Esq** (130)
1:1, 12, 17 2:1, 9, 12
2:21 3:1, 6 4:1
5:1, 8 6:1 7:1 8:1
9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
119:11 120:1, 24
121:7

**Esquire** (1)
121:13
**essentially** (2)
15:17 81:5
**establish** (2)
39:22 53:14
**establishment** (1)
86:24
**estate** (23)
9:7 14:9 15:4, 19
15:22, 23, 24, 24, 25
15:25 16:2 21:15
22:3 26:6, 11
36:22 45:19 46:5
46:15 50:14 51:15
58:22 103:14
**estates** (1)
19:7
**estimate** (1)
114:14
**ethical** (1)
95:20
**event** (1)
29:4
**evidence** (13)
4:3 5:16 56:5
64:13 70:13 76:17
81:19 82:3 87:22
90:14 109:4, 15
110:13
**exact** (4)
19:21 45:13 67:15
69:25
**exactly** (3)
22:22 73:12 91:25
**examination** (4)
3:10 6:10, 17 73:3
**examined** (1)
5:9
**example** (9)
18:9, 21 21:22 22:3
28:12 34:5, 21
45:24 46:7
**examples** (8)
17:9 18:21, 22 26:8
29:10 32:10 66:15
85:20
**excess** (2)
20:5 37:24
**exchange** (1)
115:24
**excuse** (2)

17:23 38:5
**executive (4)**
7:5, 13 10:2 11:19
**executives (2)**
9:17 11:13
**exemplify (1)**
31:14
**exhausted (1)**
117:5
**exhibit (47)**
4:5, 9, 12, 15, 18
  13:5, 7, 13 14:22
  38:16, 17, 21, 22
  41:7 42:5 45:5
  56:5, 6, 15, 17 57:2
  57:3 59:8 60:17
  60:20 64:13, 13, 14
  64:20 65:6 66:9
  66:15, 22, 22 67:2
  67:7 68:13, 14
  69:12 79:3, 3, 7, 9
  79:11 86:18 91:4
  91:18
**exhibits (5)**
3:15 5:14 70:13, 15
  90:11
**exist (1)**
109:10
**exists (1)**
30:5
**expand (1)**
24:16
**expanded (1)**
15:21
**expect (1)**
52:7
**expenses (2)**
25:15, 18
**experience (1)**
82:10
**experiences (1)**
47:25
**expert (1)**
108:13
**Experts (1)**
50:15
**Expiration (1)**
121:25
**expired (1)**
74:23
**expires (1)**
119:21

**explain (4)**
7:15 62:18 69:17
  89:8
**explained (2)**
18:24 61:14
**explanation (2)**
103:25 106:10
**extend (1)**
52:23
**extensively (1)**
39:7
**extent (1)**
72:10
**extolling (1)**
111:15
**extremely (3)**
25:3 88:10 94:21

---
                F
**F (4)**
3:2 4:2 119:4
  121:1
**face (2)**
58:9, 11
**fact (1)**
25:3
**factors (1)**
22:25
**factory (2)**
88:25 89:2
**facts (1)**
76:16
**factual (1)**
81:13
**fairly (1)**
95:6
**faith (1)**
89:5
**fall (1)**
35:13
**familiar (16)**
20:12, 13 21:6
  25:22 36:14 85:3
  85:15 90:7 93:6
  94:19 95:15, 17
  96:11 102:3
  108:14, 16
**family (6)**
9:16, 19, 21 11:23
  28:16 115:16
**famous (2)**
108:4 111:13

**fashion (1)**
91:8
**FCRR (1)**
121:23
**feature (3)**
73:18 79:16 80:6
**featured (1)**
65:9
**features (1)**
38:4
**February (1)**
75:15
**Federal (2)**
1:20 121:4
**feel (4)**
38:22 101:5 114:20
  116:22
**field (1)**
83:8
**Fifth (3)**
13:3 26:17 40:21
**figure (1)**
40:12
**file (3)**
63:12 64:11 78:20
**filed (21)**
63:9 71:12 72:5
  74:8 75:14 76:24
  77:5, 6, 13, 17 81:3
  86:2, 4, 21 87:12
  95:13 97:11 99:13
  103:9 106:17
  107:2
**filing (9)**
11:4 63:6, 9, 24
  65:4 72:7 86:7
  90:4 98:10
**filings (2)**
63:18, 19
**financial (1)**
21:7
**fine (2)**
90:13 109:21
**finish (1)**
54:15
**fired (1)**
76:13
**firm (3)**
76:19 78:11 106:25
**firms (2)**
11:11 62:25
**first (23)**

**4:19** 5:13 8:21
  13:20 14:4, 14, 15
  14:19 24:5 37:11
  37:17 39:15 55:10
  55:20 56:25 59:22
  65:13 67:3 77:19
  77:20, 23 87:8
  91:10
**floor (1)**
53:8
**flooring (1)**
52:25
**flow (1)**
109:16
**focused (1)**
36:20
**following (3)**
106:7 120:5, 6
**follows (1)**
5:10
**font (7)**
40:16, 22 50:25
  56:23 65:11 66:4
  66:5
**for-profit (1)**
102:14
**formal (1)**
5:19
**formative (3)**
28:13 31:21 35:18
**formed (2)**
14:7, 20
**former (2)**
60:24 106:25
**forms (1)**
22:24
**forth (2)**
80:19 121:8
**forward (1)**
50:20
**found (2)**
73:24 102:19
**foundation (2)**
70:15 86:23
**fragrance (4)**
34:9, 10, 13, 15
**fragrances (3)**
17:15 34:4, 7
**fraud (12)**
94:13 96:15 97:24
  107:19 111:8, 25
  112:3, 7, 12, 15, 21

```
  113:15
free (3)
6:7, 8  38:23
frequently (4)
60:13, 15  68:19, 22
front (10)
12:4  17:8  29:11
  40:20  41:3, 3  50:7
52:11  79:11, 12
Fross (1)
76:18
full (2)
69:15, 16
full-blown (1)
63:10
furnishing (1)
35:5
furnishings (3)
17:18  34:20, 23
further (2)
70:10  121:15
```
_____
G
```
G (2)
5:3  119:4
gain (1)
39:23
game (1)
85:16
gamut (3)
9:9  55:6  63:5
garner (1)
106:18
Garten (156)
1:1, 12, 17  2:1  3:1
  3:6  4:1  5:1, 8  6:1
  6:4, 7, 19  7:1  8:1
  9:1  10:1  11:1
12:1  13:1, 12  14:1
15:1  16:1  17:1
18:1  19:1  20:1
21:1  22:1  23:1
24:1  25:1  26:1
27:1  28:1  29:1
30:1  31:1  32:1
33:1  34:1  35:1
36:1  37:1  38:1
39:1  40:1  41:1
42:1  43:1  44:1
45:1  46:1  47:1
48:1  49:1  50:1
51:1  52:1  53:1
```

```
54:1  55:1  56:1, 10
57:1  58:1  59:1
60:1  61:1  62:1
63:1  64:1, 18  65:1
66:1  67:1  68:1
69:1  70:1, 23  71:1
72:1  73:1  74:1
75:1  76:1  77:1
78:1  79:1  80:1
81:1  82:1  83:1
84:1  85:1  86:1, 25
87:1  88:1  89:1, 8
90:1, 12  91:1  92:1
92:16  93:1  94:1
94:12  95:1  96:1
97:1  98:1, 15  99:1
100:1, 19  101:1, 15
102:1  103:1  104:1
104:13  105:1, 5, 6
105:10, 20  106:1, 6
107:1  108:1  109:1
110:1, 20  111:1, 6
112:1  113:1, 10
114:1, 4  115:1
116:1, 21  117:1, 2
117:6  118:1, 8
119:1, 11  120:1, 24
121:7
Garten's (1)
104:25
gears (1)
62:14
general (15)
7:5, 11, 13, 18  20:11
  53:21  55:15  71:4
  74:10  75:22  78:21
  93:7  99:12  103:10
  103:11
generally (9)
10:7  12:18  21:13
  36:9  53:18  66:7
  72:3  75:12  81:11
generated (4)
19:13  20:8  21:3
  24:9
gentleman (2)
74:18  75:24
give (14)
17:9  18:21  26:8
  28:12  29:10  32:10
  34:5, 21  47:8, 15
  100:21  103:24
```

```
  106:9  111:3
given (3)
74:4  102:25  121:10
giving (3)
43:11  46:8  113:3
go (13)
18:22  23:10  26:3
  36:12  38:13  39:13
  50:11  54:17  78:19
  90:15  91:3  112:23
  116:14
goes (3)
21:18  25:13  98:14
going (28)
20:20  27:19  38:14
  68:21  70:19  81:12
  84:12  86:17, 18
  87:18  88:16  89:5
  89:16  96:5  97:18
  99:4  100:11, 13, 18
  104:4  109:16
  112:18  114:15, 17
  117:20, 24  118:2, 7
gold (47)
40:8, 9, 15, 16, 21
  41:4, 18  42:12, 22
  46:20  47:18, 18
  48:21, 23  49:10, 13
  51:19, 21, 25  52:2
  52:10, 20, 20  53:2
  53:3, 5, 6, 6, 10, 11
  53:12, 12  56:11, 23
  57:9, 15  60:15, 19
  66:7, 9  69:14
  73:17, 18  74:2
Goldman (1)
101:21
golf (19)
16:3  19:7  21:16
  27:7, 8, 10, 11, 13
  27:15, 16  33:9, 11
  33:15, 19, 23  34:2
  59:11, 15  66:11
golf-related (1)
17:16
good (1)
89:5
goods (9)
15:12  19:13  21:9
  23:17  26:2  61:16
  83:3  89:10  113:11
```

```
gotten (1)
116:22
governed (1)
5:22
grab (2)
46:2  48:17
gradient (1)
66:13
grading (1)
58:16
great (1)
23:11
gross (1)
19:11
growing (1)
24:17
guess (4)
14:14  16:9  17:25
  23:7
guidance (2)
25:9  61:24
guy (2)
35:25  54:4
```
_____
H
```
H (1)
4:2
hall (1)
53:9
hand (3)
25:10  66:21  121:20
handed (3)
38:21  56:14  64:19
handling (2)
75:20  76:6
hands (4)
98:5, 9, 13, 19
happened (1)
96:24
harassing (1)
104:18
Hard (2)
23:20  84:25
hats (2)
33:12  34:2
Hawaii (1)
60:9
heading (2)
4:18  67:3
headquarters (1)
50:8
Hello (1)
```

70:23
**hereinbefore (1)**
121:8
**hereunto (1)**
121:19
**Hi (1)**
70:24
**highlighted (1)**
59:7
**highlights (1)**
58:17
**highly (1)**
65:10
**history (1)**
94:2
**hold (1)**
117:16
**holding (1)**
116:12
**home (9)**
17:18 21:14 34:19
  34:23 35:2, 5, 9, 10
  35:13
**home-related (1)**
34:25
**hopefully (1)**
113:7
**host (4)**
16:8 31:5, 7, 10
**hotel (24)**
16:2 17:3 19:6
  27:19, 23, 23, 24, 25
  28:2, 8, 22 57:8
  58:25 59:5, 21, 23
  60:2, 5, 6, 8, 11, 25
  61:4, 5
**hotels (4)**
33:17 60:4, 7, 10
**house (74)**
8:2 16:9 17:10
  18:5, 18, 18, 20, 23
  18:25 19:3, 14
  21:10 25:25 26:9
  27:3 31:21 32:11
  32:12, 13 34:6, 22
  35:18 36:6 37:2, 9
  39:7, 11, 16, 21
  41:16 42:7, 15, 20
  43:17, 21 44:8, 13
  45:8, 12, 21, 24
  46:11, 17 47:6
  48:9 49:3, 16, 20

50:22 51:4, 8, 14
  51:19 56:11 57:25
  58:3, 5, 10 59:2, 6
  61:18, 25 62:10
  65:15 66:19 68:8
  68:18 81:4 83:18
  83:19 94:13, 15
  107:12, 21
**http://www.trum...**
4:20 67:4
**Hubbard (5)**
1:18 2:4 11:11
  62:25 121:11
**Huesen (1)**
32:25
**huge (1)**
28:22
**Hughes (5)**
1:18 2:4 11:11
  62:25 121:11
**hundreds (5)**
18:19 19:9 20:2
  73:3, 14

_____
                I
**idea (1)**
31:11
**identical (3)**
40:22 50:6 114:11
**identification (5)**
13:10 38:19 56:8
  64:16 67:5
**identified (1)**
5:15
**identifier (2)**
27:8, 9
**identify (5)**
58:18 59:9 60:21
  67:7 102:9
**identity (1)**
76:2
**image (3)**
4:15 62:11 64:15
**images (4)**
4:9, 12 38:18 56:7
**imagine (4)**
33:22 34:3 84:15
  86:14
**important (2)**
102:19 111:6
**improper (1)**
87:23

**in-house (3)**
62:24 63:2, 23
**include (2)**
7:24 25:15
**includes (2)**
11:2 50:20
**including (8)**
8:2 10:5 20:25
  57:22 58:7 66:2
  92:21 115:12
**independently (2)**
80:20 81:2
**Index (1)**
3:15
**indicate (2)**
42:19 47:13
**individual (1)**
95:21
**industrial (1)**
15:6
**informal (1)**
43:8
**information (4)**
91:16 92:5 114:24
  116:25
**infringe (2)**
83:24 89:6
**infringement (4)**
11:4 32:5 63:11
  87:20
**initial (2)**
110:8, 18
**Initiative (1)**
102:10
**insight (1)**
54:19
**instinct (1)**
53:17
**instruct (1)**
105:5
**instructing (2)**
88:2 104:6
**intellectual (10)**
7:21, 24 8:7 10:17
  10:19 11:8, 22
  12:4 64:10 68:25
**intending (1)**
83:14
**interest (1)**
72:19
**interested (2)**
55:16 121:18

**interests (3)**
12:11 66:8, 12
**internal (4)**
10:11 11:9 23:11
  75:3
**internally (2)**
63:25 88:22
**international (16)**
19:6, 8, 17 27:22
  28:2, 8 58:21, 21
  58:25 59:3, 21, 23
  60:2, 5, 8, 11
**internationally...**
24:5, 16 27:16
  31:10 40:14
**Internet (5)**
23:8 67:16 68:2
  91:19, 22
**Interrogatories...**
93:19
**introduce (2)**
70:12 90:13
**invest (1)**
88:11
**investment (2)**
102:14 103:15
**Investor (1)**
45:20
**involve (1)**
8:18
**involved (21)**
8:15, 24 9:22 10:22
  10:23 11:14, 20, 24
  12:3, 5, 11, 16 15:9
  16:17 20:23 22:14
  22:16 25:2, 17
  30:19 45:2
**involving (1)**
82:19
**irrelevant (9)**
97:25 100:17 101:3
  102:16 103:17
  104:17 112:22
  113:5, 16
**Israel (3)**
32:4, 6, 6
**issue (2)**
64:7 99:18
**issued (2)**
5:23 78:24
**issues (3)**
9:3 36:21 62:7

Alan Garten - November 12, 2015

iTrump (2)
89:10 90:19
Ivanka (5)
9:23, 24 11:24
  34:14, 16

_____ J _____

J (11)
1:4 48:12, 22 49:19
  51:7 71:23 78:17
  95:11 97:15
  106:21 110:4
jail (1)
107:2
James (2)
77:13 78:6
Jeffrey (1)
101:21
job (2)
12:12, 14
Joseph (1)
74:19
Jr (2)
9:23 11:24
judge (2)
102:7, 13
judgment (1)
107:5
Julian (1)
2:19
Justice (1)
102:4
justify (1)
89:16

_____ K _____

keep (3)
46:7 57:14 95:18
Kern (2)
102:5, 7
Kick (3)
43:20 44:5, 25
kind (3)
40:15 54:11 62:13
kinds (1)
21:14
know (152)
8:2, 9, 16 10:12, 15
  11:3 12:9 14:2, 6
  15:16, 19 16:16, 23
  18:9, 13 19:16
  20:3, 3, 10 21:14

23:6 24:10, 22, 24
25:2 26:22 27:3
27:19, 25 28:25
30:11 31:6, 7, 17
31:18 33:20 34:2
34:9 36:23, 25
37:13, 14, 18 38:15
39:5, 12, 24 40:8, 8
40:13, 24 41:21, 22
41:22, 23 42:3, 22
43:25 45:2 46:5
46:14, 24 47:15, 17
47:19 48:3, 17, 18
50:9 51:12, 16
52:4, 5, 10, 15, 17
52:22 53:17 54:5
55:7, 12 58:10
59:6 60:12 61:25
63:10 67:17 68:3
68:4, 7, 19 69:9
70:2 71:2 73:19
74:25 76:4, 10, 13
79:14, 17, 21, 24, 25
80:4 82:4 83:9, 13
84:5, 6, 7 85:18
88:16, 19 89:15
91:9, 10, 13, 15, 20
91:21, 22 93:3, 4, 6
93:10, 13, 16, 18, 19
94:4, 8 98:4 100:4
102:6, 7 104:3
106:12 108:11, 21
108:24 110:13
111:11, 18 112:8
114:5, 8, 12 116:10
116:23, 25 117:18
known (4)
28:17 47:20 52:17
  70:8

_____ L _____

labels (1)
28:25
lack (2)
70:15 86:23
language (2)
25:12 85:13
large (2)
40:8 42:12
largely (2)
37:15 46:3
larger (1)

15:18
largest (1)
33:2
Las (5)
20:22 21:22 27:24
  58:25 59:5
laughing (2)
112:19, 20
law (11)
2:16 76:18 81:10
  81:14, 16 98:7, 17
  106:25 108:13
  110:21 111:7
lawsuit (2)
72:7 103:8
lawyer (4)
93:7 95:20 109:20
  117:19
lawyers (2)
10:13 109:11
laying (1)
15:5
learn (2)
61:22 103:14
Learning (1)
44:19
leave (1)
41:2
lectures (3)
62:5, 12 70:7
Leerhsen (2)
49:20 51:8
left (1)
78:7
legal (20)
7:20 8:9 9:5, 6
  10:5, 15 20:23
  72:20 81:23 82:16
  87:19 89:17, 25
  90:2 92:24 98:25
  99:18 109:18
  110:25 111:12
legal-related (1)
8:11
legally (1)
25:6
Lena (2)
2:12 78:14
Lessons (1)
45:19
let's (14)
22:2 23:15 26:3

36:2 39:13 41:7
42:5 45:5 57:13
87:11 91:3 98:17
103:24 112:23
lettering (35)
40:9, 16, 22 41:4, 18
  42:13, 22 46:3, 21
  48:17 49:9, 22
  50:3, 4, 4, 23, 25
  51:10, 12, 19, 21
  52:11 56:12 57:10
  58:17 59:4, 7
  60:15, 19 65:9, 11
  65:17 68:16, 16
  69:14
letters (7)
11:2 28:25 43:22
  46:2 47:17 56:22
  63:6
liable (2)
102:14, 19
laying (1)
102:14, 19
license (4)
9:3, 4 34:11 102:15
licensed (4)
17:13 34:12 35:3
  71:5
licensees (2)
21:8 23:15
licensing (20)
8:19, 23, 25 9:6, 7, 8
  11:15, 25 12:7, 7
  16:2, 7 17:3, 8
  20:12, 17 22:2
  34:17 46:6 113:12
life (8)
43:9, 12, 14, 20 44:3
  46:15 53:25 54:6
likeness (1)
34:18
likes (2)
54:8, 8
limited (2)
81:5 83:7
line (9)
35:2 60:4 69:5
  96:6 97:19 101:10
  112:20 113:8
  120:7
lines (1)
68:21
link (3)
56:19 57:17 59:10

Links (1)
27:17
lintels (1)
52:21
list (5)
37:22 38:11 86:20
  87:11 88:14
listed (1)
13:23
lists (2)
37:3 39:12
lit-up (1)
59:7
litigated (1)
32:6
litigation (15)
7:21 8:9, 10 63:11
  74:11, 14 75:20
  78:17, 22 94:20
  95:24 96:6 100:20
  100:25 101:2
little (1)
99:18
LLP (3)
1:19 2:4 121:12
location (1)
27:9
logo (6)
59:21, 25 60:21, 23
  65:5 69:16
logos (1)
16:25
long (7)
6:24 61:10 91:21
  98:17 99:24
  108:21, 24
longer (3)
31:25 97:3 114:15
look (8)
26:13 38:23 67:9
  78:4, 19 79:7
  88:14 100:4
looks (5)
40:4 45:11 49:12
  49:20 56:20
lose (1)
110:23
lot (22)
10:24 21:11, 18
  22:23, 25 24:15
  33:13, 25 34:24
  37:8, 14, 21 40:2, 3

41:14 44:13 48:5
  55:21, 22 66:12
  77:3 88:11
lots (1)
8:16
loudly (1)
69:10
lower (1)
27:25

─────────────
        M

M (1)
3:2
Macy's (1)
33:4
magazines (1)
23:4
Mahal (5)
28:6 57:8, 23 58:5
  58:11
mail (2)
96:14 107:18
main (1)
13:2
Makaeff (2)
97:4, 7
maker (1)
34:10
making (4)
25:12 88:6 93:23
  100:2
man (2)
71:2 111:14
manage (1)
74:14
management (9)
7:25 8:5 10:25
  11:14, 16, 18 16:2
  29:21, 22
managing (1)
12:6
Manhattan (1)
27:25
manner (2)
92:22 106:22
mantra (2)
54:20 70:6
manufactured (8)
28:23 32:19, 23, 24
  32:25 33:5 34:10
  35:7
manufacturers (1)

33:3
manufactures (1)
33:7
manufacturing (1)
32:18
marble (1)
53:3
March (2)
4:7 13:9
Marcraft (1)
33:6
mark (140)
4:6 8:3 13:8, 17
  14:8, 12, 15 16:9
  17:10, 13 18:5, 6, 8
  18:18, 18, 20, 24, 25
  19:2, 3, 14 20:13
  20:16 21:10 22:2
  22:6 25:25 26:9
  26:10 27:3, 15
  28:13, 22 29:24
  30:7, 9, 12 31:8, 21
  32:11, 12, 13, 14
  34:6, 6, 8, 22, 22
  35:3, 18 36:6 37:2
  37:9 38:16 39:7
  39:11, 16, 21 41:10
  41:17 42:7, 16, 20
  43:17, 21 44:7, 8
  44:10, 13 45:8, 12
  45:21, 24 46:11, 17
  47:6 48:9 49:4, 16
  49:20 50:22 51:4
  51:8, 14, 15, 19
  56:11 57:25 58:3
  58:6, 10 59:2, 6
  61:18, 25 62:10
  64:24 65:15 66:19
  67:23 68:8, 18
  69:2, 13, 15 73:18
  74:20, 22 79:23
  80:2, 15 81:4, 21
  82:11 83:4, 11, 18
  83:19 86:7, 8
  89:10 91:7, 11, 13
  91:17 92:23 94:2
  94:13, 15 97:22
  98:10 107:12, 21
  107:24 108:22
  109:2 110:23
  113:11 114:3, 11
marked (8)

5:14 13:10, 13
  38:18 56:7 64:15
  64:19 67:5
market (2)
62:11 66:19
marketing (24)
21:12, 19, 20, 24
  22:8, 15, 19, 20
  23:3, 12, 16, 17
  25:4, 5, 9, 11, 20
  42:24 58:4, 7 62:3
  69:4 70:3 83:8
marketplace (2)
81:21 82:5
marks (33)
8:2, 3 16:25 19:9
  27:5 35:4, 19, 23
  63:9, 12, 14 69:11
  73:4, 14, 17 74:2
  75:5 80:4 82:5
  83:7 84:3 85:25
  86:2, 4, 20 87:12
  108:25 109:6
  111:24 112:7, 11
  114:7, 10
marriage (1)
121:17
materials (1)
42:24
matter (5)
43:10 53:22 94:18
  95:23 121:18
matters (10)
7:20 8:8, 15, 17, 18
  8:23 10:6, 15, 19
  95:25
mattresses (2)
35:6, 10
McIver (4)
41:14 46:16 47:11
  48:13
mean (15)
14:13 18:25 19:3, 5
  26:12, 21 37:6
  74:13 84:6, 15
  93:23 98:16 102:6
  109:10 113:7
means (7)
71:4 81:10, 16, 18
  98:5 108:11, 24
media (3)
23:8 68:3 99:7

member (4)
20:24 21:17 101:23
115:15
members (5)
9:16, 18, 21 10:12
11:23
memberships (1)
21:16
memorize (1)
81:3
memory (2)
80:22 86:19
mentioned (19)
8:12 10:4 25:24
26:6 28:10 29:8
29:20, 25 31:18
32:9 34:4, 19 36:3
36:5 51:18, 23
55:19 56:10 73:2
Meredith (4)
41:14 46:16 47:11
48:13
methods (1)
68:3
million (3)
20:6 37:25 55:25
millions (4)
20:2 23:23 24:4, 23
minutes (1)
88:20
mirroring (1)
53:4
mislead (1)
68:9
misleading (1)
103:12
misrepresentati...
110:21
missing (4)
17:3, 21 26:25
35:16
misstates (2)
73:7, 8
Model (2)
29:21, 22
modeling (1)
29:22
Models (1)
29:20
modern (1)
23:7
moment (1)

116:15
money (3)
19:11 23:14 88:11
monitor (2)
63:18, 19
monitoring (1)
63:18
months (1)
16:18
Mortgage (1)
19:8
mother (5)
103:25 106:10, 21
106:23 107:6
motion (2)
117:21 118:2
motivation (1)
72:19
motivational (1)
62:9
move (2)
70:12 113:7
mp3rod@aol.com (1)
2:22
Multipage (4)
4:9, 12 38:17 56:6
multitude (2)
15:21 18:21

--- N ---

N (9)
2:2, 9 3:2, 2, 2 4:2
5:3 119:4, 4
name (58)
14:16 16:24 18:11
19:3 23:18 26:14
28:14 29:18 32:20
33:23 34:12, 15, 17
38:5 39:10 41:16
42:10, 18 44:15, 16
46:21 48:14, 20, 22
49:7, 9, 23, 24
50:24 51:9, 9, 14
57:9 59:3, 12, 14
59:16 60:3, 6, 23
61:4 62:2 65:7, 8
65:14, 21 67:20
68:8, 18, 23 69:21
74:19 75:25 83:17
86:8 99:13 102:4
108:4
named (1)

95:21
names (3)
11:6 63:7, 20
narrative (1)
55:2
Natasha (2)
2:9 78:11
national (7)
19:7 27:7, 10, 10, 15
59:11, 15
nature (4)
7:15 23:5 41:23
114:11
NBC (1)
31:8
necessarily (1)
94:6
necessary (1)
12:14
need (7)
46:14 67:10 100:4
101:13 102:23
115:8 116:23
needs (1)
86:25
negotiate (1)
36:23
negotiating (3)
31:15 43:14 54:11
Never (2)
47:8, 15
new (35)
1:19, 19, 22 2:7, 7
5:5, 5 13:3, 3
26:12 29:23 31:10
37:22, 23 38:10
55:24 71:5 98:25
99:18 100:6, 16
101:2 102:10, 10
103:8, 11 105:2
106:6 120:3, 4
121:2, 3, 6, 12, 24
newspapers (1)
23:5
nonstop (1)
54:4
normal (2)
78:23 86:11
Nos (6)
4:7, 10, 13 13:9
38:18 56:7
Notary (4)

1:21 119:19 121:5
121:24
notation (1)
43:3
noted (1)
119:5
notice (2)
76:24 77:12
noticing (1)
68:12
notified (3)
63:24 64:9 65:3
noun (2)
83:12 84:24
November (3)
1:13 5:4 121:11
number (2)
19:21 37:2
nuts (1)
8:7
NY (1)
121:12

--- O ---

O (6)
3:2, 2 4:2 5:3
119:4, 4
o'clock (1)
38:14
object (10)
72:9 87:15, 18
89:23 96:5 100:17
105:11 110:24
112:18 113:19
objected (1)
72:20
objecting (2)
80:17, 18
objection (24)
54:7, 13, 25 70:14
71:14 73:7 74:3
76:16, 21 80:21
81:22 86:23 87:25
88:6 97:19 98:23
100:14, 22, 23
101:6, 13 102:16
103:17 109:18
objections (2)
100:3 113:21
obviously (5)
6:10 29:24 39:12
40:13 62:2

offer (5)
6:14 13:5 20:18
61:17 86:18
offered (7)
4:3 5:15 15:13
28:21 67:19, 22
116:20
offering (6)
15:9 19:13 21:13
50:19 115:9 117:2
offhand (7)
33:8 71:16 73:19
83:9 84:7 91:12
114:12
office (6)
1:2 5:25 13:17
53:7 82:18 87:13
offices (3)
1:18 13:2 121:11
Oh (1)
17:6
okay (26)
6:16 17:22 45:4
47:3 56:3 70:18
72:25 73:15, 20
74:5 79:13 80:11
81:8 82:17 85:8
86:16 97:14
104:22 105:14
109:21, 25 111:5
111:23 118:10, 11
119:2
once (1)
106:25
ones (2)
88:15, 16
online (1)
33:15
operates (2)
53:15 57:21
operating (1)
102:14
opinion (10)
72:18 82:15, 16
83:20, 21, 22 84:13
102:23 103:10
116:9
opportunity (1)
110:17
oppose (3)
63:15 88:16 89:4
opposed (2)

80:13 113:14
opposer (4)
1:5, 18 2:5 71:24
opposer's (1)
6:5
opposing (7)
63:11 64:24 74:4
75:6 76:22 79:15
79:22
opposition (9)
1:6 64:11 76:25
77:4, 13 89:9 90:4
90:25 98:2
oppositions (3)
11:4 63:9 71:12
options (1)
71:21
order (2)
5:20, 23
Oregon (1)
97:9
organization (33)
6:23, 25 7:4, 8 9:13
9:14 10:5 12:24
13:2, 18 14:4, 16
15:8, 10, 13, 17
16:17, 19, 20, 21
19:12 23:15 29:17
50:8 53:10 58:23
59:19 61:17 65:12
68:11, 22 75:21
101:24
original (1)
65:4
outcome (1)
121:18
outside (9)
11:10 24:12 62:24
63:2, 17, 21 64:2
81:25 88:23
outstanding (1)
87:3
overall (1)
70:6
overcome (1)
42:3
oversee (5)
10:15 12:12 21:20
21:23 74:10
overseeing (7)
7:19 9:5 10:23, 24
11:20 12:3 25:10

overseen (1)
82:8
oversight (2)
25:5 77:7
owned (2)
9:15 61:23
owner (6)
16:19 29:16 35:17
73:14 110:22
115:23
owns (4)
35:17 57:21 73:3
108:4

P

P (4)
2:2, 2 5:3 119:4
p.m (3)
107:9, 9 119:5
P.O (1)
2:18
page (36)
3:11, 12, 15 4:19
41:7 42:5, 14 43:3
43:16, 18 45:5, 15
46:9 47:4 48:8
49:2, 15 56:25
57:3, 4, 6, 10, 13, 14
57:15 58:18, 19
59:8, 9, 20 60:17
60:20 67:3 68:14
69:16 120:7
pageants (2)
29:15 30:21
pages (4)
38:23 39:19 59:20
67:9
paid (2)
103:13 111:17
Palm (1)
27:10
Panama (1)
28:8
panel (1)
53:11
panes (1)
52:24
papers (3)
77:3 79:19 80:19
paralegal (3)
10:18, 20, 21
paralegals (1)

10:14
pardon (1)
80:8
Park (8)
1:19 2:6 26:20, 20
28:2 60:24 61:3
121:12
part (25)
8:25 41:5, 5 44:8
44:14, 15, 21 46:18
46:21 47:14 48:15
48:15, 22 50:24
51:9 52:6 55:8
58:4 59:14 60:4
62:3, 18 80:6
85:16 108:5
particular (5)
48:6 58:24 60:17
64:4 75:14
particularly (1)
69:14
parties (7)
5:13, 19, 21 23:13
48:2 121:16, 16
parts (1)
55:14
party (3)
20:18 22:4 34:10
Patent (3)
1:2 5:24 13:17
Pause (25)
36:13 38:6, 24
48:25 67:11 70:20
72:24 77:9 82:2
84:20 92:7 94:9
98:21, 24 99:6, 11
101:19 103:23
105:7 112:17
113:24 114:9, 13
114:25 115:20
pay (1)
111:15
pending (2)
87:4 99:5
people (19)
10:22 22:17 25:4, 9
31:6 41:2 50:18
52:7 55:13, 16, 17
55:17 61:22 82:25
84:15 102:9
103:13 111:15
112:15

percentage (2)
24:6, 7
perfectly (1)
90:13
perform (1)
10:8
period (3)
6:5 92:18 112:3
person (5)
12:2 40:11 102:3
104:19, 20
personal (1)
51:16
personally (10)
35:22 71:13 74:7
82:22, 23 89:21
90:3 102:7, 13
109:8
perspective (2)
9:2, 5
petition (2)
78:3 103:22
Philadelphia (2)
27:12 59:12
Phillips-Van (1)
32:25
phone (1)
83:2
phoned (2)
82:18, 23
phrase (1)
98:5
pick (1)
88:15
picked (2)
86:12, 15
picture (7)
37:5 38:4 58:13, 24
61:4 64:22 91:8
pictures (1)
41:2
pieces (2)
52:21, 22
pillars (1)
53:15
pinpoint (1)
23:20
Place (1)
26:23
places (2)
27:18 33:4
plaintiff (4)

92:18 110:8, 16
117:8
plaintiff's (1)
92:17
planning (3)
15:4, 20 35:24
play (1)
92:13
playoff (1)
83:18
Plaza (5)
1:19 2:6 26:19
28:5 121:12
pleas (2)
76:23 77:5
please (7)
47:4 49:3 51:3
79:8 101:16
105:17 106:5
plus (1)
18:12
point (5)
67:17 74:24 78:7
78:10 99:8
police (5)
22:5, 18 23:12
62:19 63:4
policing (5)
11:5 62:16, 16, 22
113:13
popular (1)
55:20
portfolio (8)
8:4 10:24 11:15, 18
11:21 12:7, 13
82:8
portion (2)
19:18 107:24
position (3)
7:3, 7 9:24
possession (1)
109:11
possibly (1)
33:22
potentially (1)
63:15
power (3)
41:22 52:3 53:16
practicing (1)
94:22
predates (1)
75:19

predecessor (2)
76:3, 4
predominantly (1)
15:19
preference (1)
115:3
prepare (1)
12:19
prepared (1)
87:17
presence (1)
121:13
present (1)
115:25
president (2)
86:13 92:21
President/Found...
44:19
pretty (6)
21:6 22:7 23:10
24:17 25:22 33:20
prevail (7)
43:13 44:2 46:25
54:8, 9, 21 107:4
prevailed (1)
47:25
previously (2)
29:20 74:19
primary (1)
8:22
principal (4)
4:6 13:8 29:16
106:25
principally (6)
9:14 10:22 11:20
12:3, 14 61:23
printed (1)
91:21
printout (1)
91:18
prior (6)
45:11, 14 75:22
76:9 77:5, 16
private (3)
21:16 101:21, 25
privilege (6)
6:12 72:22 115:18
115:23, 24 116:2
privileged (2)
6:12 72:11
pro (1)
33:18

probably (11)
19:23 20:3, 8 24:11
75:25 86:11, 12
95:15 100:9
108:12 114:16
problem (1)
71:3
procedures (1)
22:10
proceed (2)
101:16 113:22
proceeding (5)
5:22 64:8 98:2
101:4 104:14
process (3)
22:12 25:23 88:18
produce (1)
93:14
produced (2)
30:2, 15
producer (3)
16:15 29:12 30:6
produces (2)
16:14 29:13
producing (1)
89:12
product (5)
9:8 16:6 17:3, 8
22:24
production (5)
30:11, 19, 19 31:3, 4
productions (8)
16:14 29:12, 25
30:4, 6, 7, 10, 14
products (22)
16:8 17:9, 14, 17
18:2, 4, 16 20:18
21:13, 15 22:15
28:21 31:23 33:14
33:21 35:5, 11
46:6 51:15, 15, 16
66:20
program (3)
61:21, 21 68:6
project (4)
22:5 24:20 54:12
58:12
projects (8)
21:4, 21 22:16
34:25 46:5 48:6, 7
66:19
prominent (13)

28:25 38:4 40:21
41:18 42:12 43:22
45:25 46:21 47:17
48:17 49:8, 22
51:11
**prominently (20)**
16:24 18:11 36:6
37:2, 4 40:17, 18
42:19 43:21 44:25
45:22 46:20 48:14
48:21 50:22 52:12
58:4 59:3, 14 65:9
**promote (3)**
18:3 21:9 62:11
**promoted (1)**
7:13
**promotion (1)**
58:5
**proper (2)**
25:7, 12
**properties (10)**
15:7 26:11, 14 40:3
41:20 50:5 51:23
51:24 56:11 66:11
**property (10)**
7:22, 24 8:7 10:18
10:19 11:8, 22
12:4 64:10 68:25
**protect (3)**
11:21 22:5 63:4
**protected (1)**
111:8
**protection (1)**
88:9
**protections (1)**
25:13
**protective (2)**
5:20, 23
**protocols (1)**
75:4
**proved (1)**
96:21
**provide (3)**
53:20 90:14 114:23
**provided (1)**
6:10
**providing (2)**
25:8 43:25
**PTO (3)**
4:5 13:8 63:8
**public (9)**
1:21 40:12 73:22

76:12 107:13
109:5 111:7
119:19 121:5
**publicity (1)**
106:18
**publicly (2)**
57:21 100:6
**published (1)**
37:18
**Puerto (1)**
60:9
**pull (1)**
75:9
**purpose (1)**
107:22
**purposes (3)**
35:24 55:9, 13
**pursuant (2)**
34:11 115:25
**put (2)**
19:20 116:18

## Q

**qualified (1)**
31:17
**question (38)**
6:8 24:21 39:18
72:12 74:6 80:7
81:24 84:9, 14, 19
85:2, 10, 11 87:3, 8
96:10 104:5, 10, 14
104:25 105:5, 6, 15
105:17, 18, 24
106:2, 5, 7, 14, 15
111:22 112:9, 11
115:10 116:6, 21
117:23
**questioning (7)**
96:6 97:19 100:14
101:10, 11 112:21
113:8
**questions (23)**
70:11 72:17 81:13
92:22 97:23
100:19, 24 101:17
104:18, 20 114:22
115:10 116:5, 11
116:12 117:4, 6, 7
117:10, 16, 25
118:5, 8
**quite (1)**
32:15

## R

**R (6)**
2:2 5:3 119:4
120:2, 2 121:1
**racketeering (2)**
108:9, 11
**radio (1)**
23:4
**Rainoff (3)**
1:20 121:4, 23
**ran (3)**
16:16 30:25 31:8
**read (25)**
15:2 39:15 41:8
42:6, 14 43:2, 6, 16
45:7, 16 46:10
47:5 48:8 49:2, 15
51:3 69:15 79:19
80:24 95:2 102:17
102:21, 24 106:5, 8
**reader (1)**
39:23
**reader's (2)**
46:2 48:18
**readers (1)**
43:25
**reading (2)**
56:25 85:5
**reads (1)**
57:14
**real (23)**
9:7 14:9 15:4, 19
15:22, 23, 24, 24, 25
15:25 16:2 21:15
22:3 26:6, 11
36:22 45:19 46:5
46:15 50:14 51:15
58:22 103:14
**reality (1)**
30:15
**really (11)**
12:2 44:24 70:25
85:4, 9 86:10 90:5
100:11 104:4
112:8 113:6
**Realtime (2)**
1:21 121:5
**Realty (4)**
19:8 58:21, 22 59:4
**reason (8)**
82:12 120:9, 11, 13
120:15, 17, 19, 21

**reasons (1)**
120:6
**rebuttal (2)**
110:13, 17
**recall (9)**
64:25 71:16 74:9
77:20, 23 78:6
80:20 90:5, 8
**receive (1)**
21:2
**received (4)**
49:7, 12 50:14 83:2
**Recess (2)**
61:11 107:9
**recognize (6)**
13:12 38:22, 25
56:14 64:18 85:19
**recollection (2)**
77:11 87:9
**record (20)**
12:25 15:3 71:13
71:17, 20 72:6
76:7, 8 78:8 80:25
88:7 90:11 94:10
94:24 112:24
113:4 116:15, 16
116:18 121:9
**records (3)**
73:22 76:12 100:7
**redundant (1)**
113:6
**Reed (131)**
1:19 2:4, 9 3:11
5:11, 18 6:1, 3, 16
6:18 7:1 8:1 9:1
10:1 11:1, 11 12:1
13:1, 5, 11 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1, 16
38:20 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1, 3
56:1, 4, 9 57:1

58:1 59:1 60:1
61:1, 9, 12 62:1
63:1 64:1, 12, 17
65:1 66:1, 21 67:1
67:6 68:1 69:1
70:10, 16 71:14
72:9 73:7 74:3, 6
76:16, 21 77:18
78:11 81:22 86:22
87:18 88:4 90:10
96:5 97:18 98:23
100:13, 23 101:8
101:15 102:16
103:17 104:11, 22
105:11, 14 106:4
106:13 107:7
109:18 110:24
112:18, 25 113:3
113:18, 23 116:8
116:14, 19 119:2
121:12
**reed@hugheshubb...**
2:11
**refer (3)**
14:17 81:24 103:18
**referring (6)**
56:23, 24 95:9 97:7
  102:8 103:9
**refers (1)**
15:17
**reflect (1)**
65:12
**reflection (1)**
53:14
**reflective (1)**
54:19
**refresh (2)**
86:19 87:9
**refresher (1)**
86:25
**refuse (1)**
104:14
**refusing (1)**
118:4
**regarded (1)**
55:11
**regarding (14)**
72:17 73:11, 16
  80:12 81:10, 16, 21
  82:4, 5 91:17
  92:22 95:7 99:2
  100:19

**regardless (1)**
116:6
**Register (2)**
4:6 13:9
**registered (11)**
14:8, 11, 18 19:10
  60:3 73:16 74:2
  74:20 83:7 84:3
  84:21
**registration (6)**
11:5 13:16, 19
  74:20 85:4, 5
**registrations (2)**
63:20 113:13
**reiterate (3)**
97:18 100:13 101:9
**relate (1)**
61:15
**related (4)**
53:24 62:7 100:20
  121:15
**relates (3)**
7:23 96:3 97:20
**relating (1)**
61:18
**relation (1)**
110:22
**relevancy (7)**
54:7, 13, 25 70:15
  71:14 96:7 98:23
**relevant (1)**
99:25
**remains (1)**
55:23
**remember (14)**
73:12 77:2 83:3
  87:2 90:19, 22, 24
  96:9 98:7, 20, 22
  102:18 105:23, 25
**remind (1)**
101:13
**repeatedly (1)**
113:20
**rephrase (8)**
17:24 104:10, 11, 11
  104:25 105:4, 16
  106:14
**rephrasing (1)**
104:9
**replaced (2)**
78:8, 11
**report (1)**

74:16
**Reporter (3)**
1:21 106:4 121:5
**representative (1)**
39:4
**represents (3)**
6:6 14:2 68:24
**requests (4)**
78:18, 24 93:10, 13
**required (1)**
102:15
**requirements (1)**
22:7
**research (3)**
111:2, 10, 11
**residential (4)**
15:6 26:10 60:25
  61:5
**resigned (2)**
78:7, 10
**resolved (1)**
90:22
**Resorts (4)**
57:15, 19, 20 58:2
**respect (2)**
65:21 113:15
**respond (1)**
88:3
**respondent (1)**
65:4
**response (1)**
116:23
**responsibilitie...**
7:16 10:4, 8 62:19
**responsible (2)**
7:18, 19
**rest (1)**
24:12
**restate (1)**
73:10
**revenue (1)**
24:8
**revenues (2)**
19:12 21:3
**review (9)**
25:5 63:25 64:2
  76:23 77:3, 16, 19
  78:23 86:4
**reviewed (5)**
12:21 77:12, 20, 22
  77:24
**reviewing (1)**

77:5
**rich (4)**
39:9 40:8, 16 41:12
**Rico (5)**
60:9 96:15 107:19
  108:8 113:15
**right (14)**
26:16 29:14, 21
  33:24 41:3 51:12
  51:20 93:3 97:8
  98:9 107:16 109:7
  109:23 115:6
**rightfully (1)**
72:20
**rights (4)**
11:22 83:25 89:6
  92:12
**rigorous (1)**
22:7
**ripoff (1)**
68:25
**RMR (1)**
121:23
**Rod (3)**
2:16, 21 121:13
**role (1)**
62:15
**room (2)**
29:3 88:19
**ruled (1)**
102:13
**run (4)**
9:15, 19 22:12 63:5
**running (2)**
30:6 31:9
**runs (3)**
9:8 31:10 55:6

---
**S**
---

**S (3)**
2:2 4:2 102:4
**sale (1)**
31:25
**sales (15)**
19:19 21:5, 11, 19
  21:20, 23 22:8, 14
  22:19 23:3, 16
  42:23 58:7 62:3
  70:3
**Saltos (2)**
2:12 78:14
**saltos@hugheshu...**

Alan Garten — November 12, 2015

2:14
**sample** (1)
39:4
**San** (6)
94:18 97:12, 13
100:6, 15, 25
**sanctioned** (1)
104:18
**sanctions** (2)
105:9, 19
**sat** (2)
38:14 103:4
**saw** (1)
82:18
**says** (13)
13:21, 25 14:23
15:4 30:9 43:6, 8
44:18 53:9 68:14
69:20, 23 103:20
**schedule** (1)
97:6
**Schneiderman** (4)
99:12, 14, 15 103:12
**school** (3)
98:8, 17 102:15
**scope** (1)
6:9
**Scotland** (1)
27:17
**screen** (1)
67:13
**se** (1)
92:11
**seasons** (3)
16:16 31:2, 9
**seats** (1)
70:19
**second** (2)
5:18 65:16
**see** (14)
11:3 13:19 14:18
14:22 43:2 58:13
59:15 68:20 69:9
79:20 85:6 111:10
114:17 117:10
**seeking** (1)
55:17
**seen** (5)
51:2, 11 66:15, 18
85:17
**select** (1)
12:21

**selective** (1)
89:3
**sell** (4)
18:2 20:18, 22 32:4
**seller** (4)
37:22, 24 38:11
55:25
**selling** (1)
69:3
**sending** (2)
11:2 63:5
**senior** (1)
11:13
**sentence** (3)
85:12 106:9, 19
**separate** (4)
10:20 23:21 34:17
114:6
**series** (5)
29:14 32:15 35:4
46:23 67:12
**serious** (3)
95:6, 23, 24
**seriously** (2)
88:11 95:8
**Serta** (1)
35:7
**Seruga** (1)
74:19
**Service** (2)
4:6 13:8
**services** (18)
15:6, 7, 9, 12 16:13
18:3 19:14 21:9
23:17 26:2 29:7
61:16 63:18 67:19
67:22 83:4 89:11
113:11
**set** (3)
80:19 121:8, 19
**shade** (1)
49:12
**shades** (1)
58:16
**Share** (1)
50:15
**shirts** (6)
17:14 32:18, 18, 19
33:9, 11
**shops** (1)
33:18
**short** (1)

107:7
**shots** (1)
67:13
**show** (10)
16:15 30:23 31:7, 8
31:12, 16 45:2
80:24 87:8 90:12
**showing** (1)
91:4
**shown** (1)
91:8
**shows** (10)
16:14 29:14 30:15
30:16 57:6, 16
58:19, 24 59:9, 21
**side** (7)
8:9 15:22, 23 26:24
27:19 28:3 54:9
**sign** (1)
52:14
**Signature** (2)
32:21, 22
**signed** (1)
38:15
**significance** (1)
96:23
**signing** (2)
38:9, 12
**similar** (5)
46:3, 8 49:8 59:4
98:10
**Simple** (1)
105:4
**simply** (1)
80:4
**Single-page** (4)
4:5, 15 13:7 64:14
**Sir** (1)
102:12
**sit** (6)
53:8 75:2 78:19
89:16 93:22 115:9
**sits** (1)
53:8
**sitting** (6)
79:17 88:19 89:22
104:2 106:11, 23
**situation** (2)
44:21 85:22
**situations** (1)
83:23
**sizable** (1)

33:20
**skills** (2)
31:15, 15
**slightly** (1)
97:5
**Small** (1)
45:20
**snapshot** (6)
56:18 57:7, 17
58:20, 20 59:11
**so-called** (2)
79:23 111:16
**social** (3)
21:17 23:8 68:3
**software** (1)
89:11
**Soho** (1)
27:25
**sold** (8)
31:25 32:2 33:10
33:14 34:9 35:7
37:25 56:2
**sole** (1)
109:13
**solely** (1)
10:18
**somebody** (1)
86:3
**son** (1)
11:19
**sorry** (8)
17:6 54:17 56:13
79:6 84:11 86:22
101:15 103:22
**sort** (94)
8:6 10:10, 14 11:7
11:19, 24 12:10, 12
12:15 14:9 17:4
18:7, 17, 24 19:20
22:5, 11, 23 23:2
23:21 24:6, 17
25:8, 10, 19 28:21
31:11, 16 33:2
35:13 36:20 37:3
37:10 40:9, 10, 16
41:4, 5, 17, 21 43:3
43:9 46:8, 23
47:19 50:8 52:4, 6
52:14, 15, 22 53:2
53:10, 14, 18, 20, 23
54:3, 18 55:6, 12
55:24 56:18, 23

58:4, 9, 10, 10, 14
58:16 59:16 60:6
60:12, 14, 18 61:21
62:8, 23 63:10, 12
64:2 66:13 68:6
70:6 81:24 84:6
84:15, 25 85:9
86:10 92:11 111:2
115:9 117:14
**sound** (1)
89:12
**sounds** (1)
84:13
**soup** (1)
8:6
**Southern** (1)
95:13
**speaking** (3)
36:8 62:9 113:20
**speaks** (1)
69:10
**specific** (3)
77:10 85:20 91:19
**specifically** (1)
80:16 83:7 84:4
**speech** (2)
113:2, 4
**speeches** (1)
69:7
**spent** (3)
23:15 24:22 25:16
**spoke** (2)
12:22 31:19
**standard** (2)
5:22 103:4
**standing** (3)
100:21, 23 101:12
**standpoint** (1)
25:7
**stands** (2)
40:23 50:2
**Star** (1)
41:12
**start** (1)
5:12
**started** (7)
7:10 8:21 14:15, 16
15:18 75:17 91:10
**starting** (1)
55:17
**state** (11)
1:22 12:23 90:10

99:17, 23 102:10
113:14 120:3
121:2, 6, 24
**states** (8)
1:2 13:17, 20 19:15
20:9 31:5 40:13
42:24
**statute** (3)
96:15 107:19 108:8
**steaks** (2)
17:15 18:17
**step** (1)
65:13
**steps** (3)
11:21 63:3 64:11
**stipulate** (1)
5:14
**stipulated** (3)
4:3 5:17 6:2
**stipulating** (1)
6:13
**stipulations** (1)
5:12
**stop** (1)
104:23
**stops** (1)
116:4
**stories** (3)
47:24 50:17, 21
**straight** (1)
68:24
**strategies** (4)
45:18 50:15, 19
70:5
**street** (1)
26:16, 19 41:3
**strength** (4)
41:22 52:4, 14
53:16
**strict** (1)
23:10
**Strike** (1)
17:24
**studies** (1)
48:5
**studying** (1)
98:7
**style** (8)
50:4, 25 65:10, 17
66:4, 5 68:16 70:4
**styling** (1)
56:24

**sub-businesses** (1)
16:11
**subject** (3)
22:8 43:10 53:21
**submit** (1)
86:17
**submitted** (1)
87:21
**subpoena** (1)
115:25
**Subscribed** (1)
119:14
**subsection** (1)
108:15
**substance** (1)
97:24
**subtitle** (1)
49:11
**succeed** (10)
36:21, 22 42:2, 4
43:12, 12 44:2
46:25 53:25, 25
**succeeded** (3)
48:2, 7 50:18
**Success** (4)
46:15 47:10 48:4
48:12
**successes** (1)
55:22
**successful** (10)
24:17 32:14, 14
37:15, 20 50:17
56:2 70:8 90:25
111:14
**sufficient** (1)
117:13
**suit** (1)
33:2
**suits** (4)
17:14 32:19, 23
33:5
**summary** (1)
107:4
**supervising** (1)
78:22
**supposed** (1)
38:13
**Supreme** (2)
102:4, 10
**sure** (29)
7:17 8:20 9:20
10:9 17:11, 20

25:6, 12 26:5, 25
30:24 33:7 35:15
36:4 61:9 69:19
72:4 73:23 76:2
76:11 80:7, 9 84:8
84:18 85:4, 10, 20
92:15 107:8
**surrounded** (2)
47:18 49:10
**Survival** (1)
51:7
**Surviving** (2)
49:18, 23
**sweatshirts** (1)
33:12
**switch** (1)
70:19
**Switching** (1)
62:14
**sworn** (3)
5:9 119:14 121:9
**synonymous** (4)
40:10 48:23 52:7
65:18
**system** (1)
75:9
**systems** (1)
75:4

-------------------

**T**

**T** (5)
3:2 4:2 120:2
121:1, 1
**table** (1)
54:10
**Taj** (5)
28:6 57:8, 23 58:5
58:11
**take** (12)
38:23 41:2 61:7
63:3 65:13 67:9
78:4 83:23 88:9
95:8 98:17 107:7
**taken** (3)
1:17 62:20 89:17
103:7
**talk** (3)
19:16 36:2 100:9
**talked** (3)
45:23 57:11 61:13
**talking** (13)
17:17 18:16 19:9

```
   19:22 20:4 23:22
   24:3 27:6 37:12
   99:7 112:4,5
   113:14
task (1)
   8:22
tasting (1)
   29:3
tax (2)
   35:24,25
tea (4)
   17:19 18:16 31:23
   32:7
team (6)
   9:6 10:11,12,13
   11:9 23:12
techniques (1)
   103:15
technology-base...
   23:7
Teen (1)
   30:21
television (4)
   16:14,15 23:4
   29:14
tell (13)
   9:18 10:7 12:18
   13:23 30:22 54:3
   59:22 83:16 85:14
   87:14 88:8,9
   107:5
tens (3)
   23:23 24:4,22
term (2)
   27:4 81:9
terminated (1)
   76:14
terms (6)
   11:24 24:5 62:16
   80:13 81:14 96:7
test (1)
   80:22
testified (4)
   5:10 62:15 75:3
   108:3
testify (1)
   115:4
testifying (1)
   6:4
testimony (7)
   6:5 12:20 73:8
   74:3 76:21 102:25
```

```
   121:10
testing (1)
   81:14
thank (6)
   6:15 90:17 100:2
   101:18 102:2
   119:2
Thanks (1)
   70:25
Thanksgiving (3)
   104:2 106:11,24
thick (18)
   40:8,15,21 41:18
   42:12,22 43:22
   45:25 46:21 47:17
   48:17 49:8,22
   50:22 51:11 59:7
   60:14,19
thin (1)
   99:14
thing (2)
   48:16 96:23
things (4)
   23:5,9 63:22 72:18
think (43)
   17:2 26:20 27:13
   28:18 32:8,20
   34:16 35:12 37:19
   37:20 40:11 42:17
   43:19 44:5,12,24
   45:10 46:13,19
   48:4 51:25 55:6
   59:17 62:13 76:20
   79:3 84:5,6,10,12
   85:12 87:15 99:7
   109:9 111:20
   112:2,10 115:7
   116:4,5,7 117:15
   118:5
third (4)
   20:17 22:4 26:19
   34:10
thought (2)
   81:12 82:19
thousand (1)
   38:15
thousands (1)
   82:24
thread (1)
   39:6
threatening (3)
   105:9,19,21
```

```
three (4)
   7:12 9:22 10:2
   16:18
Three-page (2)
   4:18 67:2
throw (1)
   88:15
Thursday (1)
   5:4
tie (1)
   33:2
ties (4)
   17:14 32:18,19,24
time (10)
   14:19 21:2,2 38:23
   62:4,5 67:10
   77:23 110:8 119:5
times (6)
   37:22,24 38:11
   55:25 86:6 92:2
tiny (1)
   99:18
tips (1)
   44:2
title (30)
   37:10 39:11,16,20
   41:8 42:6,15
   43:16,19 44:4,9
   44:14,22 45:7,16
   45:22 46:10,13,18
   47:5,14 48:8,15
   48:20 49:2,7,15
   49:23 50:25 51:3
titles (1)
   18:12
today (9)
   5:15 6:4 7:23 8:24
   15:16 33:14 50:10
   93:22 94:3
today's (1)
   12:19
told (1)
   38:10
ton (1)
   8:23
tools (2)
   93:7,18
top (15)
   22:17 43:22 44:17
   49:6,19,24 50:6
   50:14,23 51:12
   52:23 57:15 59:5
```

```
   59:6 65:8
topic (1)
   53:21
tourist (2)
   40:25 52:18
Tower (22)
   13:4 19:6 26:17,18
   27:23 28:8 33:10
   33:16 38:12 40:20
   46:7 50:7 51:17
   52:9,12 56:21
   59:21,23 60:2,6,9
   66:2
trade (1)
   69:11
traded (1)
   57:21
trademark (37)
   1:2,2 5:23,25 8:4
   10:21 11:4,15,15
   11:18,20 12:7
   13:17 15:10,14
   17:25 45:17 60:3
   62:16 63:11 64:6
   64:9 65:2 71:9,10
   71:21 75:20 81:10
   81:14,16 82:8
   84:21 87:12 92:12
   110:22 111:7
   113:12
trademarks (3)
   8:6,19 63:19
trades (1)
   98:11
traditional (1)
   23:3
traditionally (2)
   24:13,19
transactional (4)
   8:12,15,17,18
transactions (2)
   7:20 8:22
TRANSCRIPT (1)
   1:12
tremendous (1)
   29:4
trial (7)
   1:2 5:23 74:16
   96:20 107:5
   109:22 110:2
tried (3)
   32:4 89:4 92:9
```

trim (2)
53:6 58:15
true (9)
73:6, 25 75:7
  102:12 103:16
  111:18, 20 114:6
  121:9
trump (391)
1:4, 7 6:23, 24 7:4
  7:8, 25 8:2 9:12
  9:14, 15, 15, 23
  10:5 11:18 12:2, 5
  12:11, 13, 23 13:2
  13:3, 18, 18 14:4, 5
  14:16 15:8, 10, 13
  15:17 16:9, 12, 13
  16:17, 20, 20, 22, 24
  17:10, 12, 18, 19
  18:4, 5, 6, 8, 11, 12
  18:13, 13, 16, 17, 17
  18:20, 23, 25 19:3
  19:4, 6, 6, 7, 7, 8, 14
  21:10 22:2 23:18
  25:25, 25 26:9, 14
  26:15, 17, 18, 18, 20
  26:20, 21, 23 27:2
  27:7, 9, 10, 15, 16
  27:22, 23, 24, 24
  28:2, 2, 5, 6, 7, 12
  28:14, 15, 17, 18, 20
  28:22, 23 29:2, 3, 5
  29:8, 12, 15, 18, 20
  29:21, 22, 24, 25
  30:4, 6, 10, 14, 18
  31:6, 21, 22, 23, 24
  32:2, 11, 12, 13, 20
  32:21, 22 33:9, 10
  33:11, 11, 12, 15, 16
  33:17, 23 34:6, 8
  34:11, 14, 22 35:2
  35:3, 6, 9, 9, 14, 18
  35:19, 20, 21, 22
  36:2, 5, 10 37:9, 10
  38:12 39:6, 8, 8, 10
  39:11, 16, 21 40:7
  40:11, 19 41:9, 11
  41:14, 16, 19 42:9
  42:18, 20, 20 43:10
  43:21 44:7, 8, 10
  44:15, 17, 18, 22, 24
  45:12, 18, 21, 24
  46:7, 13, 16, 19, 25

47:6, 8, 10, 14, 19
47:24 48:9, 11, 13
48:14, 19, 22 49:5
49:9, 18, 19, 20, 23
50:7, 8, 9, 13, 21
51:6, 7, 14, 17, 21
52:9, 12 53:8, 9
54:2 56:11, 19, 19
56:21 57:8, 9, 14
57:18, 20, 23, 24, 25
58:3, 5, 21, 21, 23
58:25 59:2, 3, 5, 5
59:11, 12, 13, 14, 16
59:18, 21, 22 60:2
60:4, 5, 5, 8, 10, 11
60:23, 25 61:3, 4
61:17, 18, 20, 23, 25
62:4, 10, 21, 23
64:6, 22 65:7, 8, 11
65:12, 14, 15, 21
66:2, 7, 18 67:13
67:19, 22 68:7, 8
68:10, 11, 13, 15, 17
68:22 69:7, 14, 20
69:21 71:24 72:14
72:18 73:3 74:22
75:11, 15, 21 78:17
79:15, 22 80:13
81:4, 5 82:20 83:6
83:11, 18, 18, 19
84:2, 2, 4 85:13, 15
85:16, 18, 24, 25
86:4, 8, 9, 21 89:20
92:3 94:12, 18
95:7, 11, 17, 18
97:15, 21 99:2, 17
100:5, 15, 19
101:23 102:9, 13
102:18 103:12
106:21 107:11, 11
107:16, 23, 23
108:2, 2, 8, 25
109:16 110:5
111:13, 24 112:5, 6
112:6, 15 113:10
114:3, 7, 10 115:4
115:14, 22 118:6
121:14
Trump's (14)
9:24 11:19 31:13
  36:9 40:3 41:23
  61:14, 24 65:23, 25

72:7 82:8 103:14
  109:13
Trumps (3)
36:7 84:22, 23
Trumpyourcompet...
  67:14
try (5)
104:9 114:23 115:9
  117:3, 10
trying (6)
17:2 63:12 69:11
  85:9, 10 92:13
turn (8)
41:7 42:5 45:5
  57:4, 13 59:8, 20
  69:12
Turnbury (1)
27:17
Turned (2)
47:9 48:3
turning (1)
57:14
TV (2)
30:15, 16
two (10)
16:18 44:12 46:17
  47:13 50:11 82:5
  88:19 106:9 109:6
  114:6
two-minute (1)
61:8
two-sentence (1)
103:24
twofold (1)
10:10
type (4)
8:13 50:3 55:4
  65:10
typed (2)
79:23, 25
types (5)
8:10, 17 23:7 36:17
  62:19

---

U

U.S (12)
5:24 11:12 19:19
  20:7 23:19 24:2, 5
  24:11, 20 32:2
  108:17, 19
U.S.-based (2)
24:14, 19

U.S.C (2)
96:4 108:15
ultimately (3)
25:11, 13 107:4
unaware (2)
93:22, 25
unclean (4)
98:5, 9, 12, 19
Underhill (101)
2:16, 21 3:12 5:17
  6:2, 6, 13 54:7, 13
  54:17, 25 61:10
  70:1, 14, 16, 22
  71:1 72:1 73:1, 9
  74:1, 5 75:1 76:1
  77:1 78:1 79:1
  80:1 81:1 82:1
  83:1 84:1 85:1
  86:1 87:1, 5, 10, 24
  88:1 89:1 90:1, 11
  90:17, 18 91:1, 3, 6
  92:1 93:1 94:1, 11
  95:1 96:1, 8 97:1
  98:1, 3 99:1 100:1
  100:18 101:1, 5, 12
  101:16, 18, 20
  102:1 103:1 104:1
  104:6, 12, 24 105:1
  105:8 106:1, 13
  107:1, 8, 10 108:1
  109:1 110:1 111:1
  112:1, 23 113:1, 2
  113:17, 19 114:1, 2
  114:16 115:1, 2
  116:1, 17 117:5, 20
  117:24 118:7
  121:13
Underhill's (1)
106:5
understand (21)
71:23 72:16 80:7, 9
  81:9, 15 83:10
  84:8, 18 92:16
  93:23 95:9 96:9
  109:12, 15, 22
  110:7, 10, 16
  111:22 116:8
understanding (8)
50:16 67:21, 24
  77:25 81:6, 17
  96:2 105:2
United (7)

1:2 13:16 19:15 20:9 31:5 40:13 42:24
**units (2)**
20:22 21:15
**Universe (4)**
16:19 29:16 30:20 30:20
**universities (1)**
55:10
**university (16)**
16:12 61:20 69:8 94:18 97:22 99:2 99:17,19 100:5,15 100:20 107:23 108:3 111:16 114:3,7
**unlicensed (1)**
99:22
**unnecessarily (1)**
117:15
**upper (2)**
26:23 28:3
**upper-left (2)**
57:10 59:17
**upwards (1)**
20:5
**USA (2)**
30:20,21
**usage (3)**
83:10 91:17 92:23
**use (43)**
13:20 16:24 18:4 18:18 20:13 22:6 24:9 26:8,14 27:2 27:14 32:10 34:5 34:22 37:9 39:6 41:9 44:13 51:21 55:14 56:10 57:24 60:10,11 63:4,18 70:2 82:11 83:14 83:17 84:23 86:21 89:12 92:9 94:2,4 94:8 97:21 108:25 111:24 112:7,10 113:10
**uses (2)**
29:24 94:5
**usually (5)**
27:8 36:11 37:5,5 65:14

**V**

**v (2)**
1:6 102:9
**Vaguely (1)**
90:21
**valuable (1)**
88:13
**variety (2)**
17:13 26:2
**various (8)**
12:10 28:15 35:18 46:4 53:22 56:11 57:22 66:19
**Vegas (5)**
20:22 21:23 27:24 58:25 59:5
**verb (6)**
83:11 84:4,16,24 85:13,22
**version (1)**
45:11
**versus (5)**
95:10 97:15 106:21 107:16 108:7
**vice-president (2)**
7:5,13
**vice-presidents...**
10:3
**view (1)**
98:6
**vineyards (2)**
28:11,13
**violation (2)**
92:12 96:3
**Virginia (1)**
28:17
**virtually (3)**
7:19 8:10 50:23
**vodka (5)**
17:15 18:17 31:24 32:2,7

**W**

**W-I-P-O (1)**
63:7
**wait (1)**
117:17
**waive (2)**
115:17,24
**waived (1)**
6:12
**waiving (1)**
116:2
**walk (2)**
52:19 53:9
**Wall (1)**
26:15
**want (17)**
5:11 6:3 54:14 56:4 63:15 70:12 70:16 75:5 79:7 80:23 87:8,15 104:22 114:20 116:11,21 117:9
**wanted (2)**
104:3 106:12
**wanting (1)**
61:22
**wants (1)**
116:17
**wasn't (2)**
99:2 108:5
**watch (1)**
30:8
**water (3)**
17:15 31:22 32:7
**waterfall (1)**
53:4
**way (32)**
20:14 39:24 40:2,6 41:21 42:21 45:13 46:3 48:12 49:5 52:13,16 65:16,21 65:24 66:10,18 68:13,17 77:2,11 82:21 85:23 90:5 91:15 92:2,10 94:13,15,23 102:20 121:17
**ways (8)**
37:3 44:12 46:17 47:13 63:16 91:14 91:23 98:14
**We'll (1)**
18:22
**we're (2)**
91:23 112:4
**we've (7)**
10:12,12,13,18 45:23 51:2 113:11
**website (13)**
23:8 33:15 56:19 56:20 57:7,18,19 58:8,15,20 59:11 67:14 92:3
**week (4)**
38:3,8,12 100:10
**weeks (2)**
37:25 55:25
**Weinberger (2)**
77:14 78:6
**well-known (4)**
55:11,24 65:25 69:6
**went (6)**
14:9,20 42:12 53:19 74:23 106:25
**weren't (1)**
99:8
**west (3)**
26:24 28:3,3
**WHEREOF (1)**
121:19
**wide (1)**
17:13
**willing (3)**
115:17,22,24
**win (1)**
43:13
**window (1)**
52:24
**wine (5)**
17:6 28:23 29:3 31:19 32:7
**winery (7)**
17:6,7 28:16,18,18 28:20 29:5
**wines (2)**
28:10,13
**winning (1)**
107:3
**WIPO (1)**
63:6
**wire (4)**
96:14 97:24 107:19 113:15
**wish (3)**
117:6,7 120:5
**witness (21)**
3:5 54:14 61:7 70:17 87:7 91:5 104:8 109:13 110:2,4 114:14,19 116:10 117:9,22 118:4,8,10 121:7

Alan Garten - November 12, 2015

121:10, 19
**word (13)**
14:23 75:11 81:5
83:11 84:3, 23
85:18, 19 86:9, 21
89:10 96:19 99:19
**words (3)**
70:2 80:5 87:16
**work (13)**
6:22 8:14 10:14
11:10 12:13 20:16
20:24 25:3 40:19
63:2 82:25 114:21
115:12
**worked (8)**
6:24 8:23 20:15
24:24, 25 25:20
48:6 108:17
**working (3)**
54:2, 12 75:17
**works (3)**
54:4 92:19, 20
**world (17)**
11:12 26:18 27:14
33:3 35:8 36:22
40:12 42:25 46:6
47:21 52:8, 17
53:16 55:16 62:6
65:19 86:3
**worldwide (7)**
19:17, 25 23:18, 25
24:4 40:25 41:6
**wouldn't (2)**
73:19 78:22
**wound (1)**
38:13
**wrapped (1)**
52:10
**writes (3)**
36:9, 10, 11
**written (5)**
16:23 37:13 41:13
47:10 51:7
**wrong (1)**
111:20

**X**

**X (4)**
3:2, 2 4:2, 2

**Y**

**yeah (28)**

17:3, 7 21:11 22:23
23:24 25:22 26:12
28:14 30:4 34:8
35:25 38:7, 25
39:20 40:6 43:5, 7
47:22 53:23 55:18
55:21 79:10 81:7
81:11 91:5 98:11
99:10 115:15
**year (5)**
13:23 20:4 23:16
23:23 86:5
**year-to-year (2)**
19:25 86:10
**years (17)**
7:12 17:12 19:10
19:22 24:15 25:2
34:24 36:17 37:13
40:14 51:25 52:2
54:3 61:2 62:20
66:18 68:20
**York (34)**
1:19, 20, 22 2:7, 7
5:5, 5 13:3, 3
26:12 29:23 37:22
37:23 38:11 55:24
71:6 98:25 99:18
100:6, 16 101:2
102:10, 11 103:8
103:11 105:2
106:6 120:3, 4
121:2, 3, 6, 12, 24

**Z**

**Zanker (1)**
44:18
**Zelnick (1)**
76:18

**0**

**01RA6011914 (1)**
121:24
**08/17/2018 (1)**
121:25

**1**

**1 (8)**
4:5 13:6, 7, 13
14:22 57:3 68:14
70:13
**1,495 (1)**
103:13

**1:00 (1)**
38:13
**10 (3)**
24:25 54:3 61:2
**10:08 (3)**
1:14 5:6 121:10
**100 (2)**
50:14 92:2
**10004 (1)**
121:12
**10004-1482 (1)**
2:7
**101 (1)**
48:11
**11:00 (1)**
38:13
**11:13 (1)**
61:11
**11:24 (1)**
61:11
**12 (3)**
1:13 5:4 121:11
**12:23 (1)**
107:9
**12:31 (1)**
107:9
**12:45 (1)**
116:10
**12:48 (1)**
119:5
**1238 (1)**
2:18
**13 (1)**
4:5
**14 (3)**
16:16 30:25 31:9
**15 (2)**
16:23 61:2
**15-16 (1)**
27:13
**16 (2)**
4:7 13:9
**17th (1)**
121:20
**18 (2)**
96:4 108:15
**1962 (1)**
108:15
**1962(c) (1)**
96:4
**1964 (3)**
13:25 14:20 15:19

**1999 (2)**
4:7 13:9

**2**

**2 (11)**
4:9 38:16, 17, 21
41:7, 7 42:5 45:6
57:4, 10 66:15
**20 (5)**
16:23, 23 26:13
36:17 37:14
**20-plus (1)**
68:19
**20-some-odd (1)**
37:13
**2005 (1)**
75:15
**2006 (2)**
7:2 75:18
**2015 (5)**
1:13 5:4 119:15
121:11, 20
**212.837.6000 (1)**
2:8
**212.837.6494 (1)**
2:13
**212.837.6847 (1)**
2:10
**26th (1)**
53:8

**3**

**3 (10)**
4:12 42:5 56:6, 15
57:2, 3, 13 59:8
60:17, 20
**3095214 (1)**
74:21
**31 (1)**
13:25
**35,000 (1)**
103:14
**37 (1)**
15:7
**38 (1)**
4:9

**4**

**4 (17)**
3:15 4:15 38:14
64:13, 14, 20 65:6
66:9 68:13 69:12

Alan Garten - November 12, 2015

79:3, 4, 7, 9, 11
91:4, 18
**40 (1)**
26:15
**400 (1)**
20:5
**451463/2013 (1)**
102:11

─────── **5** ───────
**5 (6)**
4:18 66:22 67:2
  68:14 70:13 75:15
**5,000 (1)**
103:13
**50 (1)**
37:24
**50-plus (1)**
55:25
**50% (1)**
16:19
**56 (1)**
4:12

─────── **6** ───────
**6 (1)**
3:11
**619.540.0631 (1)**
2:20
**63rd (1)**
26:19
**64 (1)**
4:15
**65 (3)**
20:7 24:6, 10
**67 (1)**
4:18

─────── **7** ───────
**70 (2)**
3:12 20:8
**70% (3)**
20:8 24:6, 11
**725 (1)**
13:3

─────── **8** ───────

─────── **9** ───────
**90's (1)**
37:19
**91217618 (1)**
1:7

**92 (1)**
37:19
**92036-1238 (1)**
2:19