

# TRUMP
## THE ART OF THE COMEBACK



### DONALD J. TRUMP
with Kate Bohner

# DONALD J. TRUMP
# THINK LIKE A CHAMPION

### WITH MEREDITH McIVER

*An Informal Education in Business and Life*

# TRUMP
## & BILL ZANKER
PRESIDENT/FOUNDER
THE LEARNING ANNEX

**FREE BONUS: TWO TICKETS TO** *The Learning Annex* **WEALTH EXPO WORTH $358** Details Inside

# THINK BIG AND KICK ASS

"This book is Donald Trump's version of *The Secret*. It's a must read!" —JACK CANFIELD

## IN BUSINESS AND LIFE