

FOREWORD BY DONALD J. TRUMP

# TRUMP STRATEGIES FOR REAL ESTATE

## Billionaire Lessons *for the* Small Investor

**GEORGE H. ROSS**

Executive Business and Legal Advisor to Donald Trump
Co-star of *The Apprentice*

WITH ANDREW JAMES McLEAN

Copyrighted Material

**NEW YORK TIMES BESTSELLER**

# TRUMP

## Think Like a Billionaire

Everything You Need to Know About Success, Real Estate, and Life

### DONALD J. TRUMP

Bestselling author of *Trump: How to Get Rich* and *Trump: The Art of the Deal*

with Meredith McIver