# TRUMP NEVER GIVE UP

## How I Turned My Biggest Challenges into Success

**DONALD J. TRUMP**

with Meredith McIver






