# TRUMP
## SURVIVING AT THE TOP



**DONALD J. TRUMP with CHARLES LEERHSEN**

Case 1:15-mc-00400-P1  Document 14-8  Filed 01/04/16  Page 2 of 3



THE #1 NEW YORK TIMES BESTSELLER

# TRUMP
## THE ART OF SURVIVAL

**BONUS! New Chapter for this edition**

Formerly titled *Trump: Surviving at the Top*

WARNER BOOKS 36209-3 $5.99 U.S.A. ($6.99 CAN.)

**DONALD J. TRUMP with CHARLES LEERHSEN**

"COUNTERPUNCHES WITH HIS CHIN OUT!" —USA TODAY