# TRUMP TOWER
## NEW YORK

HOURS & LOCATION | MAKE A DINING RESERVATION | PLAN AN EVENT

- ABOUT
- GRILL
- CAFÉ
- BAR
- ICE CREAM
- STORE
- EVENTS
- CONTACT

Five Star Diamond Award

725 5th Avenue, New York, NY 10022 | 212-715-7290

©2015 Trump Tower New York

Home | Trump.com | Trump Tower Condominiums | Sitemap | Privacy Policy | Legal

Welcome to Trump Tower New York

PENGAD 800-631-6989
(3) EXHIBIT
By Opposer
#9121768
TRUMP v TRUMP
11-12-15







### JUNE 17, 2015: CARL ICAHN ISSUES STATEMENT CONCERNING TODAY'S LOCAL 54 PROTEST

I continue to think it's absurd that instead of working to improve Atlantic City at a time when the city is down on its luck, this Union spends time, effort and money to purposefully destroy one of the few remaining employers in town. I'm baffled by how they don't see that their destructive efforts may well result in 3,000 less jobs. In the end, what the Union doesn't tell you is that they make money on their exorbitant healthcare plan – upwards of $140 million of net income over the past 5 years – and that is why they are more intent on fighting for their Union healthcare plan instead of saving jobs. What is eminently clear is that even with the savings awarded by the bankruptcy judge, the Taj continues to lose millions every month. I can say that the Union has been successful in one thing: causing three casinos, the Showboat, Plaza and Atlantic Club, to all close over the past year or two.

Tweet 71  facebook  Facebook  YouTube

From: Carl C. Icahn
Date: June 9, 2015
There are some important facts about your union that it is critical that you understand. Click Here To Read

To: All Local 54 Employees
From: Taj Management
Date: May 1, 2015
**YOUR DECISION** Click Here To Read

## STATEMENT: STOCKTON/CAESARS SALE OF THE ATLANTIC CITY SHOWBOAT CASINO

We wanted to take this opportunity to set the record straight on the Stockton/Caesars sale of the Atlantic City Showboat Casino.

In 1988 Showboat, Resorts and Taj all agreed to provide for a cluster of casinos at the north end of the Boardwalk, on or near the former Urban Renewal Tract, to create greater customer traffic for all three properties. To that end, the three agreed that Showboat would always be operated as a first class casino hotel and the three properties would be inter-connected by skyways. This agreement was memorialized in a written agreement that was publicly recorded in the Atlantic City property records

In mid-December of 2014, Caesars asked the Taj to voluntarily waive the casino/hotel covenant to permit Stockton College to acquire Showboat and convert it into a college campus. We advised that because the Taj is in bankruptcy, as a matter of our fiduciary responsibilities to our creditors, we could not waive our valuable rights under this covenant without obtaining bankruptcy court approval and without receiving appropriate consideration. We were not offered any consideration for this waiver. This was over three months ago.

The facts are that our company does not think having a college next door to the Taj is good for our company. Having kids under 21 who will attempt to gain entry to the casino and engage in activities reserved for those only 21 and older would create numerous problems we do not want and could damage the Taj's ability to attract customers and regain its financial health.

You do not see a college on the Las Vegas strip.

Both Caesars and Stockton elected to proceed with the Showboat sale even though they were fully aware that we could not waive the casino/hotel covenant as they were asking.

No further comments will be given at this time. Thank you.

**Carl Icahn Letter To Union Employees of Trump Taj Mahal March 19, 2015**

Click Here For Letter

**Trump Entertainment Resorts, Inc. Issues Open Memo to Employees of the Trump Taj Mahal Casino Hotel**

Click Here For Letter

**UNITE HERE! Local 54, Atlantic City Continues to misrepresent the facts to their members...**

Click Here For Letter

This guide puts it all at your fingertips. Trump Taj Mahal Casino Hotel has five-star restaurants you can't resist, from the most elegant and decadent to the fun and hip. Entertainment, lounges and nightclubs that bring New York to Atlantic City. A casino floor that pulls you in with non-stop action, retail stores with something for everyone, a must-