see collection of colorful shops and eateries, all in one place on Spice Road. A spa, fitness center, indoor pool and salon for when relaxation is top priority.

Start exploring Atlantic City's Taj Mahal Casino Hotel. Make it a getaway you'll never forget.

Trump One Card Holders: Reserve Rooms, Show Tickets and more by clicking here!

TAJ MAHAL    INVESTOR RELATIONS    PRESS ROOM    CAREERS                                              FOLLOW US ON

» Help Us Go Green

Content © Copyright 2015 Trump Entertainment Resorts | Gambling Problem? Call 1-800-GAMBLER
1000 Boardwalk at Virginia Avenue | Atlantic City, NJ 08401 | For more information call: (609) 449-1000
Responsible Gaming | Privacy Policy | Site Map

Designed by TravelClick





212 247-7100    Media    Search Terms

LISTINGS    PROPERTY GALLERY    AGENTS    LOCATIONS    ABOUT    CONTACT

TRUMP INTERNATIONAL HOTEL™ LAS VEGAS





NICOLE MILNER-BREEN
Vice President&Broker,
Residential Sales-Las Vegas, NV

▸ email me



COLLYN MORGAN
Sales Executive - Las Vegas, NV

▸ email me

Las Vegas means Glamour. Style. Excitement. Amid this culture of high rollers and glitterati, *Trump International Hotel Las Vegas* rises 64 stories high, bringing style and elegance to the heart of the Entertainment Capital of the World. Adjacent to some of the city's best shopping and casinos, our gold glass tower offers panoramas of the Strip and a haven of an unsurpassed experience within. Within the 1,232 ultra-luxury hotel condominium suites and 50 exclusive penthouse suites, white-gloved doormen, valet parking and 24-hour concierge service will treat residents as VIP guests. And with a full service sumptuous day spa, fitness center, salon and Five-Star acclaimed restaurant, DJT, the amenities are beyond world class. Lounge by the outdoor heated pool and sundeck, make the most…
read more

VISIT WEBSITE    VISIT OUR FACEBOOK

CONTACT US

CONNECT 

OUR FAIR HOUSING POLICY
PRIVACY POLICY
DISCLAIMER

Website by Giles-Parscale