

Weddings | Membership | Banquets

Trump National Golf Club Philadelphia | 500 West Branch Ave. Pine Hill, NJ 08021 T (877) 450-8866

Site by Clubessential, LLC

