



**This Website Is For Our Consulting Clients Only**

© 2015 Trump Your Competition™ a Prospector Capital Partners, Inc. Company










"All you need is the right direction from someone who has actually been growing businesses <u>without</u> the need to spend any additional money on advertising.

And for over 25 years this is exactly what I've been doing and I'm still doing it today.

In good times and in bad, for the last 25 years, my system has worked time and again."

Tony Seruga

**The World's #1 Revenue Rainmaker Can Grow Your Business 20% In The First 20 Days And Up To 100% Or More Within 60 To 90 Days, All Without Spending An Additional Dime On Advertising, Guaranteed!**

## The World's #1 Revenue Rainmaker Reveals Exactly How He Thinks, Works And Makes His Clients Money... Even In This Economy

*A Limited Time Offer*





I am very impressed with Tony. He is the most knowledgeable person I have ever met in regards to marketing and the Internet. Absolutely brilliant. One of the most powerful guys on the Internet. Tony provides a different "world view" on business building, team building and wealth-building than I have ever experienced before. And his business models are extraordinary. Tony is a very interesting guy and our meetings are always insightful. Tony gave a 90 minute presentation to one of our high level mastermind groups and it was mind blowing. I can't say enough. The guy is really bright. His success in taking my ideas and adapting them to the Internet is undeniable. Tony *really* gets direct marketing. He gets the integration of direct marketing, testing, niches, strategic alliances, in one of the most interesting ways I have ever seen.

**Jay Abraham**
**Marketing Legend**



Tony Seruga is a very fascinating individual that, until recently, has maintained a certain anonymity. He slowly and methodically rose to the top of the field of direct-response advertising, and is considered by many insiders to be one of the best freelance copywriting and marketing experts in the country. Tony's unique ability to create successful Internet ventures has captured the attention and respect of Fortune 500 CEOs, entrepreneurs, best-selling authors, Internet "gurus" and marketing experts alike. In fact, if the truth be known, many marketing consultants would acknowledged Tony as their "secret weapon" including Bob (Allen) and I. In fact, Tony was instrumental in the promotion of our "One Minute Millionaire" book.

**Mark Victor Hansen,**
**Co-Author "Chicken Soup For the Soul"**
**Series & Motivational Speaker**



# FREE 60 Minute Advertising And Marketing Strategy Workshop From The World's #1 Revenue Rainmaker

## Learn How To Uncover Ten Thousand To A Million Dollars Or More In New Found Sales From Your Business In The Next 60-90 Days <u>Without</u> Having To Spend Even One Thin Dime On Advertising

# How to make $100,000 <u>a MINUTE</u>

The following 50-minute business building consult below was worth over $5,000,000 in additional PROFIT to the Client you'll hear. Here's your chance to eavesdrop and glean the same insights as him. Go ahead, with pen and paper in hand and listen now.

(Very important: Make sure you listen to every minute. Do not skip ahead, because you may miss a breakthrough strategy that could make all the difference to your business, income and long-term wealth.)

### (Immediate Access!)

## Click On The Launch Presentation Button Below

Yours Absolutely Free, Without Commitments, or Any Obligation

**Launch Presentation**

> Following the presentation, for a very limited time, we'd like to gift you a $497 consultation. Tony normally charges his Fortune 500 clients $7,500 per hour! Additionally, we'd also like to introduce you to a system we've been testing for the last 3 years, that will generate all of the new customers, clients or patients your business could ever possibly need or use. It's truly incredible. So, stay tuned for details following the presentation. This is not some slick sales presentation. We are literally changing lives each and every day with our valuable insight, advice and systems. Tony is extremely passionate about helping business owners create their own economy.