# Exhibit I_Defendant-Opposer's Notice of Taking Testimony Deposition of Alan Garten

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| DONALD J. TRUMP,<br><br>Opposer,<br><br>-against-<br><br>TRUMP YOUR COMPETITION, INC.,<br><br>Applicant. | Opposition No. 91217618 |

### NOTICE OF TAKING TESTIMONY DEPOSITION

PLEASE TAKE NOTICE that, pursuant Section 2.123 of the Trademark Rules of Practice, 37 C.F.R. § 2.123, and the Federal Rules of Civil Procedure, Opposer Donald J. Trump, through his undersigned attorneys, shall take the testimony of Alan Garten, Executive Vice President and General Counsel of The Trump Organization, 725 Fifth Avenue, New York, New York 10022, by deposition upon oral examination, at the offices of Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York 10004, on Thursday, November 12, 2015. The deposition shall commence at 10:00 a.m. and shall continue until completion. The deposition shall take place before a Notary Public or other officer duly authorized by law to administer oaths and will be recorded by stenographic means.

You are invited to attend and cross-examine.

Dated:   New York, New York
         November 4, 2015

HUGHES HUBBARD & REED LLP

By: _____
Natasha N. Reed
Lena C. Saltos
One Battery Park Plaza
New York, New York 10004
(212) 837-6000
*Attorneys for Opposer*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF TAKING TESTIMONY DEPOSITION is being served on November 4, 2015 by first class mail and email upon counsel for Applicant as follows:

>Rod Underhill, Esq.
>P.O. Box 1238
>Julian, CA 92036-1238
>Email: mp3rod@aol.com

Dated: New York, New York
November 4, 2015

_____
Lena C. Saltos