UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TRUMP YOUR COMPETITION, INC., <br><br> Plaintiff-Applicant, <br><br> v. <br><br> DONALD J. TRUMP <br><br> Defendant-Opposer. | No. 15 Misc. 0400 <br><br> In re Proceeding No. 91217618, (Currently pending before the Trademark Trial and Appeal Board) <br><br> **REPLY DECLARATION <br> OF NETRA SREEPRAKASH** |

I, Netra Sreeprakash, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney duly admitted to practice law in this Court and am counsel to the applicant, Trump Your Competition, Inc. I respectfully submit this reply declaration in further support of TYC's motion to compel compliance by the opposer, Donald J. Trump, with a subpoena to testify at a deposition served by TYC, and in opposition to Mr. Trump's motion for a protective order.

2. Annexed hereto as Exhibit N is a true and correct copy of the Complaint for Declaratory Judgment in *Yung v. Trump*, No. 11-1413 in the United States District Court for the Eastern District of New York, Docket No. 1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2016

*/s/ Netra Sreeprakash*
Netra Sreeprakash