

Direct Dial: 212.880.9876
E-Mail: nsreeprakash@kkwc.com

January 5, 2016

**Via ECF**

Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Court House
500 Pearl Street, Room 14D
New York, New York 10007-1312

Re:   *Trump Your Competition, Inc. v. Donald J. Trump*;
      **Misc. Proc. No. 15-Misc.-00400;**
      **In re Proceeding No. 91217618**
      **(Pending before the U.S. Trademark Trial and Appeal Board)**

Dear Judge Hellerstein:

I write on behalf of plaintiff-applicant Trump Your Competition, Inc. ("TYC") in response to a letter submitted to the Court by Daniel H. Weiner, counsel for the defendant-opposer, Donald J. Trump. In his letter, which we received by hand after 6:45 p.m. this evening, Mr. Weiner requests that the Court adjourn oral argument on TYC's pending motion to compel deposition testimony. The January 6 oral argument date was set by order of The Honorable Gregory H. Woods, upon Mr. Weiner's motion for an adjournment, after both parties submitted correspondence on the issue. *See* Docket Nos. 10, 8, 9. TYC's motion to compel was filed on December 10. Mr. Trump filed opposition papers last night. He had nearly four weeks to oppose the motion (and move for a protective order), and ample time to prepare for oral argument.

As ordered by the Court, we will appear at 2:30 p.m. tomorrow for oral argument.

Yours respectfully,

*Netra Sreeprakash*

Netra Sreeprakash

Kleinberg, Kaplan, Wolff & Cohen, P.C.   ·   551 Fifth Avenue, New York, NY 10176   ·   P: 212.986.6000   ·   www.kkwc.com
NSREEP\299917.1 - 01/05/16



Honorable Alvin K. Hellerstein
January 5, 2016
Page 2


cc: Daniel H. Weiner
     Lena Saltos