

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

Daniel H. Weiner
Partner
Direct Dial: +1 (212) 837-6874
Direct Fax: +1 (212) 299-6874
daniel.weiner@hugheshubbard.com

January 5, 2016

BY ECF
Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Court House
500 Pearl Street, Room 14D
New York, NY 10007-1312

Re:   *Trump Your Competition, Inc. v. Donald J. Trump;*
Misc. Proc. No. 15-Misc.-00400; In re Proceeding No.
91217618 (Pending before the United States Trademark
Trial and Appeal Board)

Dear Judge Hellerstein:

We write on behalf of Donald J. Trump in response to Ms. Sreeprakash's letter to the Court of this evening.

Ms. Sreeprakash misunderstands the purpose of my letter to the Court of earlier today. We do *not* seek adjournment of tomorrow's oral argument on Plaintiff-Applicant TYC's motion to compel Mr. Trump's testimony. Rather, we simply wrote to alert the Court of Mr. Trump's related motion for a protective order — which addresses the very same subpoena issued by TYC — and to suggest that tomorrow's argument include that requested relief as well.

Respectfully submitted,

*/s/ Daniel Weiner*

cc:   Norris D. Wolff, Esq. and Netra Sreeprakash, Esq.
Counsel for Plaintiff-Applicant