```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
TRUMP YOUR COMPETITION, INC,

                          Plaintiff,

    -against-

DONALD J. TRUMP,

                         Defendant.

------------------------------------------------------------ x

**SUMMARY ORDER**

15 MC. 400 (P1)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Plaintiff Trump Your Competition, Inc. moves to compel a deposition of Defendant Donald J. Trump in relation to a proceeding currently pending before the Trademark Trial and Appeal Board. Defendant opposes the motion and moves for a protective order. As stated on the record in the hearing on January 6, 2016, Plaintiff has failed to identify any information that it seeks from Mr. Trump relevant to that proceeding. I accordingly grant Defendant's motion for a protective order and deny Plaintiff's motion to compel the deposition.

Dated: New York, New York
         January ___, 2016

                                      ALVIN K. HELLERSTEIN
                                      United States District Judge

1