**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **TRUMP YOUR COMPETITION, INC.,**<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　　　v.<br><br>**DONALD J. TRUMP,**<br><br>　　　　　Defendant-Opposer. | 15 Misc. 0400<br><br>In re Proceeding No. 91217618,<br>(Currently pending before the<br>Trademark Trial and Appeal Board)<br><br>**<u>NOTICE OF APPEAL</u>** |

　　　　Notice is hereby given that Trump Your Competition, Inc., plaintiff-applicant in the above-named case ("TYC"), hereby appeals to the United States Court of Appeals for the Second Circuit from the summary order entered in this action on January 6, 2016 (the "Order"), which incorporates by reference the decision on the record on January 6, 2016 by the Honorable Alvin K. Hellerstein (the "Decision"), the official transcript of which was entered on January 15, 2016, denying TYC's motion to compel defendant-opposer Donald J. Trump to appear for trial deposition in the Trademark Trial and Appeal Board proceeding initiated by Mr. Trump's objection to TYC's application for registration of a mark, and granting Mr. Trump's motion for a protective order relieving him of the obligation to appear for said deposition.

Dated: New York, New York
January 19, 2016

>Respectfully submitted,
>
>**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**
>
>By:_____/s/ Netra Sreeprakash_____
>       Norris D. Wolff
>       Netra Sreeprakash
>
>551 Fifth Avenue, 18th Floor
>New York, New York  10176
>Telephone:  (212) 986-6000
>Facsimile:   (212) 986-8866
>Email:  NWolff@KKWC.com
>Email:  NSreeprakash@KKWC.com
>
>*Attorneys for Applicant*
>**TRUMP YOUR COMPETITION, INC.**